IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| GeoTag Inc.<br><br>v.<br><br>Eye Care Centers of America, Inc. et al | Civil Action No. 2:11-cv-00404-DF |

## NOTICE OF APPEARANCE

Notice is hereby given that the undersigned attorney, Danny L. Williams, enters his appearance in this matter for Defendant L.A. Fitness International LLC for the purpose of receiving notices and orders from the Court.

Date: <u>January 17, 2012</u>                Respectfully submitted,

/s/Danny L. Williams
Danny L. Williams
Lead Attorney
State Bar No. 21518050
**WILLIAMS, MORGAN & AMERSON, P.C.**
10333 Richmond Avenue, Suite 1100
Houston, Texas 77042
Telephone: (713) 934-7000
Fax: (713) 934-7011
Email: danny@wmalaw.com

**ATTORNEY FOR DEFENDANT
L.A. FITNESS INTERNATIONAL LLC**

## CERTIFICATE OF SERVICE

I certify that counsel of record who are deemed to have consented to electronic service are being served on January 17, 2012, with a copy of this document via the Court's CM/ECF systems per Local Rule CV-5(a)(3). Any other counsel will be served electronic mail, facsimile, overnight delivery and/or First Class Mail on this date.

\s\ Mark Dunglinson
Litigation Paralegal