## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | |
|---|---|
| GEOTAG, INC., *et al.*, | |
| v. | 2:11-cv-00404-MHS-CMC |
| EYE CARE CENTERS OF AMERICA INC.; *et al.*, | |

| | |
|---|---|
| GEOTAG, INC., | |
| v. | 2:11-cv-00405-MHS-CMC |
| CIRCLE K STORE, INC.; *et al.* | |

## DEFENDANTS' NOTICE OF JOINDER

Without waiving any defense and specifically reserving all applicable defenses, the undersigned Defendants in Civil Actions 2:11-cv-404 ("the 404 Action") and 2:11-cv-405 ("the 405 Action") hereby file this Notice of Joinder in Defendants Coldwater Creek Inc., Draper's & Damon's, LLC, and J. Crew Group, Inc.'s (collectively, "Movants") Motion to Dismiss for Misjoinder (405 Action, Dkt. No. 33). This Notice of Joinder hereby provides notice that the undersigned Defendants fully adopt the arguments presented in Movants' Motion and associated Reply (405 Action, Dkt. No. 103).

On September 13, 2011, Plaintiffs GeoTag Inc. and GeoTag, Inc. (collectively, "GeoTag") filed the 404 Action and the 405 Action against a single defendant each. The 404 Action named Eye Care Centers of America Inc. as the only defendant. The 405 Action named Circle K Store, Inc. as the only defendant. Three days after these actions were initially brought, the Leahy-Smith America Invents Act and its associated joinder provision were enacted and took

effect.  Nearly two months later, GeoTag amended its complaint in both actions to add 41 new defendants to the 404 Action and 56 new defendants to the 405 Action.

For the reasons stated in Movants' Motion to Dismiss for Misjoinder and associated Reply, these 97 new defendants have been improperly joined to the 404 Action and the 405 Action.  The undersigned Defendants respectfully request that they be dismissed from these actions leaving GeoTag free to pursue its original claims against Eye Care Centers of America Inc. and Circle K Store, Inc.

Dated: February 28, 2012

Respectfully submitted,

/s/ Neil J. McNabnay
Neil J. McNabnay
Texas Bar No. 24002583
njm@fr.com
Michael A. Bittner
Texas Bar No. 24064905
mrb@fr.com
Jane J. Du
Texas Bar No. 24076355
jjd@fr.com
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, Texas 75201
(214) 747-5070 - Telephone
(214) 747-2091 - Facsimile

**Attorneys for Defendants
American Greetings Corporation; Charming
Shoppes Inc.; Formal Specialists Ltd.; Guess?
Retail Inc.; and Ulta Salon, Cosmetics &
Fragrance, Inc.**


/s/ Ronald M. Gaswirth
Ronald M. Gaswirth
Texas Bar No. 07752000
Terrell R. Miller
Texas Bar No. 24046446
GARDERE WYNNE SEWELL LLP
3000 Thanksgiving Tower
1601 Elm Street
Dallas, Texas 75201-4761
Telephone:  (214) 999-3000
Facsimile:  (214) 999-4667
rgaswirth@gardere.com
tmiller@gardere.com

**Attorneys for Defendant
New Ashley Stewart, Inc.**

*/s/ Gregory F. Ahrens*
Gregory F. Ahrens
Wood, Herron & Evans, L.L.P.
2700 Carew Tower
441 Vine Street
Cincinnati, Ohio 45202-2917
(513) 241-2324

**Attorneys for Defendant
DSW Inc.**


*/s/ J. Thad Heartfield*
J. Thad Heartfield
State Bar No. 09346800
THE HEARTFIELD LAW FIRM
2195 Dowlen Road
Beaumont, TX 77706
Tel:  (409) 866-3318
Fax:  (409) 866-5789
thad@jth-law.com

Gregory R. Lyons (pro hac vice forthcoming)
Brian H. Pandya (VA Bar # 72233)
WILEY REIN LLP
1776 K Street NW
Washington, DC 20006
Tel: (202) 719-7000
glyons@wileyrein.com
bpandya@wileyrein.com

**Attorneys for Defendant
Merle Norman Cosmetics**

/s/ Philip J. Moy Jr.
Philip J. Moy Jr. (Ohio Bar No. 0043568)
FAY SHARPE LLP
The Halle Building, 5th Floor
1228 Euclid Avenue
Cleveland, OH  44115
Telephone:  216-363-9000
Facsimile:  216-363-9001
Email: pmoy@faysharpe.com

**Attorneys for Defendant**
**Things Remembered, Inc.**


/s/ William J. Cornelius
William J. Cornelius
State Bar No. 04834700
wc@wilsonlawfirm.com
WILSON, ROBERTSON & CORNELIUS, P.C.
909 ESE Loop 323, Suite 400
P.O. Box 7339
Tyler, Texas 75701
Telephone: (903) 509-5000
Fax: (903) 509-5092

Andrew M. Grove
State Bar No. P48868
jgrove@honigman.com
Charles W. Duncan, Jr.
State Bar No. P75288
cduncan@honigman.com
HONIGMAN MILLER SCHWARTZ AND COHN
LLP
39400 Woodward Avenue, Suite 101
Bloomfield Hills, MI 48304-5151
Telephone: (248) 566-8300
Fax: (248) 566-8315

**Attorneys for Defendant**
**PSP Group, LLC f/k/a Pet Supplies Plus-USA**
**Inc.**

*/s/ R. Clay Hoblit*
R. Clay Hoblit
Hoblit Ferguson Darling LLP
2000 Frost Bank Plaza
Corpus Christi, Texas 78414
361.888.9392 office
361.215.2264 cell
choblit@hfd.law.com

Roberta S. Dohse
Hoblit Ferguson Darling, LLP
2000 Frost Bank Plaza
802 No. Carancahua
Corpus Christi, TX 78401-0037
(361) 888-9392
(800) 880-0512
(361) 888-9187 (facsimile)
rdohse@hfdlaw.com

**Attorneys for Defendant
Gold's Gym International, Inc.**

*/s/ John M. Jackson*
John M. Jackson
Texas Bar No. 24002340
jjackson@jw.com
Matthew C. Acosta
Texas Bar No. 24062577
macosta@jw.com
JACKSON WALKER L.L.P.
901 Main Street, Suite 6000
Dallas, TX 75202
Telephone:     (214) 953-6000
Facsimile:     (214) 661-6645

Darren W. Saunders (pro hac vice)
dsaunders@hblaw.com
Alpa V. Patel (pro hac vice)
apatel@hblaw.com
HISCOCK & BARCLAY LLP
Seven Times Square
New York, New York 10036
Tel:     (212) 784-5800
Fax:     (212) 785-5777

**Attorneys for Defendant**
**H&M Hennes & Mauritz LP**

*/s/ Mark D. Passler*
Mark D. Passler
mark.passler@akerman.com
AKERMAN SENTERFITT
222 Lakeview Avenue
West Palm Beach, Fl  33401
(561) 653-5000

**Attorneys for Defendant**
**Jimmy Jazz Inc.**

*/s/ J. Thad Heartfield*
J. Thad Heartfield
Texas Bar No. 09346800
thad@jth-law.com
M. Dru Montgomery
Texas Bar No. 24010800
dru@jth-law.com
LAW OFFICES OF J. THAD HEARTFIELD
2195 Dowlen Road
Beaumont, TX 77706
Telephone: (409) 866-3318
Facsimile: (409) 866-5789

Michael R. Annis (pro hac vice pending)
mike.annis@huschblackwell.com
HUSCH BLACKWELL LLP
190 Carondelet Plaza, Suite, 600
Telephone:  (314) 345-6432
Fax:  (314) 345-6060

**Attorneys for Defendant
Bakers Footwear Group Inc.**


*/s/ Gregory L. Lippetz*
Gregory L. Lippetz
Iman Lordgooei
JONES DAY
1755 Embarcadero Road
Palo Alto, CA  94303
Telephone: (650) 739-3939
Facsimile: (650) 739-3900
E-mail: glippetz@jonesday.com
E-mail: ilordgooei@jonesday.com

**Attorneys for Defendant
Toni&Guy USA, LLC**

*/s/ James E. Hudson III*
James E. Hudson III
Texas Bar No. 00798270
CRAIN, CATON & JAMES, P.C.
1401 McKinney, Suite 1700
Houston, Texas 77010
713.752.8652
713.425.7952 Fax
jhudson@craincaton.com

**Attorneys for Defendant
Curves International, Inc.**

*/s/ Paul B. Kerlin*
Paul B. Kerlin
Texas Bar No. 24044480
VORYS, SATER, SEYMOUR AND PEASE LLP
700 Louisiana Avenue, Suite 4100
Houston, Texas  77002
Tel: 713-588-7002
Fax: 713-588-7052
pbkerlin@vorys.com

William H. Oldach III (pro hac vice motion
pending)
VORYS, SATER, SEYMOUR AND PEASE LLP
1909 K Street, NW, 9th Floor
Washington, DC  20006
Tel: 202-467-8880
Fax: 202-533-9024
wholdach@vorys.com

**Attorneys for Defendant
Abercrombie & Fitch Co.**

*/s/ Todd G. Vare*

Todd G. Vare
BARNES & THORNBURG LLP
11 S. Meridian Street
Indianapolis, IN 46204
Direct: (317) 231-7735
Email: tvare@btlaw.com

**Attorneys for Wild Birds Unlimited, Inc.**


*/s/ Charles Clark*

Charles Clark, #04274000
P. O. Box 98
604 Woldert
Tyler, TX  75702
Telephone:  (903) 593-2514
Facsimile:    (903) 595-1294
chc@charlesclarklaw.com

David R. Frye
LATHROP & GAGE LLP
10851 Mastin Boulevard
Building 82, Suite 1000
Overland Park, KS  66210-1669
Telephone:  (913) 451-5100
Facsimile:    (913) 451-0875
dfrye@lathropgage.com

**Attorneys for Defendant
ALCO Stores Inc.**

_/s/ Scott S. Brown_

Scott S. Brown
MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North
2400 Regions/Harbert Plaza
Birmingham, AL 35203-2618
Telephone: 205.254.1232
Fax: 205.254.1999
scottbrown@maynardcooper.com

**Attorneys for Defendant**
**Factory Connection, LLC**


_/s/ Sherry Flax_

Sherry Flax
sflax@saul.com
Sarah Lacey
slacey@saul.com
Saul Ewing LLP
500 E. Pratt St.
Baltimore, MD 21202
(410) 332-8784
(410) 332-8785

**Attorneys for Defendant**
**U.S. Vision, Inc.**


_/s/ Joel T. Beres_

Joel T. Beres
State Bar No. 90934 – KY
STITES & HARBISON, PLLC
400 West Market Street, Suite 1800
Louisville, KY 40202
Telephone: (502) 587-3400
Facsimile: (502) 587-6391
Email: jberes@stites.com

**Attorney for Defendant**
**Eyemart Express, Ltd.**

*/s/ Kamran Jivani*
Robert L. Lee (Ga. Bar No. 443978)
Bob.lee@alston.com
Kamran Jivani (Ga. Bar No. 510908)
Kamran.jivani@alston.com
ALSTON & BIRD LLP
1201 West Peachtree St.
Atlanta, GA 30309
(404) 881-7000 – Phone
(404) 881-7777 – Fax

**Attorneys for Defendants**
**Chico's FAS, Inc.; The William Carter**
**Company; Body Shop of America, Inc.; The**
**Finish Line, Inc.; Dots, Inc.; Collective Brands,**
**Inc.; Brown Shoe Company, Inc.; Ritz Camera**
**& Image, L.L.C.; and Guitar Center, Inc.**


*/s/ Jan M. Colin*
Jan M. Conlin (pro hac vice)
Thomas C. Mahlum (pro hac vice)
Andrew J. Pieper (pro hac vice)
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
T: 612-349-8500
F: 612-339-4181

Michael E. Jones (TX. No. 10929400)
POTTER MINTON P.C.
110 N. College
500 Plaza Tower
Tyler, TX 75702
T: (903) 597-8311
F: (903) 593-0846

**Attorneys for Defendant**
**M.A.C. Cosmetics, Inc.**

*/s/ Willem G. Schuurman*

Willem G. Schuurman (TX Bar No. 17855200)
Avelyn M. Ross (TX Bar No. 24027817)
VINSON & ELKINS L.L.P.
2801 Via Fortuna, Suite 100
Austin, Texas 78746-7568
Tel: (512) 542-8400
Fax: (512) 236-3218
bschuurman@velaw.com
aross@velaw.com

Scott W. Breedlove (TX Bar No. 00790361)
Srinivas G. Pathmanaban (TX Bar No. 24074865)
VINSON & ELKINS LLP
Trammell Crow Center
2001 Ross Avenue, Suite 3700
Dallas, Texas 75201-2975
Tel:  (214) 220-7700
Fax: (214) 999-7993
sbreedlove@velaw.com
gpathmanaban@velaw.com

**Attorneys for Defendants**
**Burberry Limited; Donna Karan International,**
**Inc.; LVMH Moet Hennessy Louis Vuitton, Inc.;**
**Crabtree & Evelyn, Ltd.; Base Escentuals, Inc.;**
**and Sephora, USA, Inc.**

*/s/ Sarah R. Holland*
FULBRIGHT & JAWORSKI LLP
Michael C. Barrett
State Bar No. 24006803
Mark T. Garrett
State Bar No. 24007225
Sarah R. Holland
State Bar No. 24055679
98 San Jacinto Boulevard, Suite 1100
Austin, TX 78701
Tel: 512.474.5201
Fax: 512.536.4598
mbarrett@fulbright.com
mgarrett@fulbright.com
sholland@fulbright.com

Patrick J. Gallagher – pro hac vice
2100 IDS Center
80 South Eight St
Minneapolis, MN 55402-2112
Tel: 612/321-2812
Fax: 612/321-2288
pgallagher@fulbright.com

**Attorneys for Defendants
National Vision Inc.; Regis Corporation; and
Spencer Gifts LLC**

*/s/ Thomas J. Adair*
Thomas J. Adair
Bryan Cave LLP
JP Morgan Chase Tower
2200 Ross Avenue, Suite 3300
Dallas, Texas 75201
Telephone: (214) 721-8000
Fax: (214) 721-8100
thomas.adair@bryancave.com

**Attorney for Defendant
Bioscrip, Inc.**

*/s/ Jan M. Conlin*
Jan M. Conlin (pro hac vice)
Thomas C. Mahlum (pro hac vice)
Andrew J. Pieper (pro hac vice)
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
T: 612-349-8500
F: 612-339-4181

Michael E. Jones (TX. No. 10929400)
POTTER MINTON P.C.
110 N. College
500 Plaza Tower
Tyler, TX 75702
T: (903) 597-8311
F: (903) 593-0846

**Attorneys for Defendants**
**Great Clips, Inc.**
.


*/s/ Sarah A. Toops*
Sarah A. Toops (Pro Hac Vice)
Critchfield, Critchfield & Johnston, Ltd.
4996 Foote Road
Medina, Ohio 44256
Telephone: (330) 723-6404
Facsimile:  (330) 721-7644
E-mail:  toops@ccj.com

**Attorney for Defendant**
**Papyrus Franchise Corporation**

*/s/ David Bassett*
David Bassett
WilmerHale
399 Park Avenue
NY, NY  10022
212.230.8858 (Telephone)
212.230.8888 (Facsimile)
David.Bassett@wilmerhale.com

John M. Jackson
Nicole Ruble Metcalf
JACKSON WALKER L.L.P.
901 Main Street, Suite 6000
Dallas, Texas 75202-3797
Telephone:  (214) 953-6000
jjackson@jw.com
nmetcalf@jw.com

**Attorneys for Defendant**
**The Yankee Candle Company, Inc.**


*/s/ Bradley Chambers*
Bradley Chambers
Texas State Bar No. 24001860
1300 Four Houston Center
1221 Lamar
Houston, Texas 77010
Telephone:  (713) 650-9700
Facsimile:      (713) 650.9701
bchambers@bakerdoneslon.com

Bradley E. Trammell (Of Counsel)
Tennessee State Bar No. 013980
Baker, Donelson, Bearman, Caldwell & Berkowitz
165 Madison Avenue, Suite 2000
Memphis, Tennessee  38103
Telephone:  (901) 577-2121
Facsimile:  (901) 577-0781
btrammell@bakerdonelson.com

**Attorneys for Defendant**
**Fred's, Inc.**

*/s/ Matias Ferrario*
Matias Ferrario
NC Bar No. 38723
mferrario@kilpatricktownsend.com
KILPATRICK TOWNSEND & STOCKTON LLP
1001 West Fourth Street
Winston-Salem , NC 27101-2400
Telephone:  336.607.7300
Facsimile:  336.607.7500

**Attorney for Defendant**
**Genesco, Inc.**

*/s/ Mark D. Taylor*
Mark D. Taylor
Texas Bar No. 19713250
mark.taylor@bakermckenzie.com
Brian C. McCormack
Texas Bar No. 00797036
brian.mccormack@bakermckenzie.com
Nathan A. Engels
Texas Bar No. 24036526
nathan.engels@bakermckenzie.com
BAKER & MCKENZIE LLP
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, TX  75201
Tel. (214) 978-3000
Fax (214) 978-3099

**Attorneys for Defendants**
**Heelys Inc.; Espirit U.S. Retail Ltd.; and Hugo**
**Boss Fashion, Inc.**

_/s/ Deron R. Dacus_
Deron R. Dacus
State Bar No. 00790553
THE DACUS FIRM, P.C.
821 ESE Loop 323, Suite 430
Tyler, Texas 75701
903/705-1117 (phone & fax)
ddacus@dacusfirm.com

**Attorney for Defendants**
**24 Hour Fitness Worldwide Inc., Ann Inc., Bose**
**Corporation, Jos. A. Bank Clothiers Inc.**

_/s/ Joseph J. Richetti_
Joseph J. Richetti
Bryan Cave LLP
1290 Avenue of the Americas
New York, NY 10104
212.541.1092 (office)
212.541.1498 (fax)
joseph.richetti@bryancave.com

Thomas Adair
Texas Bar No. 24047753
Bryan Cave, LLP
2200 Ross Avenue, Suite 300
Dallas, TX 75201
214.721.8033 (office)
214.220.6733 (fax)
thomas.adair@bryancave.com

**Attorneys for Defendant**
**Delia's, Inc.**

/s/ J. Thad Heartfield

J. Thad Heartfield
State Bar No. 09346800
THE HEARTFIELD LAW FIRM
2195 Dowlen Road
Beaumont, TX 77706
Tel:  (409) 866-3318
Fax:  (409) 866-5789
thad@jth-law.com

John P. Higgins (pro hac vice forthcoming)
SUMMA, ADDITON & ASHE, P.A.
Charlotte, NC 28277-2199
Tel:  (704) 945-6704
Fax:  (704) 945-6735
jhiggins@summalaw.com

**Attorneys for Defendant
Hallmark Cards, Inc.**


/s/ Justin J. Jenkins

Justin J. Jenkins
State Bar No. 24051866
Winthrop & Weinstine, P.A.
Capella Tower Suite 3500
225 South Sixth Street
Minneapolis, MN  55402-4629
Phone:  612-604-6411
Fax:  612-604-6891
Email:  jjenkins@winthrop.com

**Attorneys for Defendants
Life Time Fitness, Inc. and Jos. A. Bank
Clothiers Inc.**

*/s/ Eric H. Findlay*
Eric H. Findlay
Texas Bar No. 00789886
Brian Craft
Texas Bar No. 04972020
Walter W. Lackey, Jr.
Texas Bar No. 24050901
FINDLAY CRAFT, LLP
6760 Old Jacksonville Hwy
Suite 101
Tyler, TX 75703
Telephone: (903) 534-1100
Facsimile: (903) 534-1137
efindlay@findlaycraft.com
bcraft@findlaycraft.com
wlackey@findlaycraft.com

**Attorneys for Defendant
Hanesbrands Inc.**


*/s/ John M. Guaragna*
John M. Guaragna (Bar No. 24043308)
John.Guaragna@dlapiper.com
Henning Schmidt (Bar No. 24060569)
Henning.Schmidt@dlapiper.com
**DLA PIPER LLP (US)**
401 Congress Avenue, Suite 2500
Austin, TX 78701-3799
Tel: (512) 457.7000
Fax: (512) 457.7001

**Attorneys for Defendants
Destination Maternity Corporation and
Cache Inc.**

*/s/ B. Lance Vincent*

B. Lance Vincent
Texas State Bar No. 20585580
RITCHESON, LAUFFER, & VINCENT PC
Two American Center
821 ESE Loop 323, Suite 530
Tyler, TX  75701
lancev@rllawfirm.net

**Attorney for Defendants**
**Papyrus Franchise Corporation and**
**Group Dynamite, Inc.**

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on February 28, 2012, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).


_/s/ Michael A. Bittner_
Michael A. Bittner