**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **GEOTAG, INC.**<br><br>    **Plaintiff,**<br><br>v.<br><br>**EYE CARE CENTERS OF AMERICA, INC** *et al.*;<br><br>    **Defendants.** | C.A. No. 2:11-cv-00404-MHS-CMC<br><br>Judge Michael H. Schneider<br><br>**JURY TRIAL DEMANDED** |

**DEFENDANT BOSE CORPORATION'S
RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Bose Corporation discloses that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

Respectfully submitted this 2nd day of March, 2012.

>  */s/ Deron R. Dacus*
>  Deron R. Dacus
>  State Bar No. 00790553
>  THE DACUS FIRM, P.C.
>  821 ESE Loop 323, Suite 430
>  Tyler, Texas 75701
>  903/705-1117 (phone & fax)
>  ddacus@dacusfirm.com
>  *Attorneys for Defendant Bose Corporation*

## Certificate of Service

      The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this document was served on all counsel who have consented to electronic service, Local Rule CV-5(a)(3)(A).

March 2, 2012

                                                 */s/ Deron R. Dacus*
                                                 Deron R. Dacus