IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| GEOTAG, INC. | § | |
| | § | |
| *Plaintiff*, | § | C.A. NO. 2:11-cv-00404-DF |
| | § | |
| v. | § | |
| | § | |
| EYE CARE CENTERS OF AMERICA INC., *et al.* | § | JURY TRIAL DEMANDED |
| | § | |
| *Defendants*. | § | |
| | § | |

**SEPHORA USA INC.'S**
**CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Sephora USA Inc. ("Sephora") hereby advises the Court as follows:

Sephora is a wholly-owned subsidiary of LVMH Moet Hennessy Louis Vuitton SA, ("LVMH") a foreign company. LVMH is publicly traded on European stock exchanges. No publicly held corporation owns 10% or more of LVMH's stock.

Dated: March 7, 2012							Respectfully submitted,

							*/s/ Avelyn M. Ross*
							Willem G. Schuurman (TX Bar No. 17855200)
							Avelyn M. Ross (TX Bar No. 24027871)
							VINSON & ELKINS LLP
							2801 Via Fortuna, Suite 100
							Austin, Texas 78746-7568
							Tel: (512) 542-8400
							Fax: (512) 542-8612
							bschuurman@velaw.com
							aross@velaw.com

							***Attorneys for Sephora USA Inc.***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on March 7, 2012.  Any other counsel of record will be served by first class mail on this same date.

							*/s/ Avelyn M. Ross*

US 1301657v.1