IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| GEOTAG, INC. | § | |
| | § | |
| *Plaintiff*, | § | C.A. NO. 2:11-cv-00404-MHS-CMC |
| | § | |
| v. | § | |
| | § | |
| EYE CARE CENTERS OF AMERICA INC., *et al.* | § | JURY TRIAL DEMANDED |
| | § | |
| *Defendants*. | § | |
| | § | |
| | § | |

BARE ESCENTUALS, INC.'S
ANSWER AND DEFENSES IN RESPONSE TO
<u>PLAINTIFF GEOTAG, INC.'S FIRST AMENDED COMPLAINT</u>

Defendant Bare Escentuals, Inc. ("Bare Escentuals") files this answer to Plaintiff Geotag, Inc.'s ("Geotag" or "Plaintiff") First Amended Complaint ("Amended Complaint"), and hereby states as follows:

<u>PARTIES</u>

1.     Bare Escentuals lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 1 of the Amended Complaint and therefore denies those allegations.

2.     Bare Escentuals lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 2 of the Amended Complaint and therefore denies those allegations.

3.      Bare Escentuals lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 3 of the Amended Complaint and therefore denies those allegations.

4.      Bare Escentuals lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 4 of the Amended Complaint and therefore denies those allegations.

5.      Bare Escentuals lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 5 of the Amended Complaint and therefore denies those allegations.

6.      Bare Escentuals lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 6 of the Amended Complaint and therefore denies those allegations.

7.      Bare Escentuals lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 7 of the Amended Complaint and therefore denies those allegations.

8.      Bare Escentuals lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 8 of the Amended Complaint and therefore denies those allegations.

9.      Bare Escentuals lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 9 of the Amended Complaint and therefore denies those allegations.

10.     Bare Escentuals lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 10 of the Amended Complaint and therefore denies those allegations.

11.     Bare Escentuals lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 11 of the Amended Complaint and therefore denies those allegations.

12.     Bare Escentuals lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 12 of the Amended Complaint and therefore denies those allegations.

13.     Bare Escentuals lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 13 of the Amended Complaint and therefore denies those allegations.

14.     Bare Escentuals lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 14 of the Amended Complaint and therefore denies those allegations.

15.     Bare Escentuals lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 15 of the Amended Complaint and therefore denies those allegations.

16.     Bare Escentuals lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 16 of the Amended Complaint and therefore denies those allegations.

*Bare Escentuals, Inc.'s Answer, Defenses and Counterclaims in Response to*
*Plaintiff Geotag's First Amended Complaint*

17.     Bare Escentuals admits that it is a Delaware corporation with a principal place of business at 71 Stevenson Street, San Francisco. Bare Escentuals denies the remaining allegations in Paragraph 17 of the Amended Complaint.

18.     Bare Escentuals lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 18 of the Amended Complaint and therefore denies those allegations.

19.     Bare Escentuals lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 19 of the Amended Complaint and therefore denies those allegations.

20.     Bare Escentuals lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 20 of the Amended Complaint and therefore denies those allegations.

21.     Bare Escentuals lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 21 of the Amended Complaint and therefore denies those allegations.

22.     Bare Escentuals lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 22 of the Amended Complaint and therefore denies those allegations.

23.     Bare Escentuals lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 23 of the Amended Complaint and therefore denies those allegations.

24.     Bare Escentuals lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 24 of the Amended Complaint and therefore denies those allegations.

25.     Bare Escentuals lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 25 of the Amended Complaint and therefore denies those allegations.

26.     Bare Escentuals lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 26 of the Amended Complaint and therefore denies those allegations.

27.     Bare Escentuals lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 27 of the Amended Complaint and therefore denies those allegations.

28.     Bare Escentuals lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 28 of the Amended Complaint and therefore denies those allegations.

29.     Bare Escentuals lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 29 of the Amended Complaint and therefore denies those allegations.

30.     Bare Escentuals lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 30 of the Amended Complaint and therefore denies those allegations.

*Bare Escentuals, Inc.'s Answer, Defenses and Counterclaims in Response to*
*Plaintiff Geotag's First Amended Complaint*

31.     Bare Escentuals lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 31 of the Amended Complaint and therefore denies those allegations.

32.     Bare Escentuals lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 32 of the Amended Complaint and therefore denies those allegations.

33.     Bare Escentuals lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 33 of the Amended Complaint and therefore denies those allegations.

34.     Bare Escentuals lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 34 of the Amended Complaint and therefore denies those allegations.

35.     Bare Escentuals lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 35 of the Amended Complaint and therefore denies those allegations.

36.     Bare Escentuals lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 36 of the Amended Complaint and therefore denies those allegations.

37.     Bare Escentuals lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 37 of the Amended Complaint and therefore denies those allegations.

38.     Bare Escentuals lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 38 of the Amended Complaint and therefore denies those allegations.

39.     Bare Escentuals lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 39 of the Amended Complaint and therefore denies those allegations.

40.     Bare Escentuals lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 40 of the Amended Complaint and therefore denies those allegations.

41.     Bare Escentuals lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 41 of the Amended Complaint and therefore denies those allegations.

42.     Bare Escentuals lacks knowledge and information sufficient to form a belief as to the truth of the allegations in Paragraph 42 of the Amended Complaint and therefore denies those allegations.

## JURISDICTION AND VENUE

1.     Bare Escentuals admits Paragraph 1 of the Jurisdiction and Venue section of the Amended Complaint alleges that this is an action arising under the patent laws of the United States, Title 35 of the United States Code, but denies the merits of such action.  Bare Escentuals also admits that this Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338(a).  Bare Escentuals lacks knowledge and information sufficient to form a belief about the allegations related

to all other Defendants other than Bare Escentuals and therefore denies those allegations.  Bare Escentuals denies the allegations contained in Paragraph 1 of the Jurisdiction and Venue section of the Amended Complaint insofar as they apply to Bare Escentuals.

2.       Bare Escentuals denies the allegations contained in Paragraph 2 of the Jurisdiction and Venue section of the Amended Complaint insofar as they apply to Bare Escentuals.

**ANSWER TO COUNT 1**

**ALLEGATION OF INFRINGEMENT OF U.S. PATENT NO. 5,930,474**

3.       Bare Escentuals admits that United States Patent No. 5,930,474 (the "`474 Patent") is titled "Internet Organizer for Accessing Geographically and Topically Based Information," and, that according to the face of the `474 Patent, was apparently issued by the United States Patent and Trademark Office on July 29, 1999.  Bare Escentuals lacks knowledge and information sufficient to form a belief as to the truth of the remaining allegations of Paragraph 3 of Count I to the Amended Complaint, and therefore denies the same.

4.       Paragraph 4 of Count I to the Amended Complaint states legal conclusions to which no response is required.  To the extent that an answer is required, Bare Escentuals denies the allegations contained in Paragraph 4 of Count I to the Amended Complaint.

5.       Bare Escentuals lacks knowledge and information sufficient to form a belief as to the truth of the allegations Paragraph 5 of Count I to the Amended Complaint and therefore denies those allegations.

6.      Bare Escentuals lacks knowledge and information sufficient to form a belief as to the truth of the allegations Paragraph 6 of Count I to the Amended Complaint and therefore denies those allegations.

7.      Bare Escentuals lacks knowledge and information sufficient to form a belief as to the truth of the allegations Paragraph 7 of Count I to the Amended Complaint and therefore denies those allegations.

8.      Bare Escentuals lacks knowledge and information sufficient to form a belief as to the truth of the allegations Paragraph 8 of Count I to the Amended Complaint and therefore denies those allegations.

9.      Bare Escentuals lacks knowledge and information sufficient to form a belief as to the truth of the allegations Paragraph 9 of Count I to the Amended Complaint and therefore denies those allegations.

10.     Bare Escentuals lacks knowledge and information sufficient to form a belief as to the truth of the allegations Paragraph 10 of Count I to the Amended Complaint and therefore denies those allegations.

11.     Bare Escentuals lacks knowledge and information sufficient to form a belief as to the truth of the allegations Paragraph 11 of Count I to the Amended Complaint and therefore denies those allegations.

12.     Bare Escentuals lacks knowledge and information sufficient to form a belief as to the truth of the allegations Paragraph 12 of Count I to the Amended Complaint and therefore denies those allegations.

*Bare Escentuals, Inc.'s Answer, Defenses and Counterclaims in Response to*
*Plaintiff Geotag's First Amended Complaint*

13.　　Bare Escentuals lacks knowledge and information sufficient to form a belief as to the truth of the allegations Paragraph 13 of Count I to the Amended Complaint and therefore denies those allegations.

14.　　Bare Escentuals lacks knowledge and information sufficient to form a belief as to the truth of the allegations Paragraph 14 of Count I to the Amended Complaint and therefore denies those allegations.

15.　　Bare Escentuals lacks knowledge and information sufficient to form a belief as to the truth of the allegations Paragraph 15 of Count I to the Amended Complaint and therefore denies those allegations.

16.　　Bare Escentuals lacks knowledge and information sufficient to form a belief as to the truth of the allegations Paragraph 16 of Count I to the Amended Complaint and therefore denies those allegations.

17.　　Bare Escentuals lacks knowledge and information sufficient to form a belief as to the truth of the allegations Paragraph 17 of Count I to the Amended Complaint and therefore denies those allegations.

18.　　Bare Escentuals lacks knowledge and information sufficient to form a belief as to the truth of the allegations Paragraph 18 of Count I to the Amended Complaint and therefore denies those allegations.

19.　　Bare Escentuals lacks knowledge and information sufficient to form a belief as to the truth of the allegations Paragraph 19 of Count I to the Amended Complaint and therefore denies those allegations.

*Bare Escentuals, Inc.'s Answer, Defenses and Counterclaims in Response to*
*Plaintiff Geotag's First Amended Complaint*

20.     Denied.

21.     Bare Escentuals lacks knowledge and information sufficient to form a belief as to the truth of the allegations Paragraph 21 of Count I to the Amended Complaint and therefore denies those allegations.

22.     Bare Escentuals lacks knowledge and information sufficient to form a belief as to the truth of the allegations Paragraph 22 of Count I to the Amended Complaint and therefore denies those allegations

23.     Bare Escentuals lacks knowledge and information sufficient to form a belief as to the truth of the allegations Paragraph 23 of Count I to the Amended Complaint and therefore denies those allegations.

24.     Bare Escentuals lacks knowledge and information sufficient to form a belief as to the truth of the allegations Paragraph 24 of Count I to the Amended Complaint and therefore denies those allegations.

25.     Bare Escentuals lacks knowledge and information sufficient to form a belief as to the truth of the allegations Paragraph 25 of Count I to the Amended Complaint and therefore denies those allegations.

26.     Bare Escentuals lacks knowledge and information sufficient to form a belief as to the truth of the allegations Paragraph 26 of Count I to the Amended Complaint and therefore denies those allegations.

27.     Bare Escentuals lacks knowledge and information sufficient to form a belief as to the truth of the allegations Paragraph 27 of Count I to the Amended Complaint and therefore denies those allegations.

28.     Bare Escentuals lacks knowledge and information sufficient to form a belief as to the truth of the allegations Paragraph 28 of Count I to the Amended Complaint and therefore denies those allegations.

29.     Bare Escentuals lacks knowledge and information sufficient to form a belief as to the truth of the allegations Paragraph 29 of Count I to the Amended Complaint and therefore denies those allegations.

30.     Bare Escentuals lacks knowledge and information sufficient to form a belief as to the truth of the allegations Paragraph 30 of Count I to the Amended Complaint and therefore denies those allegations.

31.     Bare Escentuals lacks knowledge and information sufficient to form a belief as to the truth of the allegations Paragraph 31 of Count I to the Amended Complaint and therefore denies those allegations.

32.     Bare Escentuals lacks knowledge and information sufficient to form a belief as to the truth of the allegations Paragraph 32 of Count I to the Amended Complaint and therefore denies those allegations.

33.     Bare Escentuals lacks knowledge and information sufficient to form a belief as to the truth of the allegations Paragraph 33 of Count I to the Amended Complaint and therefore denies those allegations.

*Bare Escentuals, Inc.'s Answer, Defenses and Counterclaims in Response to*
*Plaintiff Geotag's First Amended Complaint*

34.     Bare Escentuals lacks knowledge and information sufficient to form a belief as to the truth of the allegations Paragraph 34 of Count I to the Amended Complaint and therefore denies those allegations.

35.     Bare Escentuals lacks knowledge and information sufficient to form a belief as to the truth of the allegations Paragraph 35 of Count I to the Amended Complaint and therefore denies those allegations.

36.     Bare Escentuals lacks knowledge and information sufficient to form a belief as to the truth of the allegations Paragraph 36 of Count I to the Amended Complaint and therefore denies those allegations.

37.     Bare Escentuals lacks knowledge and information sufficient to form a belief as to the truth of the allegations Paragraph 37 of Count I to the Amended Complaint and therefore denies those allegations.

38.     Bare Escentuals lacks knowledge and information sufficient to form a belief as to the truth of the allegations Paragraph 38 of Count I to the Amended Complaint and therefore denies those allegations.

39.     Bare Escentuals lacks knowledge and information sufficient to form a belief as to the truth of the allegations Paragraph 39 of Count I to the Amended Complaint and therefore denies those allegations.

40.     Bare Escentuals lacks knowledge and information sufficient to form a belief as to the truth of the allegations Paragraph 40 of Count I to the Amended Complaint and therefore denies those allegations.

*Bare Escentuals, Inc.'s Answer, Defenses and Counterclaims in Response to
Plaintiff Geotag's First Amended Complaint*

41.     Bare Escentuals lacks knowledge and information sufficient to form a belief as to the truth of the allegations Paragraph 41 of Count I to the Amended Complaint and therefore denies those allegations.

42.     Bare Escentuals lacks knowledge and information sufficient to form a belief as to the truth of the allegations Paragraph 42 of Count I to the Amended Complaint and therefore denies those allegations.

43.     Bare Escentuals lacks knowledge and information sufficient to form a belief as to the truth of the allegations Paragraph 43 of Count I to the Amended Complaint and therefore denies those allegations.

44.     Bare Escentuals lacks knowledge and information sufficient to form a belief as to the truth of the allegations Paragraph 44 of Count I to the Amended Complaint and therefore denies those allegations.

45.     Bare Escentuals lacks knowledge and information sufficient to form a belief as to the truth of the allegations Paragraph 45 of Count I to the Amended Complaint and therefore denies those allegations.

46.     Paragraph 46 of Count I to the Amended Complaint does not require a response by Bare Escentuals.  To the extent any response is necessary, Bare Escentuals denies it has committed any act of infringement, willful or otherwise.

47.     To the extent directed toward Bare Escentuals, Bare Escentuals denies the allegations of Paragraph 47 of Count I of the Amended Complaint.  With respect to the other Defendants, Bare Escentuals lacks knowledge and information sufficient to form a belief as to the truth of the

allegations in Paragraph 47 of Count I to the Amended Complaint and therefore denies those allegations.

## ANSWER TO PRAYER FOR RELIEF

1.      Bare Escentuals denies that Plaintiff is entitled to any of the relief requested in Paragraphs 1 through 6 of its Prayer for Relief.

## AFFIRMATIVE DEFENSES

1.      Without conceding that any of the following necessarily must be pled as an affirmative defense, or that any of the following is not already at issue by virtue of the foregoing denials, and without prejudice to Bare Escentuals's right to plead additional defenses as discovery into the facts of the matter warrant, Bare Escentuals hereby asserts the following defenses.  Bare Escentuals specifically reserves the right to amend its defenses further as additional information is developed through discovery or otherwise.

## FIRST AFFIRMATIVE DEFENSE

### Noninfringement

2.      Bare Escentuals has not infringed any valid claim of the `474 Patent either literally or under the doctrine of equivalents.

## SECOND AFFIRMATIVE DEFENSE

### Patent Invalidity

3.      Each and every claim of the `474 Patent is invalid for failure to comply with the patent laws, including, but not limited to, 35 U.S.C. §§ 101, 102, 103, 112, and 113.

## THIRD AFFIRMATIVE DEFENSE

### Prosecution History Estoppel/Prosecution Disclaimer

4.      Prosecution history estoppel and/or prosecution disclaimer preclude any finding of infringement.

## FOURTH AFFIRMATIVE DEFENSE

### Limitation on Damages

5.      Plaintiff's claim for relief and damages are limited by 35 U.S.C. §§ 286, 287, and/or 288.

## FIFTH AFFIRMATIVE DEFENSE

### Laches/Equitable Estoppel

6.      Plaintiff's claims against Bare Escentuals are barred in whole or in part by one or more of the equitable doctrines of laches and/or equitable estoppel.

## SIXTH AFFIRMATIVE DEFENSE

### Failure to State a Claim

7.      Plaintiff has failed to state a claim upon which relief can be granted.

8.      Bare Escentuals reserves all affirmative defenses under Rule 8(c) of the Federal Rules of Civil Procedure, the Patent Laws of the United States, and any other defenses at law or in equity, that may now or in the future be available based on discovery or any other factual investigation concerning this case, including without limitation any applicable defenses asserted by any other defendant in this action.

## **PRAYER FOR RELIEF**

WHEREFORE, Bare Escentuals prays for the following relief:

A.      That Geotag's claims against Bare Escentuals be dismissed with prejudice and that Geotag take nothing by way of its Complaint;

B.      That judgment be rendered in favor of Bare Escentuals;

C.      For a declaration that Bare Escentuals has not infringed any claim of the `474 Patent;

D.      For a declaration that each and every claim of the `474 Patent is invalid;

E.      For an order finding this case exceptional pursuant to 35 U.S.C. § 285 and awarding Bare Escentuals its reasonable attorneys' fees;

F.      That Bare Escentuals be awarded its costs of suit incurred in this action; and

G.      For such other and further relief as the Court deems just and proper.

Dated: March 21, 2012          Respectfully submitted,

         */s/ Avelyn M. Ross*
         Willem G. Schuurman (TX Bar No. 17855200)
         Avelyn M. Ross (TX Bar No. 24027871)
         VINSON & ELKINS LLP
         2801 Via Fortuna, Suite 100
         Austin, Texas 78746-7568
         Tel: (512) 542-8400
         Fax: (512) 542-8612
         bschuurman@velaw.com
         aross@velaw.com

         **Attorneys for Bare Escentuals USA Inc.**

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on March 21, 2012. Any other counsel of record will be served by first class mail on this same date.

         */s/ Avelyn M. Ross*

US 1296039v.1