IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| GEOTAG, INC. | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | |
| | § | |
| EYE CARE CENTERS OF AMERICA, INC. et al | § | Civil Action No. 2:11-cv-404-MHS |
| | § | |
| Defendants. | § | |
| | § | JURY TRIAL DEMANDED |
| | § | |

## NOTICE OF APPEARANCE

Notice is given that the undersigned attorney, Adam David Swain, enters his appearance in this matter as Attorney for Defendants Bose Corp.; 24 Hour Fitness Worldwide, Inc.; Great Clips, Inc.; and Vitamin Shoppe Industries, Inc. for purposes of receiving notices and orders from the Court.

Dated this 21st day of March, 2012          Respectfully submitted,

/s/   Adam D. Swain
Adam D. Swain
Alston & Bird LLP
The Atlantic Building
950 F Street, N.W.
Washington, DC 20004
Telephone: (202) 756-3300
Facsimile: (202) 756-3333
Adam.swain@alston.com

**ATTORNEY FOR DEFENDANTS
BOSE CORP.; 24 HOUR FITNESS
WORLDWIDE, INC.; GREAT CLIPS,
INC.; AND VITAMIN SHOPPE
INDUSTRIES, INC.**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing **NOTICE OF APPEARANCE** has been forwarded via CM/ECF to all counsel of record on this the 21st day of March, 2012.

/s/___Adam D. Swain_____
Adam D. Swain