IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| GEOTAG, INC. | § § § | |
| *Plaintiff*, | § § | C.A. NO. 2:11-cv-00404-MHS-CMC |
| v. | § § | |
| EYE CARE CENTERS OF AMERICA INC., *et al.* | § § | JURY TRIAL DEMANDED |
| | § | |
| *Defendants*. | § § | |

# CRABTREE & EVELYN, LTD.'S
# CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Crabtree & Evelyn, Ltd. ("Crabtree & Evelyn"), by its counsel, makes the following disclosure:

Crabtree & Evelyn, a Connecticut corporation, is a wholly-owned subsidiary of Kuala Lampur Kepong Bhd., Malaysia, United Kingdom, ("KLKB") a foreign company. No publicly traded company in the United States owns 10% or more of Crabtree & Evelyn's stock.

KLKB, which is a publicly traded company on Malaysian stock exchanges, owns 10% or more of Crabtree & Evelyn.

Dated: April 10, 2012                               Respectfully submitted,

                                                */s/ Avelyn M. Ross*
                                                Willem G. Schuurman (TX Bar No. 17855200)
                                                Avelyn M. Ross (TX Bar No. 24027871)
                                                Ajeet P. Pai (TX Bar No. 24060376)
                                                VINSON & ELKINS LLP
                                                2801 Via Fortuna, Suite 100
                                                Austin, Texas 78746-7568
                                                Tel: (512) 542-8400
                                                Fax: (512) 542-8612
                                                bschuurman@velaw.com
                                                aross@velaw.com
                                                apai@velaw.com

                                                ***Attorneys for Crabtree & Evelyn, Ltd.***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on April 10, 2012.  Any other counsel of record will be served by first class mail on this same date.

                                                */s/ Avelyn M. Ross*

US 1298599v.1