**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| **GEOTAG, INC.,** § | | |
| § | | |
| **Plaintiff,** § | | |
| § | | |
| v. § | **No. 2:11-CV-404** | |
| § | | |
| **EYE CARE CENTERS OF AMERICA, INC.** § | **JURY TRIAL DEMANDED** | |
| § | | |
| **Defendants.** § | | |
| § | | |

## **NOTICE OF DISMISSAL WITH PREJUDICE**

Plaintiff, GeoTag, Inc., pursuant to FED. R. CIV. P. 41(a)(1)(i), hereby notices dismissal of all claims in this action WITH PREJUDICE between Plaintiff GeoTag, Inc., and Defendant Papyrus Franchise Corporation with each party to bears its own costs, expenses and attorneys' fees.

DATED April 16, 2012.                    Respectfully submitted,

By: \s\ *Stevenson Moore*
Hao Ni
Texas Bar No. 24047205
hni@nilawfirm.com
Stevenson Moore
Texas bar No. 24076573
smoore@nilawfirm.com

**NI LAW FIRM, PLLC**

3102 Maple Ave. Suite 400
Dallas, TX 75201
Telephone: (214) 800-2208
Fax: (214) 800-2209

**BUETHER JOE & CARPENTER, LLC**

Christopher M. Joe

-2-

Texas State Bar No. 00787770
E-mail: Chris.Joe@bjciplaw.com
Eric W. Buether
Texas State Bar No. 03316880
E-mail: Eric.Buether@bjciplaw.com
Brian A. Carpenter
Texas State Bar No. 03840600
E-mail: Brian.Carpenter@bcjiplaw.com
Mark D. Perantie
Texas State Bar No. 24053647
E-mail: Mark.Perantie@bjciplaw.com
Niky Bukovcan
Washington State Bar No. 39403
E-mail: Niky.Bukovcan@bjciplaw.com

1700 Pacific Avenue, Suite 2390
Dallas, Texas 75201
Phone: (214) 466-1272
Fax: (214) 466-1828

**ATTORNEYS FOR PLAINTIFFS GEOTAG INC. AND GEOTAG, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of April, 2012, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Eastern District of Texas, Marshall Division, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

*/s/ Stevenson Moore*
Stevenson Moore