IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| GEOTAG, INC., <br><br> Plaintiff, <br><br> v. <br><br> EYE CARE CENTERS OF AMERICA, INC., *et al*., <br><br> Defendants. | No. 2:11-CV-404-MHS-CMC <br><br> JURY TRIAL DEMANDED |

## PSP GROUP, LLC'S CERTIFICATE OF INTERESTED PERSONS

Pursuant to this Court's April 12, 2012 Order (Dkt. 258), counsel of record for PSP Group, LLC d/b/a Pet Supplies Plus ("PSP") hereby identifies the following persons that are financially interested in the outcome of this litigation:

1. Plaintiff

2. Defendants, including PSP Group, LLC

3. Pet Supplies "Plus," LLC

4. Pet Supplies "Plus" Holding, LLC

5. Irving Place Capital

6. Pet Supplies "Plus" management-equity holders

If PSP identifies any other party that is financially interested in the outcome of this litigation, PSP will promptly file an amended Certificate of Interested Persons as ordered by the Court.

|  |  |
|---|---|
|  | Respectfully Submitted, |
| Dated: April 17, 2012 | /s/ William Cornelius<br>By: William Cornelius<br>State Bar No. 04834700<br>Wilson, Robertson & Cornelius, PC<br>P.O. Box 7339<br>Tyler, Texas 75711-7339<br>Tel: 903-509-5000<br>Fax: 903-509-5091<br>wc@wilsonlawfirm.com |

*Of Counsel:*

Andrew M. Grove
Charles W. Duncan, Jr.
Honigman Miller Schwartz and Cohn LLP
39400 Woodward Avenue
Suite 101
Bloomfield Hills, MI 48304-5151
Tel: 248-566-8448
Fax: 248-566-8449
jgrove@honigman.com
cduncan@honigman.com

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this Certificate of Interested Persons was served on all counsel on April 17, 2012.

/s/ William Cornelius
By: William Cornelius
