IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| GEOTAG, INC., *et al.*, <br><br> v. <br><br> EYE CARE CENTERS OF AMERICA INC.; *et al.*, | 2:11-cv-00404-MHS |
| GEOTAG, INC., <br><br> v. <br><br> CIRCLE K STORE, INC.; *et al.* | 2:11-cv-00405-MHS |

### DEFENDANTS' MOTION TO STAY

For the reasons set forth in Defendants Coldwater Creek Inc., Draper's & Damon's, LLC, and J. Crew Group, Inc.'s Motion to Dismiss for Misjoinder (Case No. 2:11-cv-405, Dkt. No. 33) and certain Defendants Notice of Joinder in that Motion to Dismiss (Case No. 2:11-cv-404, Dkt. No. 110 and Case No. 2:11-cv-405, Dkt. No. 120),[1] the Defendants improperly added to the above-captioned actions in Plaintiff's Amended Complaints respectfully request that they be dismissed from these actions leaving GeoTag free to pursue its original claims against Eye Care Centers of America Inc. and Circle K Store, Inc.

In the event that the improperly added Defendants are not dismissed, the undersigned Defendants respectfully request that the Court stay the above-captioned actions in favor of Microsoft and Google declaratory judgment action in Delaware. Because this Stay request has been extensively briefed in related actions, the undersigned Defendants fully incorporate the prior briefing and exhibits by reference. The prior briefing in the related actions is attached

---

[1] *See also* Case No. 2:11-cv-405, Dkt. Nos. 190, 246, 263, 287, and 300.

hereto as Exhibits A through E.[2] For the reasons previously set forth in the attached briefing, the undersigned Defendants respectfully request that the Court stay the above-captioned actions in favor of the Microsoft and Google declaratory judgment action in Delaware.

Dated: June 1, 2012

Respectfully submitted,

/s/ Neil J. McNabnay
Neil J. McNabnay
Texas Bar No. 24002583
njm@fr.com
Michael A. Bittner
Texas Bar No. 24064905
mrb@fr.com
Jane J. Du
Texas Bar No. 24076355
jjd@fr.com
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, Texas 75201
(214) 747-5070 - Telephone
(214) 747-2091 - Facsimile

**Attorneys for Defendants
American Greetings Corporation; Charming Shoppes Inc.; David's Bridal Inc.; Formal Specialists Ltd.; Guess? Retail Inc.; Luxottica Retail North America, Inc.; and Ulta Salon, Cosmetics & Fragrance, Inc.**

---

[2] Due to CM/ECF file size limitations, only the prior briefing is attached hereto. The prior exhibits may be found attached to the briefing in the related actions. *See, e.g., GeoTag, Inc. v. Aromatique*, Case No. 2:10-cv-570 at Dkt. No. 269 (Exhibits A-F), Dkt. No. 289 (Exhibits A-D), Dkt. No. 363 (A-I), and Dkt. No. 404 (Exhibits A-B).

/s/ Joseph J. Richetti
Joseph J. Richetti
Bryan Cave LLP
1290 Avenue of the Americas
New York, NY 10104
212.541.1092 (office)
212.541.1498 (fax)
joseph.richetti@bryancave.com

Thomas Adair
Texas Bar No. 24047753
Bryan Cave, LLP
2200 Ross Avenue, Suite 300
Dallas, TX 75201
214.721.8033 (office)
214.220.6733 (fax)
thomas.adair@bryancave.com

**Attorneys for Defendant Delia's, Inc.**

/s/ J. Thad Heartfield
J. Thad Heartfield
Texas Bar No. 09346800
thad@jth-law.com
M. Dru Montgomery
Texas Bar No. 24010800
dru@jth-law.com
THE HEARTFIELD LAW FIRM
2195 Dowlen Road
Beaumont, Texas 77706
Telephone: (409) 866-3318
Fax: (409) 866-5789

Michael R. Annis (MO 47374)
mike.annis@huschblackwell.com
Husch Blackwell LLP
190 Carondelet Plaza, Suite, 600
St. Louis, MO 63105
Telephone:  (314) 480-1500
Fax:  (314) 480-1505

**Attorneys for Defendant**
**Bakers Footwear Group, Inc.**


/s/ Todd G. Vare
Todd G. Vare
BARNES & THORNBURG LLP
11 S. Meridian Street
Indianapolis, IN 46204
Direct: (317) 231-7735
Email: tvare@btlaw.com

**Attorneys for Defendant**
**Wild Birds Unlimited, Inc.**

*/s/ Joel T. Beres*
Joel T. Beres
Lead Counsel
Kentucky State Bar No. 84376
Jack A. Wheat
Kentucky State Bar No. 75945
Jennifer L. Kovalcik
Kentucky State Bar No. 89391
Lindsay Yeakel Capps
Kentucky State Bar No. 92726
STITES & HARBISON, PLLC
400 West Market Street
Suite 1800
Louisville, KY  40202-3352
Telephone: (502) 587-3400
Facsimile: (502) 587-6391
jberes@stites.com
jwheat@stites.com
jkovalcik@stites.com
lcapps@stites.com

**Attorneys for Defendant**
**Eyemart Express, Ltd.**


*/s/ Hector J. Ribera*
Hector J. Ribera
CA Bar No. 221511 (Admitted E.D. Tex.)
hribera@fenwick.com
Fenwick & West
Silicon Valley Center
801 California Street
Mountain View, California  94041
Telephone:    (650) 988-8500
Facsimile:    (650) 938-5200

**Attorneys for Defendant**
**Vitamin Cottage Food Markets, Inc.**

/s/ *J. Thad Heartfield*
J. Thad Heartfield
State Bar No. 09346800
THE HEARTFIELD LAW FIRM
2195 Dowlen Road
Beaumont, TX 77706
Tel: (409) 866-3318
Fax: (409) 866-5789
thad@jth-law.com

Gregory R. Lyons (pro hac vice forthcoming)
Brian H. Pandya (VA Bar # 72233)
WILEY REIN LLP
1776 K Street NW
Washington, DC 20006
Tel: (202) 719-7000
glyons@wileyrein.com
bpandya@wileyrein.com

**Attorneys for Defendant**
**Merle Norman Cosmetics**


/s/ *Terrell R. Miller*
Ronald M. Gaswirth
Texas Bar No. 07752000
Terrell R. Miller
Texas Bar No. 24046446
GARDERE WYNNE SEWELL LLP
3000 Thanksgiving Tower
1601 Elm Street
Dallas, Texas 75201-4761
Telephone: (214) 999-3000
Facsimile: (214) 999-4667
rgaswirth@gardere.com
tmiller@gardere.com

**Attorneys for Defendant**
**New Ashley Stewart, Inc.**

/s/ Peter J. Brann
Peter J. Brann
pbrann@brannlaw.com
David Swetnam–Burland
dsb@brannlaw.com
Stacy O. Stitham
sstitham@brannlaw.com
BRANN & ISAACSON
184 Main Street; P.O. Box 3070
Lewiston, ME 04243–3070
(207) 786–3566

**Attorneys for Defendants
Coldwater Creek Inc., Draper's and Damon's, LLC, and J. Crew Group, Inc.**


/s/ James E. Hudson III
James E. Hudson III
Texas Bar No. 00798270
CRAIN, CATON & JAMES, P.C.
1401 McKinney, Suite 1700
Houston, Texas 77010
713.752.8652
713.425.7952 Fax
jhudson@craincaton.com

**Attorney for Defendant
Curves International, Inc.**

*/s/ Avelyn M. Ross*
Willem G. Schuurman (TX Bar No. 17855200)
Avelyn M. Ross (TX Bar No. 24027871)
Ajeet P. Pai (TX Bar No. 24060376)
VINSON & ELKINS L.L.P.
2801 Via Fortuna, Suite 100
Austin, Texas 78746-7568
Tel: (512) 542-8400
Fax: (512) 236-3218
bschuurman@velaw.com
aross@velaw.com
apai@velaw.com

Scott W. Breedlove (TX Bar No. 00790361)
VINSON & ELKINS LLP
Trammell Crow Center
2001 Ross Avenue, Suite 3700
Dallas, Texas 75201-2975
Tel: (214) 220-7700
Fax: (214) 999-7993
sbreedlove@velaw.com

**Attorneys for Defendants**
**Bare Escentuals, Inc., Burberry Limited, Crabtree & Evelyn, Ltd., Donna Karan International Inc., Gold's Gym International, Inc., LVMH Moet Hennessy Louis Vuitton, Inc., and Sephora USA Inc.**

*/s/ Gregory F. Ahrens*
Gregory F. Ahrens
Wood, Herron & Evans, L.L.P.
2700 Carew Tower
441 Vine Street
Cincinnati, Ohio 45202-2917
(513) 241-2324

**Attorneys for Defendant**
**DSW Inc.**

*/s/ Charles Clark*
Charles Clark, #04274000
P. O. Box 98
604 Woldert
Tyler, TX  75702
Telephone:  (903) 593-2514
Facsimile:   (903) 595-1294
chc@charlesclarklaw.com

David R. Frye
LATHROP & GAGE LLP
2345 Grand Blvd., Suite 2200
Kansas City, MO  64108
Telephone: (816) 460-5726
Facsimile: (816) 292-2001
dfrye@lathropgage.com

**Attorneys for Defendant
ALCO Stores Inc.**


*/s/ Michael E. Jones*
Michael E. Jones
Texas State Bar No. 10929400
mikejones@potterminton.com
POTTER MINTON
110 North College, Suite 500
Tyler, TX  75702
Phone: (903) 525-2239
Fax: (903) 531-3939

Anthony W. Shaw
(admitted pro hac vice)
shaw.anthony@arentfox.com
ARENT FOX LLP
1050 Connecticut Ave., N.W.
Washington, D.C. 20036-5339
Phone: (202) 857-6000
Fax: (202) 857-6395

**Attorneys For Defendant
Diesel U.S.A. Inc.**

*/s/ William J. Cornelius*
William J. Cornelius
State Bar No. 04834700
wc@wilsonlawfirm.com
WILSON, ROBERTSON & CORNELIUS, P.C.
909 ESE Loop 323, Suite 400
P.O. Box 7339 [75711]
Tyler, Texas 75701
Telephone: (903) 509-5000
Fax: (903) 509-5092

Andrew M. Grove
State Bar No. P48868
jgrove@honigman.com
Charles W. Duncan, Jr.
State Bar No. P75288
cduncan@honigman.com
HONIGMAN MILLER SCHWARTZ AND COHN LLP
39400 Woodward Avenue, Suite 101
Bloomfield Hills, MI 48304-5151
Telephone: (248) 566-8300
Fax: (248) 566-8315

**Attorneys for Defendant
PSP Group, LLC**

*/s/ Sarah R. Holland*
FULBRIGHT & JAWORSKI LLP
Michael C. Barrett
State Bar No. 24006803
Mark T. Garrett
State Bar No. 24007225
Sarah R. Holland
State Bar No. 24055679
98 San Jacinto Boulevard, Suite 1100
Austin, TX 78701
Tel: 512.474.5201
Fax: 512.536.4598
mbarrett@fulbright.com
mgarrett@fulbright.com
sholland@fulbright.com

Patrick J. Gallagher – pro hac vice
2100 IDS Center
80 South Eight St
Minneapolis, MN 55402-2112
Tel: 612/321-2812
Fax: 612/321-2288
pgallagher@fulbright.com

**Attorneys for Defendant**
**Regis Corporation**


*/s/ John M. Guaragna*
John M. Guaragna (Bar No. 24043308)
John.Guaragna@dlapiper.com
Henning Schmidt (Bar No. 24060569)
Henning.Schmidt@dlapiper.com
**DLA PIPER LLP (US)**
401 Congress Avenue, Suite 2500
Austin, TX 78701-3799
Tel: (512) 457.7000
Fax: (512) 457.7001

**Attorneys for Defendants**
**Destination Maternity Corporation,**
**Cache Inc., and Claire's Stores Inc.**

*/s/ Brian C. McCormack*
Mark D. Taylor
Texas Bar No. 19713250
mark.taylor@bakermckenzie.com
Brian C. McCormack
Texas Bar No. 00797036
brian.mccormack@bakermckenzie.com
Andrew C. Moreton
Texas Bar No. 24074755
andrew.moreton@bakermckenzie.com
BAKER & MCKENZIE LLP
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, TX 75201
Tel. (214) 978-3000
Fax (214) 978-3099

**Attorneys for Defendants**
**Heely's Inc., ESPIRIT US Retail Limited, and**
**Hugo Boss Fashion Inc.**

*/s/ Mark D. Passler*
Mark D. Passler
mark.passler@akerman.com
AKERMAN SENTERFITT
222 Lakeview Avenue
West Palm Beach, Fl 33401
(561) 653-5000

**Attorneys for Defendant**
**Jimmy Jazz Inc.**

*/s/ Jan M. Conlin*
Jan M. Conlin (pro hac vice)
Thomas C. Mahlum (pro hac vice)
Andrew J. Pieper (pro hac vice)
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
T: 612-349-8500
F: 612-339-4181

Michael E. Jones (TX. No. 10929400)
POTTER MINTON P.C.
110 N. College
500 Plaza Tower
Tyler, TX 75702
T: (903) 597-8311
F: (903) 593-0846

**Attorneys for Defendant**
**M.A.C. Cosmetics, Inc.**


*/s/ Gregory L. Lippetz*
Gregory L. Lippetz
Iman Lordgooei
JONES DAY
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone:  (650) 739-3939
Facsimile:  (650) 739-3900
E-mail: glippetz@jonesday.com
E-mail: ilordgooei@jonesday.com

**Attorneys for Defendant**
**Toni&Guy USA, LLC**

*/s/ Philip J. Moy Jr.*
Philip J. Moy Jr. (Ohio Bar No. 0043568)
FAY SHARPE LLP
The Halle Building, 5th Floor
1228 Euclid Avenue
Cleveland, OH 44115
Telephone: 216-363-9000
Facsimile: 216-363-9001
Email: pmoy@faysharpe.com

**Attorneys for Defendant**
**Things Remembered, Inc.**


*/s/ William H. Oldach*
William H. Oldach III (pro hac vice)
VORYS, SATER, SEYMOUR AND PEASE LLP
1909 K Street, NW, 9th Floor
Washington, DC 20006
Tel: 202-467-8880
Fax: 202-533-9024
wholdach@vorys.com

Paul B. Kerlin
Texas Bar No. 24044480
VORYS, SATER, SEYMOUR AND PEASE LLP
700 Louisiana Avenue, Suite 4100
Houston, Texas 77002
Tel: 713-588-7002
Fax: 713-588-7052
pbkerlin@vorys.com

**Attorneys for Defendant**
**Abercrombie & Fitch Co.**

*/s/ Bradley Chambers*
Bradley Chambers
Texas State Bar No. 24001860
Baker, Donelson, Bearman, Caldwell & Berkowitz
1300 Four Houston Center
1221 Lamar
Houston, Texas 77010
Telephone: (713) 650-9700
Facsimile: (713) 650-9701
bchambers@bakerdonelson.com

Bradley E. Trammell (Of Counsel)
Tennessee State Bar No. 013980
Baker, Donelson, Bearman, Caldwell & Berkowitz
165 Madison Avenue, Suite 2000
Memphis, Tennessee 38103
Telephone: (901) 577-2121
Facsimile: (901) 577-0781
btrammell@bakerdonelson.com

**Attorneys for Defendant**
**Fred's, Inc.**

*/s/ Matias Ferrario*
Matias Ferrario
NC Bar No. 38723
mferrario@kilpatricktownsend.com
KILPATRICK TOWNSEND & STOCKTON LLP
1001 West Fourth Street
Winston-Salem, NC 27101-2400
Telephone: 336.607.7300
Facsimile: 336.607.7500

Michael E. Jones
State Bar No. 10929400
mikejones@potterminton.com
Allen F. Gardner
State Bar No. 24043679
allengardner@potterminton.com
POTTER MINTON
A Professional Corporation
110 N. College, Suite 500 (75702)
P. O. Box 359
Tyler, TX 75710
Telephone: 903.597.8311
Facsimile: 903.593.0846

**Attorneys for Defendant**
**Genesco Inc.**

*/s/ Andrew C. Warnecke*
Andrew C. Warnecke (admitted pro hac vice)
Joshua J. Heidelman (admitted pro hac vice)
Bryan Cave LLP
161 N. Clark St., Suite 4300
Chicago, IL 60601
Telephone: (312) 602-5000
Fax: (312) 602-5050
andrew.warnecke@bryancave.com
joshua.heidelman@bryancave.com

Thomas J. Adair
Texas Bar No. 24047753
Bryan Cave LLP
JP Morgan Chase Tower
2200 Ross Avenue, Suite 3300
Dallas, Texas 75201
Telephone: (214) 721-8000
Fax: (214) 721-8100
thomas.adair@bryancave.com

**Attorneys for Defendant Bioscrip, Inc.**

*/s/ Darren W. Saunders*
John M. Jackson
Texas Bar No. 24002340
jjackson@jw.com
Matthew C. Acosta
Texas Bar No. 24062577
macosta@jw.com
JACKSON WALKER L.L.P.
901 Main Street, Suite 6000
Dallas, TX 75202
Telephone: (214) 953-6000
Facsimile: (214) 661-6645

Darren W. Saunders (admitted pro hac vice)
dsaunders@manatt.com
Alpa V. Patel (admitted pro hac vice)
avpatel@manatt.com
MANATT PHELPS & PHILLIPS LLP
Seven Times Square
New York, New York 10036
Tel: (212) 790-4500
Fax: (212) 790-4545

**Attorneys for Defendant**
**H&M Hennes & Mauritz, L.P.**


*/s/ Scott S. Brown*
Scott S. Brown
MAYNARD, COOPER & GALE, P.C.
2400 Regions/Harbert Plaza
1901 Sixth Avenue North
Birmingham, AL 35203-2618
Tel: (205) 254-1232
Fax: (205)254-1999
scottbrown@maynardcooper.com

**Attorney for Defendant**
**Factory Connection LLC**

*/s/ James S. Blackburn*
James S. Blackburn (*Pro Hac Vice*)
James.blackburn@aporter.com
Ali R. Sharifahmadian (*Pro Hac Vice*)
Ali.sharifahmadian@aporter.com
ARNOLD & PORTER LLP
777 South Figueroa Stree
44th Floor
Los Angeles, CA 90017-5844
Telephone: +1 213.243.4000
Facsimile: +1 213.243.4199

**Attorneys for Defendants**
**Crocs Inc. and International Coffee & Tea, LLC**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on June 1, 2012, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Michael A. Bittner*
Michael A. Bittner

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that counsel has complied with the meet and confer requirement of Local Rule CV-7(h) and that the motion is opposed. Counsel for both parties discussed the issues presented here by teleconference. No agreement could be reached. Discussions have conclusively ended in an impasse, leaving an open issue for the Court to resolve.

*/s/ Michael A. Bittner*
Michael A. Bittner
