IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| GEOTAG, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | No. 2:12-cv-404-MHS |
| v. | § | |
| | § | JURY TRIAL DEMANDED |
| EYE CARE CENTERS OF AMERICA, INC., *et al.*, | § | |
| | § | |
| Defendants. | § | |

**GEOTAG, INC.'S RESPONSE TO DEFENDANT VISIONWORKS OF AMERICA INC.'S NOTICE OF JOINDER IN DEFENDANTS' MOTION TO STAY**

Plaintiff GeoTag, Inc. ("GeoTag") hereby responds to Defendant Visionworks of America Inc.'s ("Visionworks") Notice of Joinder in Defendants' Motion to Stay filed on June 4, 2012, Dkt. No. 308, as follows.

Defendant Visionworks requests the Court stay this action in favor of the declaratory judgment action filed by Microsoft and Google pending in Delaware. Visionworks does not present any evidence or argument explaining how the Delaware litigation would resolve GeoTag's claims against it in this litigation. Instead, Visionworks relies entirely on the arguments previously made to the Court by other defendants in other actions. But none of those arguments even suggested that the Delaware litigation could resolve all or even most of the issues regarding GeoTag's claims against Visionworks. Indeed, Visionworks does not present any evidence or argument that GeoTag's claims against it share any common issues with the Delaware litigation.

This Court in *Levine v. Casio America Inc.*, Civil Action No. 2:11-cv-00056-MHS (E.D. Tex. May 2, 2012) recently denied a motion stay for similar reasons. In that lawsuit, the Court

declared that, "[a]lthough some issues may be resolved in [the other pending lawsuit], the Court is unpersuaded that the resolution of that case would entirely resolve the instant matter. Ultimately, judicial economy would be better served by allowing both cases to proceed contemporaneously." *Id*. at 3. The same is true in this case.

For the foregoing reasons, the Court should deny Visionworks' motion.

Dated: June 18, 2012                     Respectfully submitted,

                              **BUETHER JOE & CARPENTER, LLC**

                        By:   */s/ Eric W. Buether*
                              Eric W. Buether
                              State Bar No. 03316880
                              Eric.Buether@BJCIPLaw.com
                              Christopher M. Joe
                              State Bar No. 00787770
                              Chris.Joe@BJCIPLaw.com
                              Brian A. Carpenter
                              State Bar No. 03840600
                              Brian.Carpenter@BJCIPLaw.com
                              Monica Tavakoli
                              State Bar No. 24065822
                              Monica.Tavakoli@BJCIPLaw.com
                              Mark D. Perantie
                              State Bar No. 24053647
                              Mark.Perantie@BJCIPLaw.com
                              Niky Bukovcan
                              State Bar No. 24078287
                              Niky.Bukovcan@BJCIPLaw.com

                              1700 Pacific Avenue
                              Suite 4750
                              Dallas, Texas 75201
                              Telephone:    (214) 466-1271
                              Facsimile:     (214) 635-1827

**NI LAW FIRM, PLLC**

Hao Ni
State Bar No. 24047205
hni@nilawfirm.com

3102 Maple Avenue
Suite 400
Dallas, Texas 75201
Telephone: (214) 800-2208
Facsimile: (214) 800-2209

**ATTORNEYS FOR PLAINTIFF
GEOTAG, INC.**

## CERTIFICATE OF SERVICE

       The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a) on this 18th day of June, 2012. Any other counsel of record will be served by facsimile transmission.

                                                */s/ Eric W. Buether*
                                                Eric W. Buether