**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**FRONTIER COMMUNICATIONS CORP.,** *et al.*, | **2:10-cv-265** |
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**YELLOWPAGES.com LLC** | **2:10-cv-272** |
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**GEORGIO ARMANI S.P.A.,** *et al.*, | **2:10-cv-569** |
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**AROMATIQUE, INC.,** *et al.*, | **2:10-cv-570** |
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**GUCCI AMERICA, INC.,** *et al.*, | **2:10-cv-571** |
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**STARBUCKS CORP.,** *et al.*, | **2:10-cv-572** |

| | |
|---|---|
| **GEOTAG, INC.,** | |
| **v.** | **2:10-cv-573** |
| **RENT-A-CENTER, INC.,** *et al.*, | |
| **GEOTAG, INC.,** | |
| **v.** | **2:10-cv-574** |
| **THE WESTERN UNION COMPANY,** *et al.*, | |
| **GEOTAG, INC.,** | |
| **v.** | **2:10-cv-575** |
| **ROYAL PURPLE, INC.,** *et al.*, | |
| **GEOTAG, INC.,** | |
| **v.** | **2:10-cv-587** |
| **YAKIRA, L.L.C.,** *et al.*, | |
| **GEOTAG, INC.,** | |
| **v.** | **2:11-cv-175** |
| **WHERE 2 GET IT, INC.,** *et al.*, | |
| **GEOTAG, INC.,** | |
| **v.** | **2:11-cv-403** |
| **ZOOSK, INC.** | |

| | |
|---|---|
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**EYE CARE CENTERS OF AMERICA, INC.,**<br> *et al.*, | **2:11-cv-404** |
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**CIRCLE K STORES, INC.,** *et al.*, | **2:11-cv-405** |
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**AMERCO,** *et al.*, | **2:11-cv-421** |
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**7-ELEVEN, INC.,** *et al.*, | **2:11-cv-424** |
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**SUNBELT RENTALS, INC.** | **2:11-cv-425** |
| **GEOTAG, INC.,**<br><br>**v.**<br><br>**CLASSIFIED VENTURES, LLC** | **2:11-cv-426** |

| | |
|---|---|
| **GEOTAG, INC.,** | |
| **v.** | **2:12-cv-43** |
| **CANON INC., *et al.*,** | |

| | |
|---|---|
| **WHERE 2 GET IT, INC.,** | |
| **v.** | **2:12-cv-149** |
| **GEOTAG, INC.** | |

## PARTIES' JOINT DISCOVERY AND CASE MANAGEMENT PLAN

Plaintiff GeoTag, Inc. ("GeoTag") and the under-signed Defendants (collectively, "Defendants") respectfully submit the following Joint Discovery and Case Management Plan as required by Federal Rule of Civil Procedure 26(f), Local Patent Rule 2-1, and the Court's Order of April 12, 2012.

1.   **State where and when the conference required by Federal Rule of Civil Procedure 26(f) was held, and identify the counsel who attended for each party, including name, address, bar number, phone and fax numbers, and email address.**

The Federal Rule of Civil Procedure 26(f) conference was held telephonically on June 13, 2012.  Except where noted, participating counsel was the signatory for each party below.  The name and contact information for such counsel is also included below.

2.   **List the name, address, bar number, phone and fax numbers, and email address of counsel and any unrepresented person who will appear at the Scheduling Conference on behalf of the parties.  Appearing counsel must be an attorney of record, have full authority to bind clients and enter into stipulations regarding all matters that may be discussed.**

The counsel who will appear at the Scheduling Conference is the signatory for each party below.  The name and contact information for such counsel is also included below.

3.      **List the correct names of the parties to this action.**

The correct names of the parties to this action are included in the signatures below.

4.      **List any related cases pending in any state or federal court. Include the case numbers, the courts, and how they are related, including the patents involved.**

In addition to the above-captioned cases pending in this Court, the following related cases are pending:

*Microsoft Corp., et al., v. GeoTag, Inc.*, Case No. 1:11-cv-175 (D. Del)

*Taleo v. GeoTag, Inc.*, Case No. 1:12-cv-621 (D. Del.).

The above cases are related at least to the extent they involve the same patent (U.S. Patent No. 5,930,474).

5.      **Briefly summarize in three (3) pages or less: (a) What this case is about, and (b) Each claim or defense.**

Plaintiff's Statement:

The GeoTag Texas litigation concerns a single patent – U.S. Patent No. 5,930,474 (the "'474 patent").  The `474 patent relates generally to the organization of geographical search technology made available through the Internet and its functionality, such as online yellow pages and "store locator" technology found on many websites.

The GeoTag Texas litigation that is the subject of this proceeding commenced in July 2010, when GeoTag sued 14 defendants in a case styled *GeoTag, Inc. v. Frontier Communications Corp., et al.*, No. 2:10-cv-00265, and Yellowpages.com LLC in a case styled *GeoTag, Inc. v. Yellowpages.com LLC*, No. 2:10-cv-00272.  These lawsuits involve claims directed at companies whose business operations primarily involve the provision of online directories organized, in part, on the geographic location of the businesses or people that are the subject of the directories.  These cases are referred to as the "Online Actions" and the defendants in these cases are referred to as the "Online Defendants."

Since December 2010, GeoTag filed 16 additional lawsuits directed primarily at online retailers who offer store locator technology as well as website pages relating to job locator or "careers" functionality or other subjects using geographical search functionality.  These cases are referred to as the "GeoTag Store Locator Actions" and the defendants in these cases are referred to as the "Store Locator/Careers Defendants." In March 2011, GeoTag filed a lawsuit against a vendor of store locator technology – Where 2 Get It, Inc. – after Where2GetIt filed a declaratory judgment action in Delaware while engaged in settlement discussions with GeoTag. The Delaware court subsequently transferred the Where2GetIt declaratory judgment action to this Court.

On March 1, 2011, Microsoft Corporation and Google, Inc., filed a declaratory judgment action in Delaware federal court seeking a declaration that the use of Microsoft's "Bing Maps" service and Google's "Google Maps" service does not infringe the `474 patent and that the `474 patent is invalid (the "Delaware Declaratory Judgment Action").  GeoTag has asserted counterclaims against Microsoft and Google asserting that Microsoft and Google products unrelated to store locator technology infringe the `474 patent.

The Defendants discuss below the fact that some defendants have renewed a request for a complete stay of all of the GeoTag Texas litigation until the Delaware Declaratory Judgment Action involving Microsoft and Google is finally resolved.  As GeoTag explained in its response to renewed motion to stay, these defendants have not even shown that Microsoft or Google provide them with the technology accused of infringement in this litigation.

Many of these so-called "customers" of Microsoft and Google actually have developed their own accused store locator technology or obtain that technology from other third parties, **not** Microsoft and Google.  Furthermore, GeoTag does not assert that the "mapping services"

supposedly provided by Microsoft and Google to some defendants are the basis of its infringement claims against those defendants.  The asserted claims of the `474 patent are directed to systems and methods for organizing information in a database according to geographical areas and searching the database for information based upon a selected geographical area and displaying the results of the search.  The "mapping services" offered by Microsoft and Google at most provide a minor component of the accused systems or methods used by their customers.  Furthermore, it is undisputed that dozens, if not hundreds, of defendants do not use any Microsoft or Google mapping services to provide their accused store locator technology, and instead use technology provided by Where2GetIt, Know Where Systems, and other technology providers.  Finally, the defendants ignore the fact that GeoTag has accused job locator technology that is not involved whatsoever in the Delaware Declaratory Judgment Action.

Thus, because GeoTag's infringement claims against the Store Locator/Job Locator defendants are not based upon the "mapping services" offered by Microsoft and Google, GeoTag is not pursuing claims against Microsoft and Google based upon their sale of distribution of "mapping services" to any of the defendants, and because the Delaware Declaratory Judgment Action does not involve the job locator technology GeoTag has accused of infringement, the Delaware Declaratory Judgment Action will not resolve GeoTag's infringement claims against the defendants.  This is especially so given that the defendants will not agree to be bound by a determination of infringement in GeoTag's favor in the Delaware declaratory judgment actions.  Therefore, this Court should deny the renewed motion to stay asserted by some of the defendants for the same reasons it denied the motion to stay in *Levine v. Casio America Inc.*, Civil Action No. 2:11-cv-00056-MHS (E.D. Tex. May 2, 2012).

GeoTag will address the case management plan issues discussed below by Defendants in the separate section of this report dedicated to this issue.

<u>Defendants' Statement</u>:

To date, GeoTag has filed nineteen different lawsuits alleging infringement of the same U.S. Patent No. 5,930,474 ("the '474 Patent").  The two earliest filed lawsuits (Case Nos. 2:10-cv-265 and 2:10-cv-272) are collectively referred to as the "Online Directory Actions" and generally accuse traditional online directories (*e.g.* "www.yellowpages.com") of infringement.

The remaining seventeen lawsuits are directed at simple locator technology found on commercial websites  (e.g. the "Find a Subway Restaurant" function on www.subway.com) and are thus referred to as the "Locator Actions."   All told, GeoTag has sued nearly five hundred entities for alleged infringement in the Locator Actions.

On March 1, 2011, two large providers of online locator services to certain defendants named in the Locator Actions, Microsoft Corp. ("Microsoft") and Google Inc. ("Google") filed a declaratory judgment action in Delaware in an effort to protect their customers and remove the specter of litigation from the locator services they provide.  *See Microsoft Corp. v. GeoTag, Inc.*, Case No. 1:11-cv-175 (D. Del) (the "Declaratory Judgment Action").

Because a substantial majority of the Locator Action Defendants are customers of Microsoft and Google, many of the Locator Action Defendants have previously requested that the Court stay the above-captioned actions in favor of the Declaratory Judgment Action.  (*See, e.g.*, *GeoTag v. Aromatique, Inc.*, Case No. 2:10-cv-570, Dkt. Nos. 269 and 363 (Motion to Stay)).[1]   Movants argued that Microsoft and Google, as the hosts of the accused locator

---

[1]   More recently, Defendants in the more recently filed '404 and '405 actions (*i.e., GeoTag v. Eye Care Centers of America, Inc., et al.*, Case No. 2:11-cv-404 and *GeoTag v. Circle K*

technology, are the real parties in interest in the dispute.  Indeed, as recognized by GeoTag in its own filings, Microsoft and Google have a strong interest in removing the "cloud on [their] mapping services" in an effort to protect hundreds of their customer Defendants in the Locator Actions, and thousands of other customers who use the accused technology in essentially the same way as the named Defendants.  (*See, e.g.*, *GeoTag v. Aromatique, Inc.*, Case No. 2:10-cv-570, Dkt. No. 358 (Plaintiff's Motion for Entry of Case Management Plan and Docket Control Order) at 5).

A stay of the Locator Actions allows these issues to be resolved by the real parties in interest—GeoTag, Microsoft, and Google for the substantial majority of the Locator Action Defendants.  Given the substantial commonality among the non-infringement defenses of Microsoft, Google, and their respective customers, a summary judgment or jury verdict in favor of Microsoft and/or Google would substantially streamline the Texas Locator Actions.  Moreover, a summary judgment or jury verdict in favor of Microsoft and Google in Delaware on validity issues will moot GeoTag's claims against every defendant in the Texas Actions.[2]

Turning to the merits of the suit, all Defendants contend that they do not infringe any valid, enforceable claim of the '474 Patent.  Defendants further contend that the '474 Patent is

---

*Stores, Inc., et al.*, Case No. 2:11-cv-405) filed motions joining in the previously filed motion to stay in the earlier-filed Locator Actions.

[2]  GeoTag's reliance on *Levine v. Casio America Inc.*, Civil Action No. 2:11-cv-00056-MHS (E.D. Tex. May 2, 2012) is misplaced, as the *Levine* case is inapposite for at least two reasons.  First, *Levine* involved two cases with a combined total of 28 defendants, whereas the GeoTag matters involve some 20 cases and more than 400 defendants.  Second, both cases in *Levine* were before the same court.  Thus, only one judge would expend judicial resources becoming familiar with the details of both cases, and any concurrent proceedings would offer a low risk of conflicting claim construction opinions.  Here, GeoTag urges this Court to allow 20 separate cases involving over 400 defendants to proceed concurrently in two separate jurisdictions.  These primary differences between the current case and the *Levine* case negate any judicial economy this Court achieved by allowing the *Levine* cases to proceed simultaneously.

invalid and/or unenforceable.  Defendants further contend that they were not on notice of the '474 Patent until service of GeoTag's Complaint in the above-captioned actions.  Finally, Defendants contend that Plaintiff has failed to state a claim on which relief may be granted, specifically Plaintiff has failed to state a claim for willful infringement on which relief may be granted.

If the stay requested in the Locator Actions is not granted and to the extent that their actions will proceed in this Court,[3] all of the Defendants, including the Locator Action Defendants, request that the Court enter a Case Management Plan for expedited consideration of case dispositive summary judgment motions (including the resolution of limited claim construction issues) in accordance with this District's recent actions in very large multi-defendant cases.[4]  If a stay is granted in the Locator Actions, then only the Online Directory Defendants make this request.  As set forth in the Defendants' Case Management Plan (attached as Exhibit B), Defendants request a schedule in which, following a voluntary disclosure of source code and/or other limited technical data and GeoTag's supplementation of its infringement contentions with specific references to such information, Defendants may file summary judgment motions.  By way of example, Defendants have already identified a limited

---

[3]   Certain Defendants have filed motions seeking transfer to other jurisdictions under Section 1404.

[4]   *See Parallel Networks LLC v. Abercrombie & Fitch Co., et al.*, Case No. 6:10-cv-111, Dkt. No. 338 (E.D. Tex. Mar. 25, 2011); *Uniloc USA, Inc., et al. v. Sony Corp. of Am., et al.*, Case No. 6:10-cv-373, Dkt. No. 126 (E.D. Tex. May 20, 2011); and *Wordcheck Tech, LLC v. Alt-N Techs., Ltd., et al.*, Case No. 6:10-cv-457, Dkt. No. 525 (E.D. Tex. July 20, 2011).  Indeed, Judge Folsom previously ordered the Parties to propose Case Management Plans according to the precedents established in the cases above for handling very large multi-defendant cases.  *See, e.g.*, Case No. 2:10-cv-570, Dkt. No. 337 (Court Order).  After months of negotiation between and among the Defendants as well as with Plaintiff, the Parties proposed competing Case Management Plans to the Court.  *See, e.g.*, Case No. 2:10-cv-570 at Dkt. No. 357 (Defendants' Case Management Plan) and Dkt. No. 358 (Plaintiff's Case Management Plan).

number of fundamental disagreements regarding the scope of the Patent-in-Suit.   These disagreements include, at the very least, the scope of phrases containing the following claim terms: "dynamic replication," "entries . . . further organized into topics," and "database organized into a hierarchy of geographic areas."   As such, a ruling on at least these limited issues raised by Defendants' requested expedited summary judgment motions will either resolve GeoTag's claims against Defendants (or a substantial subset thereof) or allow the Parties (or a substantial subset thereof) to mediate GeoTag's claims more effectively.   In any event, Defendants request that disclosures (or further disclosures for some actions) under Federal Rules of Civil Procedure 16 and 26 and Local Patent Rules 3-3 and 3-4 be deferred until after the expedited summary judgment motions have been fully briefed and the Court has had a chance to consider and rule on them and that all discovery that is not germane to briefing the dispositive motions, unless provided for below, similarly be stayed pending the Court's resolution of such motions.[5]

In the event the Court declines Defendants' requested stay and Defendants' requested Case Management Plan, Defendants respectfully request that the Court adopt the schedule and dates set forth in Defendants' Alternative Proposed Scheduling Order (attached as Exhibit C).

**6.      List anticipated additional parties that may be included, when they might be added, and by whom.**

At this time, the Parties have not identified any additional parties that may be added to the above-captioned actions.

---

[5]    Defendants Canon Inc. and Canon U.S.A., Inc. (collectively, "Canon") do not join in this expedited summary judgment request.  Canon was not served with this lawsuit until recently, on March 8, 2012, GeoTag only recently answered Canon U.S.A., Inc,'s counterclaims, on June 19, 2012, and Canon Inc. was dismissed without prejudice on June 22, 2012.  As such, Canon U.S.A., Inc. has not yet had an opportunity to fully evaluate Defendants' anticipated motions and cannot join in the expedited summary judgment request at this time.  Likewise, Defendant Classified Ventures, LLC does not as yet endorse Defendants' expedited summary judgment request.

7.      **List anticipated interveners.**

In June of this year, iCIMS, Inc. ("iCIMS"), a provider of talent acquisition software solutions, intervened in nine lawsuits comprising the GeoTag Texas litigation.  iCIMS alleges that some of iCIMS' customers have requested that iCIMS defend and indemnify them with regard to GeoTag's infringement claims that implicate iCIMS' job locator functionality.  At this time, the Parties have not identified any additional anticipated interveners to the above-captioned actions.

8.      **Describe the proposed discovery/case management plan, including:**

a.      **In accordance with Rule 26(f):**

i.      **Any changes that should be made in the timing, form, or requirement for disclosures under Rule 26(a), including when the initial disclosures were made or will be made.**

Plaintiff's Proposal:

GeoTag proposes a case management plan that incorporates procedures identified by Judge Davis as potentially helpful to resolving patent infringement claims asserted against a large number of defendants efficiently while ensuring that GeoTag is not prejudiced by an unjustified *de facto* stay of its claims pending an unspecified dispositive motion to be filed by the Defendants, as Defendants propose.  *See* Exhibit A.

With regard to Initial Disclosures, GeoTag's case management plan proposed the following:

Within twenty-one (21) days of the date of the entry of the Court's case management order, each Store Locator Defendant in the GeoTag Actions shall serve its Initial Disclosures and shall include in such Initial Disclosures the following additional information:

(a)      the identification of any person who has hosted, created, supplied, or otherwise provided the technology underlying each Accused Instrumentality identified in GeoTag's Infringement Contentions and the technology provided by such person;

(b)      whether the Store Locator Defendant has demanded indemnification from any technology provider in connection with GeoTag's Infringement Contentions and if any person has agreed to provide indemnification of the Store Locator Defendant with respect to any of those Infringement Contentions.

Defendants' Proposal:

Initial Disclosures were previously exchanged in the Online Directory Actions.  In the event that a stay of the Locator Actions is not granted, the Locator Action Defendants request that Initial Disclosures in the Locator Actions be exchanged following resolution of the requested expedited summary judgment procedure as set forth in the attached Case Management Plan (Exhibit B).  In the event the Court does not adopt Defendants' requested Case Management Plan, Defendants respectfully request that the Court adopt the deadline for Initial Disclosures set forth in Defendants' Alternative Proposed Scheduling Order (Exhibit C).

**ii.      The subjects on which discovery may be needed, when discovery should be completed, and whether discovery should be conducted in phases or be limited to or focused on limited issues. (For example, whether fact and expert discovery be conducted in phases.)**

Plaintiff's Proposal:

GeoTag believes discovery will be necessary regarding the following subjects:   (1) infringement of the patent-in-suit, including a review of appropriate source code by GeoTag's source code consultants related to infringing website functionality, (2) any prior art/invalidity issues raised by Defendants, (3) damages, including sales, revenue and profit data, click through and conversion data and other website analytics data for infringing website functionality,

licensing of similar technology, and other factors set forth in the *Georgia-Pacific* line of cases regarding reasonable royalty damages, and (4) willfulness and knowledge of the patent-in-suit.

Defendants' Proposal:

Defendants believe discovery may be necessary regarding the following subjects:  (1) the patent-in-suit; (2) the prosecution history for the patent-in-suit and related patents; (3) the accused products (including extensive third-party discovery related to non-defendant providers (*e.g.* Google and Microsoft); (4) prior art; (5) assignment and ownership of the patent-in-suit; and (6) GeoTag's formation, operation, and/or use of the patented invention.

Certain limited disclosures were made early on in the Online Directory Actions pursuant to the local rules of Judge Ward, the district judge then presiding over those actions.  Discovery, however, has not moved forward since those disclosures were made.  The Online Directory Defendants and, in the event that a stay of the Locator Actions is not granted, the Locator Action Defendants also, request that all discovery not germane to briefing the expedited summary judgment motions, unless provided for in the attached Case Management Plan, be stayed pending the Court's resolution of such motions (*see* Exhibit B).  In the event the Court does not adopt Defendants' requested Case Management Plan, Defendants respectfully request that the Court adopt the discovery deadlines set forth in Defendants' Alternative Proposed Scheduling Order (Exhibit C).

> **iii.    In view of the Court's recent order on e-discovery, any issues relating to disclosure and discovery of electronically stored information (ESI), including the form(s) in which it should be produced.**

The Parties agree that the Court's current Order Regarding E-Discovery in Patent Cases (*see* Case No. 2:10-cv-570, Dkt. No. 431) should govern the disclosure and discovery of ESI in the above-captioned actions.

      **iv.**    **The steps already taken or that will be taken for preserving discoverable information, including ESI.**

The Parties have taken reasonable steps to preserve all ESI germane to this case, including issuing hold notices to relevant custodians.

      **v.**    **Any issues relating to claims of privilege or protection, including whether any agreement has been reached as to inadvertent production.**

The Parties are in the process of negotiating an Agreed Protective Order and agree to submit it to the Court for consideration by August 1, 2012.

      **vi.**    **Any changes that should be made in the limitations on discovery imposed by the Rules, whether federal or local, and the Court's Preliminary Discovery Order.**

Plaintiff's Proposal:

GeoTag proposes the following limitations on discovery:

    A.    Interrogatories

Each side is permitted 15 common interrogatories. A common interrogatory, when served by Plaintiff, is an interrogatory served on substantially all Defendants by Plaintiff.  A common interrogatory, when served by Defendants, is an interrogatory served on Plaintiff by substantially all Defendants.  Plaintiff may serve up to 15 additional interrogatories on each individual Defendant or Defendant Group[6] pertaining to that Defendant or Defendant Group and each Defendant or Defendant Group may serve up to 15 additional interrogatories on Plaintiff pertaining to that Defendant or Defendant Group.

GeoTag also is permitted 10 interrogatories pertaining to the issue of transfer of venue with respect to any Defendant who has filed a motion to transfer.

---

[6]   As used herein, the term "Defendant Group" shall refer to related entities (e.g. Polo Ralph Lauren Corp. and Ralph Lauren Media, LLC constitute a Defendant Group).  Such related entities are often accused of infringement in the same paragraph of Plaintiff's Complaint.

B.      Requests for Admission

Each side is permitted to serve 30 common requests for admission for issues other than authentication of documents.  A common request for admission, when served by Plaintiff, is a request for admission served on substantially all Defendants by Plaintiff.  A common request for admission, when served by Defendants, is a request for admission served on Plaintiff by substantially all Defendants.  Plaintiff may serve up to 30 additional individual requests for admission for issues other than authentication on each Defendant or Defendant Group pertaining to that Defendant or Defendant Group. Each Defendant, or Defendant Group, may serve up to 30 additional individual requests for admission on Plaintiff for issues other than authentication. Each side is permitted an unlimited number of requests for admission for authentication of documents.

C.      Fact Depositions

*Total Fact Deposition Time:* Defendants jointly may take up to 250 hours of oral depositions in all cases, and each Defendant or Defendant Group may take 14 hours of deposition testimony on issues pertaining to that Defendant or Defendant Group.  Plaintiff may take a maximum of 20 hours of depositions of persons employed by or affiliated with each Defendant or Defendant Group.  Plaintiff may take up to 70 hours of depositions of third parties in all cases.  This excludes expert depositions and Rule 30(b)(6) depositions of the parties.

1.      *Party Depositions under Rule 30(b)(6):* Plaintiff may take up to 50 hours of 30(b)(6) deposition testimony of each Defendant or Defendant Group.  Defendants jointly may take up to 30 hours of 30(b)(6) deposition testimony of Plaintiff, and each Defendant or Defendant Group individually may take up to three (3) hours of deposition testimony of Plaintiff

on issues particularly pertaining to the allegations asserted against that Defendant or Defendant Group.

2.     *Depositions of Inventors*.   Defendants may jointly take up to 14 hours of deposition testimony of each of the named inventors of the patent-in-suit (including John Veenstra).

D.     Depositions of Experts

Plaintiff may take up to 7 hours of deposition testimony of any expert witness for any of the Defendants for each expert report submitted by the expert, and, for any expert witness for a Defendant who submits an invalidity report, Plaintiff may take up to one (1) hour of additional deposition testimony of that expert for each prior art reference in excess of ten (10) prior art references relied upon in the report.

Defendants may take up to seven 7 hours of deposition testimony of any expert witness for Plaintiff for each expert report submitted by the expert, except that, for any expert witness for Plaintiff who submits an expert report on the issue of infringement or damages with respect to multiple defendants, the deposition of that expert shall be limited to two (2) hours of joint examination by Defendants with an additional five (5) hours of examination by each individual defendant on issues in the report particularly pertaining to that Defendant.  For example, if an expert issues a report addressing the alleged infringement of [first defendant] and [second defendant], that witness would be subject to up to twelve (12) hours of deposition [2+5+5]. Unless otherwise agreed, the daily limit of seven (7) hours shall apply.

E.     Depositions on Written Questions

There are no limits on the number of depositions upon written questions taken pursuant to Fed. R. Civ. P. 31.

<u>Defendants' Proposal</u>:

The Online Directory Defendants and, in the event that a stay of the Locator Actions is not granted, the Locator Action Defendants also, request that all discovery not germane to briefing the expedited summary judgment motions, unless provided for in the attached Case Management Plan, be stayed pending the Court's resolution of such motions. After resolution of such motions, the Locator Action Defendants request that the following discovery limitations govern this case (if necessary in view of the Court's resolution of the pending motions in these actions). In the event the Court does not adopt Defendants' requested Case Management Plan, Defendants still request that the Court adopt the following discovery limitations for this case.

A.      Interrogatories

Each side is permitted 15 common interrogatories. A common interrogatory, when served by Plaintiff, is an interrogatory served on substantially all Defendants by Plaintiff. A common interrogatory, when served by Defendants, is an interrogatory served on Plaintiff by substantially all Defendants. Plaintiff may serve up to 10 additional interrogatories on each individual Defendant or Defendant Group[7] pertaining to that Defendant or Defendant Group and each Defendant or Defendant Group may serve up to 10 additional interrogatories on Plaintiff.

B.      Requests for Admission

Each side is permitted to serve 30 common requests for admission for issues other than authentication of documents. A common request for admission, when served by Plaintiff, is a request for admission served on substantially all Defendants by Plaintiff. A common request for admission, when served by Defendants, is a request for admission served on Plaintiff by

---

[7]   As used herein, the term "Defendant Group" shall refer to related entities (*e.g.* Polo Ralph Lauren Corp. and Ralph Lauren Media, LLC constitute a Defendant Group). Such related entities are often accused of infringement in the same paragraph of a Complaint.

substantially all Defendants.  Plaintiff may serve up to 15 additional individual requests for admission for issues other than authentication on each Defendant or Defendant Group pertaining to that Defendant or Defendant Group. Each Defendant, or Defendant Group, may serve up to 15 additional individual requests for admission on Plaintiff for issues other than authentication pertaining to that Defendant or Defendant group. Each side is permitted an unlimited number of requests for admission for authentication of documents.

C.      Depositions

a.      Total Fact Deposition Time: Defendants jointly may take up to 200 hours of oral depositions of third-party witnesses in all cases, and each Defendant or Defendant Group may take an additional 21 hours of deposition testimony of third-party witnesses.  Defendants jointly may take up to 30 hours of oral depositions of persons employed by or affiliated with Plaintiff, and each Defendant or Defendant Group may take an additional 7 hours of deposition testimony. Plaintiff may take a maximum of 7 hours of depositions of persons employed by or affiliated with each Defendant or Defendant Group.  Plaintiff may take up to 70 hours of depositions of third parties in all cases.  The limitations in this paragraph do not include expert depositions, Rule 30(b)(6) depositions of the parties, or depositions of the inventors of the patent-in-suit.

b.      Party Depositions under Rule 30(b)(6): Plaintiff may take up to 14 hours of 30(b)(6) deposition testimony of each Defendant or Defendant Group.  Defendants jointly may take up to 30 hours of 30(b)(6) deposition testimony of Plaintiff, and each Defendant or Defendant Group individually may take up to four (4) hours of deposition testimony of Plaintiff on issues particularly pertaining to the allegations asserted against that Defendant or Defendant Group.

c.    Depositions of Inventors.   Defendants may jointly take up to 14 hours of deposition testimony of each of the named inventors of the patent-in-suit in addition to the number of hours permitted for third-party, employee, and party depositions above.   Thus, for example, if Plaintiff designates John Veenstra as a 30(b)(6) witness, Defendants may take the allotted hours of 30(b)(6) deposition testimony of Mr. Veenstra described in the preceding paragraph in addition to the 14 hours permitted under this paragraph.

D.    Depositions of Experts

Plaintiff may take up to 7 hours of deposition testimony of any expert witness for any of the Defendants for each expert report submitted by the expert.

Defendants may take up to seven 7 hours of deposition testimony of any expert witness for Plaintiff for each expert report submitted by the expert, except that, for any expert witness for Plaintiff who submits an expert report on the issue of infringement or damages with respect to multiple defendants, the deposition of that expert shall be limited to two (2) hours of joint examination by Defendants with an additional five (5) hours of examination by each individual defendant on issues in the report particularly pertaining to that Defendant.   For example, if an expert issues a report addressing the alleged infringement of [first defendant] and [second defendant], that witness would be subject to up to twelve (12) hours of deposition [2+5+5].  Unless otherwise agreed, the daily limit of seven (7) hours shall apply.

E.    Depositions on Written Questions

There are no limits on the number of depositions upon written questions taken pursuant to Fed. R. Civ. P. 31.

      **b.**      **In view of the high volume of related cases and the correspondingly high number of parties involved, the parties should propose a joint plan for managing the cases efficiently.  Among other issues to be addressed include:**

           **i.**      **whether the Court should order consolidated Markman briefing;**

           **ii.**      **whether the cases and parties should proceed in groups and how those groups would be defined; and**

           **iii.**      **any other measures that would conserve the resources of the parties and Court.**

Plaintiff's Proposal:

GeoTag's proposed case management plan (see Exhibit A) is consistent with the principles enunciated by Judge Davis in other multi-defendant cases directed to expedited, efficient and fair disposition of such litigation.

For example, GeoTag's proposed case management plan provides for limited disclosure of information by all parties (e.g. Initial Disclosures, summary financial data and settlement agreements) that will facilitate informal resolution of GeoTag's claims with respect to many Defendants without the need for full-blown discovery.

In addition, given that Microsoft, Google and Where2GetIt have expressly asserted that GeoTag's infringement claims against their customers have "placed a cloud" over their location-oriented services and that they desire an expedited resolution of these claims, GeoTag's proposal gives priority to GeoTag's claims against the customers of these companies sued in the GeoTag Texas litigation.  It would be hypocritical for Microsoft, Google and Where2GetIt and their customers whose defense they control to oppose a case management plan that enables them to obtain the expeditious resolution of GeoTag's claims they have told this and other Courts they desperately want.

Moreover, the orders entered by Judge Davis confirm that early mandatory mediation has been an effective tool for facilitating the inexpensive and fair resolution of claims in multi-defendant cases such as this.  *See Wordcheck Tech, LLC v. Alt-N Techs., Ltd., et al.*, Civil Action No. 6:10-CV-457, Dkt. No. 525 (E.D. Tex. July 20, 2011) ("the early mediation appears to have been successful because many of the original 124 defendants have now been eliminated from the case.")

On the other hand, the Defendants' case management proposal is a thinly disguised motion to stay all discovery in this case pending the filing at some date in the future an unspecified dispositive motion.  The Defendants proposal only provides for the "voluntary" disclosure of source code by Defendants and for no other discovery of or disclosures by the Defendants.  The Defendants have not provided any description of what dispositive motions it intends to file or the grounds for such motions that would justify such a massive deprivation of GeoTag's discovery rights.

Thus, GeoTag submits that its proposed case management plan is sensible, fair and will facilitate the efficient resolution of the claims in this complex case.

Defendants' Proposal:

As previously stated, certain Defendants respectfully request a stay of the Locator Actions in favor of the Delaware Declaratory Judgment actions.  A stay of the Locator Actions allows these issues to be resolved by the real parties in interest—GeoTag, Microsoft, and Google with respect to a substantial majority of Defendants.  Moreover, for the reasons previously stated, Movants respectfully submit that a stay of the Locator Actions will substantially conserve the resources of both the Parties and the Court.

The Online Directory Defendants and, in the event that a stay of the Locator Actions is not granted, the Locator Action Defendants also, request that the Court enter a Case Management Plan for expedited consideration of case dispositive summary judgment motions (including the resolution of limited claim construction issues) in accordance with this District's recent actions in very large multi-defendant cases.[8]   Specifically, as previously stated, Defendants respectfully request that the Court enter the procedure set forth in Defendants' Case Management Plan (attached as Exhibit B).   In the event the Court declines Defendants' requested stay and Defendants' requested Case Management Plan, Defendants respectfully request that the Court adopt the schedule and dates set forth in Defendants' Alternative Proposed Scheduling Order (attached as Exhibit C).

### c.        Of whom and by when Plaintiff anticipates taking oral depositions.

GeoTag anticipates taking the depositions of persons knowledgeable about: (1) the design, development, architecture, and implementation of each defendant's Accused Instrumentalities; (2) the function and operation of the Accused Instrumentalities, including the systems, subsystems, modules or routines used by the Accused Instrumentalities to perform those functions and operations; (3) each defendant's implementation and use of any Accused Instrumentalities, including the nature, purpose and duration of such use; (4) the differences in the function and operation of each version of the Accused Instrumentalities used by each defendant; (5) the commercial success of each defendant's Accused Instrumentalities; (6) the value to each defendant of each of the Accused Instrumentalities, including, but not limited to,

---

[8]    Plaintiff's reliance on *Wordcheck* is misplaced.   As noted in Section 5, Defendants have already identified a limited number of fundamental disagreements regarding the scope of the Patent-in-Suit.   These disagreements include, at the very least, the scope of the following claim terms: "dynamic replication," "entries . . . further organized into topics," and "database organized into a hierarchy of geographic areas."   The Parties' disagreements on the scope of the asserted Patent including these terms, have been discussed during a number of the settlement conferences and WebEx sessions referenced in Section 10b below.

any value related to increased revenue, increased profit, improved in-store sales or reduced costs; (7) the benefit/detriment associated with adding/removing each of the Accused Instrumentalities; (8) studies, investigations, comparisons, reports, metrics regarding the financial or business impact of any of the Accused Instrumentalities; (9) any market or consumer research, study and/or survey, undertaken with respect to any Accused Instrumentalities; (10) each defendant's online and in-store in the United States; (11) the investment (both in terms of manpower and money) related to the research, design, creation, development, implementation, deployment, maintenance, and support of each of the Accused Instrumentalities; (12) the business case/business plan regarding the decision to implement each of the Accused Instrumentalities and/or support for each of the Accused Instrumentalities; and (13) the identity and content of any license agreement related in any way to any Accused Instrumentalities.

> **d.   Of whom and by when Defendant anticipates taking oral depositions.**

Defendants believe depositions of the following individuals may be necessary:  (1) the inventors of the '474 Patent; (2) the prosecuting attorney(s) of the '474 Patent; (3) GeoTag's officers, directors, and employees; (4) third-party witnesses related to identified prior art and/or third-party systems accused of infringement (*e.g.,*. Google and Microsoft); and (5) third-party witnesses related to the chain of title of the patent-in-suit.

The Online Directory Defendants and, in the event that a stay of the Locator Actions is not granted, the Locator Action Defendants also, request that all depositions not germane to briefing the expedited summary judgment motions, unless provided for in the attached Case Management Plan, be stayed pending the Court's resolution of such motions.  The Parties, in accordance with the attached Case Management Plan, will negotiate a deadline for the close of fact discovery (*see* Exhibit B).  In the event the Court does not adopt Defendants' requested Case

Management Plan, Defendants respectfully request that the Court adopt the discovery deadlines set forth in Defendants' Alternative Proposed Scheduling Order (Exhibit C).

**e.     When Plaintiff (or the party with the burden of proof on an issue) anticipates taking expert depositions and the anticipated completion date.**

GeoTag anticipates taking expert deposition after Defendants' expert witnesses serve their expert reports as provided in the Court's docket control order.

**f.     When the opposing party anticipates taking expert depositions and the anticipated completion date.**

The Online Directory Defendants and, in the event that a stay of the Locator Actions is not granted, the Locator Action Defendants also, request that all depositions not germane to briefing the expedited summary judgment motions, unless provided for in the attached Case Management Plan, be stayed pending the Court's resolution of such motions.  The Parties, in accordance with the attached Case Management Plan, will negotiate a deadline for the close of expert discovery (*see* Exhibit B).  In the event the Court does not adopt Defendants' requested Case Management Plan, Defendants respectfully request that the Court adopt the discovery deadlines set forth in Defendants' Alternative Proposed Scheduling Order (Exhibit C).

**g.     Whether the Court should authorize the filing under seal of any documents containing confidential information.**

The Parties are in the process of negotiating an Agreed Protective Order, which will govern the authorization for filing document under seal in the above-captioned actions.  The Parties agree to submit it to the Court for consideration by August 1, 2012.

**h.     If the Parties disagree on any part of the discovery plan, describe the opposing views.**

The Parties' opposing views are set forth above in each specific section.

9.      **Specify any discovery beyond the initial disclosures that has taken place to date.**

As previously mentioned, pursuant to Judge Ward's standing order, all Parties in the Online Directory Actions made documents including source code available to GeoTag.     In addition, GeoTag has made limited document productions in a subset of the Locator Actions.

10.     **State the progress made toward settlement, and the present status of settlement negotiations by providing the information set out below.**

        a.      **Describe the possibilities for a prompt settlement or resolution of the case that were discussed in the Rule 26(f) meeting.**

Plaintiff's Proposal:

GeoTag believes that early mandatory mediation with select groups of defendants would be conducive to informal resolution of GeoTag's claims.   For example, certain law firms represent large numbers of defendants.   Early mediation involving the law firms representing these large groups of defendants would enable the parties to efficiently explore the possibility of settlement involving a large number of defendants at one time.   Similarly, early mediation involving technology providers who are indemnifying groups of defendants would also provide such efficiencies.

Defendants' Proposal:

As indicated above and in Defendants' Case Management Plan, certain Locator Action Defendants believe that a stay of the Locator Actions will allow GeoTag's claims to be more efficiently resolved by the real parties in interest (*i.e.*,GeoTag, Microsoft, and Google). Moreover, a summary judgment or a jury verdict in favor of Microsoft and Google in Delaware finding the Patent-in-Suit to be invalid will moot GeoTag's claims against every defendant in the Texas Actions.   In the event that a stay is not granted, Defendants believe that a ruling on the expedited summary judgment motions will either resolve GeoTag's claims against Defendants (or a substantial subset thereof) or allow the Parties (or a substantial subset thereof) to mediate

GeoTag's claims more effectively (*see* Exhibit B).  In the event the Court does not adopt Defendants' requested Case Management Plan, Defendants respectfully request that the Court adopt the mediation deadlines set forth in Defendants' Alternative Proposed Scheduling Order (Exhibit C).

      **b.**      **Describe what each party has done or agreed to do to bring about a prompt resolution of this case.**

GeoTag has already contacted virtually every Defendant in the GeoTag Texas litigation about settlement.  Attached as Exhibit D is a spreadsheet prepared by GeoTag identifying the settlement efforts of the parties to date, including WebEx conferences with Defendants during which GeoTag made a detailed presentation regarding the terms for possible settlement of GeoTag's claims.  To date, GeoTag indicates that  32 Defendants have entered into settlements and 68 Defendants have been voluntarily dismissed.

      **c.**      **State whether a demand and an offer have been made.**

Demands have been made to the majority of the Defendants.  Given the large number of Defendants in these actions, however, the Parties cannot say with certainty that a demand has been made to each named Defendant.

      **d.**      **If the parties have agreed on a specific mediator, state the name and address of the mediator and at what stages of the litigation mediation is most appropriate.**

The Parties request that the Court appoint James Knowles as a mediator for these actions. Given the large number of defendants located throughout the country, GeoTag also proposes using Francis McGovern of Duke University to assist the parties in the mediation effort. Defendants are considering GeoTag's additional proposal of Professor McGovern and will be prepared to address it or alternative proposals at the July 11, 2012 Scheduling Conference.

     <u>Plaintiff's Proposal</u>:

GeoTag believes that early mandatory mediation with select groups of defendants would be conducive to informal resolution of GeoTag's claims.   For example, certain law firms represent large numbers of defendants.   Early mediation involving the law firms representing these large groups of defendants would enable the parties to efficiently explore the possibility of settlement involving a large number of defendants at one time.   Similarly, early mediation involving technology providers who are indemnifying groups of defendants would also provide such efficiencies.

Defendants' Proposal:

The Online Directory Defendants and, in the event that a stay of the Locator Actions is not granted, the Locator Action Defendants also, request that early mediation be ordered in accordance with the attached Case Management Plan (Exhibit B).   In the event the Court does not adopt Defendants' requested Case Management Plan, Defendants respectfully request that the Court adopt the mediation deadlines set forth in Defendants' Alternative Proposed Scheduling Order (Exhibit C).

**11.     State whether a jury demand has been made and if it was made on time.**

A timely jury demand was made within the Original Complaint in each of the above-captioned actions.

**12.     List all pending motions.**

Case No. 2:10-cv-265:

- Defendant Yelp!, Inc.'s Sealed Motion to Disqualify GeoTag's Counsel (Dkt. No. 220).

- Plaintiff's Motion for Entry of Case Management Plan and Docket Control Order (Dkt. No. 257).

Case No. 2:10-cv-272:

- Plaintiff's Motion for Entry of Case Management Plan and Docket Control Order (Dkt. No. 80).

Case No. 2:10-cv-569:

- Plaintiff's Motion for Entry of Case Management Plan and Docket Control Order (Dkt. No. 97).

- Various Defendants' Motion to Stay (Dkt. No. 104).

Case No. 2:10-cv-570:

- Plaintiff's Motion for Entry of Case Management Plan and Docket Control Order (Dkt. No. 358).

- Various Defendants' Motion to Stay (Dkt. No. 363).

- Defendants AT&T Mobility LLC and AT&T Services Inc.'s Motion to Sever and Transfer to the Northern District of Texas (Dkt. No. 444).

Case No. 2:10-cv-571:

- Plaintiff's Motion for Entry of Case Management Plan and Docket Control Order (Dkt. No. 310).

- Various Defendants' Motion to Stay (Dkt. No. 317).

Case No. 2:10-cv-572:

- Plaintiff's Motion for Entry of Case Management Plan and Docket Control Order (Dkt. No. 320).

- Various Defendants' Motion to Stay (Dkt. No. 323).

- Defendant Godfather's Pizza Inc.'s Motion to Sever and Transfer (Dkt. No. 381).

Case No. 2:10-cv-573:

- Plaintiff's Motion for Entry of Case Management Plan and Docket Control Order (Dkt. No. 223).

- Various Defendants' Motion to Stay (Dkt. No. 226).

- Defendant The Reinalt-Thomas Corp.'s Motion to Dismiss for Misjoinder or, in the alternative, to Sever and Transfer (Dkt. No. 271).

Case No. 2:10-cv-574:

- Plaintiff's Motion for Entry of Case Management Plan and Docket Control Order (Dkt. No. 458).

- Various Defendants' Motion to Stay (Dkt. No. 463).

Case No. 2:10-cv-575

- Plaintiff's Motion for Entry of Case Management Plan and Docket Control Order (Dkt. No. 414).

- Various Defendants' Motion to Stay (Dkt. No. 417).

Case No. 2:10-cv-587

- Plaintiff's Motion for Entry of Case Management Plan and Docket Control Order (Dkt. No. 243).

- Various Defendants' Motion to Stay (Dkt. No. 247).

- Defendant Mexican Restaurants, Inc. Unopposed Motion for Substitution of Counsel (Dkt. No. 296).

Case No. 2:11-cv-175

- Plaintiff's Motion for Entry of Case Management Plan and Docket Control Order (Dkt. No. 216).

- Various Defendants' Motion to Stay (Dkt. No. 219).

Case No 2:11-cv-403

- Defendant Zoosk, Inc.'s Motion to Stay (Dkt. No. 32).

- Defendant Zoosk, Inc.'s Motion to Change Venue (Dkt. No. 35).

Case No 2:11-cv-404

- Various Defendants Motion to Drop Parties for Misjoinder (*See* Dkt. No. 110; *see also* Case No. 2:11-cv-405, Dkt. No. 33).

- Various Defendants' Motion to Stay (Dkt. No. 307).

Case No 2:11-cv-405

- Various Defendants Motion to Drop Parties for Misjoinder (Dkt. No. 33).

- Defendant Freds Inc.'s Motion to Dismiss for Lack of Jurisdiction (Dkt. No. 141).

- Various Defendants' Motion to Stay (Dkt. No. 355).

- Defendant J. Crew Group Inc.'s Motion to Sever and Transfer to the Southern District of New York (Dkt. No. 372).

- Defendant Freds Inc.'s Motion to Sever and Transfer (Dkt. No. 378).

Case No 2:11-cv-426

- Defendant Classified Ventures, LLC's Motion to Change Venue (Dkt. No. 31).

Case No 2:12-cv-43

- Defendant Canon U.S.A. Inc.'s Motion to Stay (Dkt. No. 25).

**13.    Indicate other matters peculiar to this case, including discovery, that deserve the special attention of the Court at the Scheduling Conference.**

Statement by Defendants:

As the Court is well aware the America Invents Act (the "AIA") became effective on September 16, 2011. Nearly one hundred defendants were joined to later filed actions (namely, Case Nos. 2:11-cv-404 and 2:11-cv-405) after the effective date of the AIA. This post-AIA joinder violates the statutory provisions of the AIA as set forth in Defendants' Motion to Dismiss for Improper Joinder. See Case No. 2:11-cv-405, Dkt. No. 33. Accordingly, the Locator Action Defendants submit that all Defendants joined to these actions post-AIA should be dismissed without prejudice.

In addition, many of the Defendants in the earlier-filed, above-captioned actions were joined to these actions prior to the AIA effective date. In particular, the Defendants in Case Nos. 2:10-cv-569 through 2:10-cv-575, 2:10-cv-587, and 2:11-cv-175 were joined pre-AIA. Recent Federal Circuit precedent suggests that GeoTag's joinder of multiple defendants in its pre-AIA cases was also improper. *See In re EMC Corp.*, 677 F.3d 1351 (Fed. Cir. 2012).[9] The

---

[9]    Indeed, GeoTag admits that these Defendants have been improperly joined under *EMC* (see below). However, GeoTag's proposed remedy (*i.e.* to have the Court "deem severed" these

Locator Action Defendants in these pre-AIA cases, however, have agreed to refrain from moving to dismiss in furtherance of their priority to find the most expeditious and least burdensome way to resolve these cases, which, as noted above, is either (1) a stay of the Locator Actions pending the outcome of the Delaware cases, or (2) allowance of expedited summary judgment proceedings in accordance with the attached Case Management Plan.[10]

Statement by Plaintiff:

In view of the Federal Circuit's decision in *In Re EMC Corporation,* Misc. Docket No. 100 (Fed. Cir. May 4, 2012), GeoTag agrees that severance of the claims against the Defendants in these actions is proper where the Defendants are "not acting in concert" and there are no "overlapping facts that give rise to each cause of action." *Id.* at slip op. 15.  As the Federal Circuit explained, factual considerations in determining whether the joinder test is satisfied include: (1) "whether the alleged acts of infringement occurred during the same time period, (2) the existence of some relationship among the defendants," (3) "the use of identically sourced components or technology agreements between the defendants," (4) "overlap of the products' or processes' development and manufacture," and (5) "whether the case involves a claim of lost profits." *Id.* at slip op. 16.  GeoTag believes that, with respect to at least some of the Defendants in these actions, some of these facts may exist and joinder of these defendants would be appropriate.  Furthermore, discovery in this case will likely reveal these facts establishing that joinder of some or all of the Defendants in these actions was appropriate.

---

actions) is not a proper remedy under Federal Rule of Civil Procedure 21 and essentially abrogates the central holdings of *EMC.   See id.* at 1360 (trial court has discretion to consolidate for pretrial purposes and trial only  "where venue is proper and there is only 'a common question of law or fact'"); *see also* Fed. R. Civ. P. 21 (remedy for misjoinder limited to dropping a party or severance).

[10]   In addition, as noted above, certain Locator Action Defendants have moved to sever and/or transfer GeoTag's claims against them to other, more convenient forums, as the most expeditious and least burdensome way to resolve these claims.

Nevertheless, GeoTag has determined that it is not necessary to force the Court to determine whether GeoTag's joinder of some or all of the Defendants in the GeoTag Texas litigation was appropriate.  Instead, GeoTag believes that the most prudent and procedurally proper course for the Court to take is to "deem severed"[11] at this time GeoTag's claims against the Defendants and then simultaneously consolidate all of these severed actions with all of the other GeoTag actions pending before this Court for pre-trial purposes, such as claim construction, pursuant to rule 42(a) of the Federal Rules of Civil Procedure.  The Court can determine whether to consolidate any of these severed actions for trial at a later date based upon a more complete record enabling the Court to assess the fairness and efficiencies of a consolidated trial involving two or more Defendants.

14.  **Certify that all parties have filed Disclosure of Interested Persons as directed in paragraph 3 in the Order to Meet, Report, and Appear at Scheduling Conference, listing the date of the original and any amendments.**

The undersigned Parties have filed a Disclosure of Interest Persons and/or a Corporate Disclosure Statement pursuant to Federal Rule of Civil Procedure 7.1 in accordance with the Court's directives.

15.  **Proposed Dates for Scheduling.**

GeoTag's proposed dates for scheduling and proposed Case Management Plan are attached as Exhibit A.

Defendants' proposed dates for scheduling and proposed Case Management Plan are attached as Exhibit B.

Defendants' Alternative Proposed Scheduling Order is attached as Exhibit C.

---

[11]  GeoTag uses the term "deem severed" to reflect that the Court should avoid the needless administrative headache of creating separate action numbers for each of the Moving Defendants if GeoTag's claims against these Moving Defendants and their counterclaims against GeoTag are to be consolidated for pretrial purposes.

Dated: June 27, 2012                    Respectfully submitted,

                                        **BUETHER JOE & CARPENTER, LLC**

                                        *Eric W. Buether*
                                        State Bar No. 00787770
                                        Chris.Joe@BJCIPLaw.com
                                        Eric W. Buether
                                        State Bar No. 03316880
                                        Eric.Buether@BJCIPLaw.com
                                        Brian A. Carpenter
                                        State Bar No. 03840600
                                        Brian.Carpenter@BJCIPLaw.com
                                        Mark D. Perantie
                                        State Bar No. 24053647
                                        Mark.Perantie@BJCIPLaw.com
                                        Niky Bukovcan
                                        State Bar No. 24078287
                                        Niky.Bukovcan@BJCIPLaw.com
                                        Monica Tavakoli
                                        State Bar No. 24065822
                                        Monica.Tavakoli@BJCIPLaw.com

                                        1700 Pacific Avenue
                                        Suite 4750
                                        Dallas, Texas 75201
                                        Telephone:    (214) 466-1272
                                        Facsimile:    (214) 635-1828


                                        **NI LAW FIRM, PLLC**

                                        Hao Ni
                                        State Bar No. 24047205
                                        hni@nilawfirm.com

                                        3102 Maple Avenue
                                        Suite 400
                                        Dallas, Texas  75201
                                        Telephone:    (214) 800-2208
                                        Facsimile:    (214) 800-2209

**THE LAW OFFICES OF YOUNG PICKETT**

By:   */s/ Damon M. Young*_____
       Damon M. Young
       State Bar No. 22176700
       dyoung@youngpickettlaw.com

       4122 Texas Boulevard
       P.O. Box 1897
       Texarkana, Texas  75504
       Telephone:     (903) 794-1303
       Facsimile:     (903) 792-5098

       **ATTORNEYS FOR PLAINTIFF
       GEOTAG, INC.**

*/s/ Michael A. Bittner*

Neil J. McNabnay
Texas Bar No. 24002583
njm@fr.com
Michael A. Bittner
Texas Bar No. 24064905
mrb@fr.com
Jane J. Du
Texas Bar No. 24076355
jjd@fr.com
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, Texas 75201
(214) 747-5070 - Telephone
(214) 747-2091 - Facsimile

COUNSEL FOR DEFENDANTS
AMERICA GREETINGS CORPORATION; ASICS
AMERICA CORP.; AVIS BUDGET GROUP, INC.;
AVIS RENT A CAR SYSTEM, LLC; BEST MAID
PRODUCTS, INC.; BJ'S WHOLESALE CLUB, INC.;
THE BOEING COMPANY; BROOKSTONE COMPANY,
INC.; BURGER KING CORP.; CABELA'S, INC.;
CHANEL, INC.; CHARMING SHOPPES INC.; CICI
ENTERPRISES, LP D/B/A/ CICI'S PIZZA; DAVID'S
BRIDAL INC.; DOCTOR'S ASSOCIATES, INC. D/B/A
SUBWAY; DOLLAR RENT A CAR, INC.; DOLLAR
THRIFTY AUTOMOTIVE GROUP, INC.; DOLLAR
TREE, INC.; FORMAL SPECIALISTS LTD.; GATES
THAT OPEN, LLC D/B/A/ MIGHTY MULE; GUESS?
RETAIL INC.; INTERSTATE BATTERY SYSTEMS OF
AMERICA, INC.; JACK IN THE BOX, INC.; JOS. A.
BANK CLOTHIERS INC.; KOHLER CO.; KUBOTA
TRACTOR CORP.; LEARNING EXPRESS, INC.; LIVE
NATION WORLDWIDE, INC.; LUXOTTICA RETAIL
NORTH AMERICA INC.; MEXICAN RESTAURANTS,
INC.;  PIP, INC. D/B/A PIP PRINTING AND
MARKETING SERVICES; POLO RALPH LAUREN
CORP.; RADIO SHACK CORP.; RALPH LAUREN
MEDIA, LLC; RICHEMONT NORTH AMERICA,
INC. D/B/A CARTIER; SEVEN FOR ALL MANKIND,
LLC; SOUTHERN STATES COOPERATIVE;
STERLING JEWELERS, INC. D/B/A JARED THE
GALLERIA OF JEWELRY D/B/A KAY JEWELERS;
TICKETMASTER L.L.C.; TIFFANY & CO. D/B/A
TIFFANY & COMPANY; THRIFTY, INC.; ULTA

SALON, COSMETICS & FRAGRANCE, INC.; VAN
CLEEF & ARPELS, INC.; VITAMIN COTTAGE FOOD
MARKETS, INC.; WINN-DIXIE STORES, INC.


/s/ Brian K. Buss
Danny L. Williams
Lead Counsel
State Bar No. 21518050
Brian K. Buss
State Bar No. 00798089
WILLIAMS, MORGAN & AMERSON, P.C.
10333 Richmond Avenue, Suite 1100
Houston, Texas 77042
Telephone: (713) 934-7000
Fax: (713) 934-7011
dwilliams@wmalaw.com
bbuss@wmalaw.com

**ATTORNEY FOR DEFENDANTS
BESTBUY.COM, LLC; OLD NAVY, LLC;
TARGET CORP.; NORDSTROM, INC.;
BANANA REPUBLIC, LLC; GAP INC.;
COSTCO WHOLESALE CORP.; PETCO
ANIMAL SUPPLIES, INC.; PETCO ANIMAL
SUPPLIES STORES, INC.; ZALE
DELAWARE, INC.; STARBUCKS CORP.;
DUNKIN' BRANDS, INC.; DUNKIN' DONUTS,
LLC; DARDEN CORP.; MCDONALD'S
CORP.; CVS PHARMACY, INC.; CUMMINS,
INC.; DEERE & CO.; RITE AID CORP.; A&W
RESTAURANTS, INC.; KFC CORP.; LONG
JOHN SILVER'S, INC.; PIZZA HUT, INC.;
TACO BELL CORP.; JC PENNEY
CORPORATION, INC.; SPATIALPOINT LLC;
WAL-MART STORES, INC.; COLDWATER
CREEK, INC; SALLY BEAUTY SUPPLY,
LLC; L.A. FITNESS INTERNATIONAL, LLC;
BALLY TOTAL FITNESS CORP.; EDDIE
BAUER LLC; and HALLMARK CARDS
INCORPORATED**

*/s/ Jason W. Cook*

Robert L. Lee (GA Bar No. 443978)
bob.lee@alston.com
Kamran Jivani (GA Bar No. 510908)
kamran.jivani@alston.com
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424
Phone:  (404) 881-7000
Fax:      (404) 881-7777

Jason W. Cook (TX Bar No. 24028537)
jason.cook@alston.com
Derek S. Neilson (TX Bar No. 24072255)
derek.neilson@alston.com
ALSTON & BIRD LLP
2828 North Harwood Street, Suite 1800
Dallas, TX  75201
Phone:  (214) 922-3400
Fax:      (214) 922-3899

**COUNSEL FOR DEFENDANTS
AFC ENTERPRISES; BASS PRO
SHOPS; DILLARD'S, INC.; HOBBY
LOBBY STORES, INC. D/B/A HOBBY
LOBBY CREATIVE CENTERS D/B/A
HOBBY LOBBY; JOANN.COM, LLC
AND JO-ANN STORES, INC.;
GAMESTOP CORP.; MICHAELS
STORES, INC.; THE TJX COMPANIES,
INC. D/B/A TJ MAXX; BARNES &
NOBLE, INC. AND
BARNESANDNOBLE.COM, LLC; BIG
LOTS, INC. AND BIG LOTS STORES,
INC.; GUCCI AMERICA, INC.;
LESLIE'S POOLMART, INC.; D/B/A
LESLIE'S POOLMART D/B/A LESLIE'S
SWIMMING POOL SUPPLIES D/B/A
LESLIE'S; PANERA BREAD COMPANY
AND PANERA, LLC; AUTOZONE,
INC.; CARMAX BUSINESS SERVICES,
LLC AND CARMAX, INC.; GROUP 1
AUTOMOTIVE, INC. D/B/A GROUP
ONE AUTOMOTIVE; BRAKE**

CENTERS OF THE SOUTHWEST, INC.
D/B/A JUST BRAKES AND JUST
BRAKES OF NEVADA, INC. D/B/A
JUST BRAKES; O'REILLY
AUTOMOTIVE, INC. D/B/A O'REILLY
AUTO PARTS; THE PEP BOYS –
MANNY, MOE & JACK D/B/A PEP
BOYS; FAMILY DOLLAR STORES,
INC. AND FAMILY DOLLAR, INC.;
MATTRESS GIANT CORPORATION;
SUNTRUST BANKS, INC. AND
SUNTRUST INVESTMENT SERVICES,
INC.; WALGREEN CO. D/B/A
WALGREENS; WHOLE FOODS
MARKET IP, L.P. AND WHOLE FOODS
MARKET SERVICES, INC.; CLARK
EQUIPMENT COMPANY D/B/A
BOBCAT COMPANY; GRACO, INC.;
THE KROGER CO.; DILLON
COMPANIES, INC. D/BA DILLON
FOOD STORES D/BA DILLONS D/B/A
BAKER'S SUPERMARKETS D/B/A
CITY MARKET D/B/A KING SOOPERS
D/B/A GERBES SUPER MARKETS;
FOOD 4 LESS GM, INC.; FOOD 4 LESS
HOLDINGS, INC.; FRED MEYER
STORES, INC. D/B/A QUALITY FOOD
CENTERS D/B/A QFC; KROGER
LIMITED PARTNERSHIP I D/B/A
JAYC FOOD STORES D/B/A PAY LESS
SUPER MARKETS; KROGER LIMITED
PARTNERSHIP II; KROGER TEXAS
L.P.; PAY LESS SUPER MARKETS,
INC.; RALPHS GROCERY COMPANY
D/B/A RALPHS D/B/A FOOD 4 LESS
D/B/A FOODS CO.; SMITH'S FOOD &
DRUG CENTERS, INC. D/B/A SMITH'S
FOOD & DRUG STORES D/B/A
SMITH'S D/B/A FRY'S FOOD STORES;
THE VALSPAR CORPORATION;
BELK, INC.; AND CMRG APPAREL,
LLC; BODY SHOP OF AMERICA, INC.;
BROWN SHOE COMPANY, INC.;
BURLINGTON FACTORY
WAREHOUSE CO.; CARTER'S INC.;
CHICO'S FAS; CITI TRENDS, INC.;

**COLLECTIVE BRANDS, INC.; GUITAR CENTERS, INC.; RITZ CAMERA IMAGE LLC; THE BODY SHOP AMERICAS, INC.; BODY SHOP OF AMERICA; DOTS INC.; THE FINISH LINE, INC.; ROYAL PURPLE, INC.; SOLUTIA, INC.;**

*/s/ Jason W. Cook*

Robert L. Lee
Bob.lee@alston.com
Kamran Jivani
Kamran.jivani@alston.com
Alston & Bird LLP
One Atlantic Center
1201 West Peachtree St.
Atlanta, GA 30309
Telephone: (404) 881-7000
Facsimile: (404) 881-7777

Adam D. Swain
Adam.swain@alston.com
Alston & Bird LLP
The Atlantic Building
950 F Street, N.W.
Washington, DC 20004
Telephone: (202) 756-3300
Facsimile: (202) 756-3333

Jason W. Cook
Jason.cook@alston.com
Derek S. Neilson
Derek.neilson@alston.com
Alston & Bird LLP
2828 Harwood St.
Suite 1800
Dallas, TX  75201
Telephone: (214) 922-3400
Facsimile: (214) 922-3899

**COUNSEL FOR DEFENDANTS
KOHL'S ILLINOIS INC., KOHL'S
DEPARTMENT STORES INC., KOHL
CORPORATION, COACH INC., STAPLES
INC., PAPA JOHNS INTERNATIONAL, INC.,
PAPA JOHNS USA INC., DUNKIN BRANDS,
INC. D/B/A DUNKIN DONUTS, DUNKIN
DONUTS, INC., BRINKER INTERNATIONAL,
INC. D/B/A ROMANO'S MACARONI GRILL
D/B/A MAGGIANO'S LITTLE ITALY,  THE
HERTZ CORP. D/B/A HERTZ CORP. D/B/A
HERTZ CAR RENTAL,  FIFTH THIRD
BANCORP D/B/A FIFTH THIRD BANK,
OFFICEMAX INC., STEELCASE INC.,**

**SUNTRUST BANKS INC. D/B/A SUNTRUST BANK, SUNTRUST INVESTMENT SERVICES INC., HOME DEPOT USA, INC. D/B/A THE HOME DEPOT, WALGREENS, SONIC CORPORATION, WENDY'S/ARBY'S GROUP, INC., WENDY'S INTERNATIONAL INC., WENDY'S/ARBY'S RESTAURANTS, LLC,;OLDEMARK LLC; ANN, INC.; BOSE CORP.; 24 HOUR FITNESS USA, INC.; VITAMIN SHOPPE INDUSTRIES, INC.; GREAT CLIPS INC. AND JOS. A. BANK CLOTHIERS INC.**

*/s/ Brian C. McCormack*
Mark D. Taylor
Texas Bar No. 19713250
mark.taylor@bakermckenzie.com
Brian C. McCormack
Texas Bar No. 00797036
brian.mccormack@bakermckenzie.com
Andrew C. Moreton
Texas Bar No. 24074755
andrew.moreton@bakermckenzie.com
BAKER & MCKENZIE LLP
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, TX  75201
Tel. (214) 978-3000
Fax (214) 978-3099

**COUNSEL FOR DEFENDANTS
ALBERTSON'S, LLC; ALBERTSON'S, INC.;
AROMATIQUE, INC.; AS AMERICA, INC.;
BOB EVANS FARMS, INC.; BOB EVANS
RESTAURANTS OF MICHIGAN, LLC; CEC
ENTERTAINMENT, INC.; CEC
ENTERTAINMENT CONCEPTS, L.P.;
ESPRIT US RETAIL LIMITED; HEELYS
INC.; HUGO BOSS FASHION INC.; ILITCH
HOLDINGS, INC.; LITTLE CAESAR
ENTERPRISES, INC.; PIGGLY WIGGLY,
LLC; and QUEST DIAGNOSTICS INC**


*/s/ Robert M. Fuhrer*
George M. Sirilla (admitted pro hac vice)
Jack S. Barufka (admitted pro hac vice)
Robert M. Fuhrer (admitted pro hac vice)
PILLSBURY WINTHROP SHAW PITTMAN LLP
1650 Tysons Blvd., 14th Floor
McLean, VA 22102
703.770.7900 – Telephone
703.770.7901 – Facsimile

**ATTORNEYS FOR DEFENDANTS
BASS PRO, INC., BPS DIRECT, L.L.C., AND BASS
PRO OUTDOORS ONLINE, L.L.C.**

*/s/ Deron R. Dacus*
Deron R. Dacus
State Bar No. 00790553
The Dacus Firm, P.C.
821 ESE Loop 323, Suite 430
Tyler, TX   75701
903/705-1117 (phone & fax)
ddacus@dacusfirm.com

Matthew A. Williams
KY Bar No. 90727
WYATT, TARRANT & COMBS, LLP
PNC Plaza, Suite 2800
500 West Jefferson Street
Louisville, Kentucky  40202-2898
Phone:  (502) 562-7378
Facsimile:  (502) 589-0309
mwilliams@wyattfirm.com

**Counsel for Cracker Barrel Old Country Store, Inc.**

*/s/ Avelyn M. Ross*

Willem G. Schuurman (TX Bar No. 17855200)
Avelyn M. Ross (TX Bar No. 24027871)
Ajeet P. Pai (TX Bar No. 24060376)
VINSON & ELKINS L.L.P.
2801 Via Fortuna, Suite 100
Austin, Texas 78746-7568
Tel: (512) 542-8400
Fax: (512) 236-3218
bschuurman@velaw.com
aross@velaw.com
apai@velaw.com

Scott W. Breedlove (TX Bar No. 00790361)
VINSON & ELKINS LLP
Trammell Crow Center
2001 Ross Avenue, Suite 3700
Dallas, Texas 75201-2975
Tel:  (214) 220-7700
Fax: (214) 999-7993
sbreedlove@velaw.com

**ATTORNEYS FOR DEFENDANTS
7-ELEVEN, INC., BARE ESCENTUALS, INC.,
BURBERRY LIMITED, CHRISTIAN DIOR
PERFUMES, LLC, CRABTREE & EVELYN,
LTD., DONNA KARAN INTERNATIONAL
INC., GOLD'S GYM INTERNATIONAL, INC.,
LVMH MOET HENNESSY LOUIS VUITTON,
INC., AND SEPHORA USA INC.**

/s/ Michael C. Smith
Michael C. Smith (TX Bar #18650410)
Siebman, Burg, Phillips & Smith, LLP
P.O. Box 1556
113 E. Austin Street
Marshall, TX 75671-1556
(903) 938-8900
michaelsmith@siebman.com

Robert J. Lenihan, II (*pro hac vice*)
Brent G. Seitz (*pro hac vice*)
Harness, Dickey & Pierce, P.L.C.
5445 Corporate Drive, Suite 200
Troy, MI 48098
(248) 641-1600
rjlenihan@hdp.com
bseitz@hdp.com

**ATTORNEYS FOR LA-Z-BOY INCORPORATED**

/s/ Gregory F. Ahrens
Gregory F. Ahrens
Ohio State Bar No. 0038627
(Admitted in the ED TX)
gahrens@whepatent.com
Wood, Herron & Evans, L.L.P.
441 Vine Street, 2700 Carew Tower
Cincinnati, OH  45202
Tel:  (513) 241-2324
Fax:  (513) 241-6234

**ATTORNEY FOR DEFENDANT
NATIONAL INTERLOCK SYSTEMS, INC.; DSW, INC.**

*/s/ Michael J. Harris*
Christopher J. Renk (Lead Attorney)
IL Bar No. 6199012
crenk@bannerwitcoff.com
Thomas K. Pratt
IL Bar No. 6209761
tpratt@bannerwitcoff.com
Michael J. Harris
IL Bar No. 6280168
mharris@bannerwitcoff.com
Banner & Witcoff, LTD.
10 S. Wacker Drive, Ste. 3000
Chicago, IL 60606
Tel: (312) 463-5000
Fax: (312) 463-5001

**ATTORNEYS FOR DEFENDANT NIKE, INC.**


*/s/ Jonathon A. Talcott*
Brian W. LaCorte (AZ Bar No. 012237)
Jonathon A. Talcott (MN Bar No. 0391457)
BALLARD SPAHR LLP
1 East Washington Street, Suite 2300
Phoenix, Arizona  85004
Telephone: (602) 798-5400
Fax: (602) 798-5595
lacorteb@ballardspahr.com
talcottj@ballardspahr.com

William Cornelius (TX Bar No. 04834700)
WILSON, ROBERTSON & CORNELIUS, P.C.
P.O. Box 7339
Tyler, Texas 75711-7339
Telephone:  (903) 509-5000
Facsimile:  (903) 509-5091
wc@wilsonlawfirm.com

**ATTORNEYS FOR DEFENDANTS
THE REINALT-THOMAS CORPORATION;
AMERCO; EMOVE, INC.; U-HAUL
INTERNATIONAL, INC.; U-HAUL LEASING
& SALES CO.; AND WEB TEAM
ASSOCIATES, INC.**

*/s/ Jeremy S. Snodgrass*

J. Thad Heartfield
Texas Bar No. 09346800
M. Dru Montgomery
Texas Bar No. 24010800
THE HEARTFIELD LAW FIRM
2195 Dowlen Road
Beaumont, Texas 77706
Telephone: (409) 866-3318
Fax: (409) 866-5789
thad@jth-law.com
dru@jth-law.com

Of counsel:
Ralph J. Gabric
Tadashi Horie
Rickard K. DeMille
Jeremy S. Snodgrass
BRINKS HOFER GILSON & LIONE
NBC Tower, Suite 3600
455 North Cityfront Plaza Drive
Chicago, IL 60611-5599
(312) 321-4200 (telephone)
(312) 321-4299 (facsimile)

**ATTORNEYS FOR DEFENDANTS SEIKO
CORPORATION OF AMERICA,
SEIKO INSTRUMENTS INC., AND
SEIKO WATCH CORP.**

_/s/ R. Kyle Hawes_ 
CHAMBERLAIN, HRDLICKA, WHITE,
WILLIAMS & MARTIN, P.C.
R. Kyle Hawes
kyle.hawes@chamberlainlaw.com
SBN: 00796725
1200 Smith Street, Suite 1400
Houston, Texas 77002
Telephone: 713-658-1818
Facsimile: 713-658-2553

GREENSFELDER, HEMKER & GALE, P.C.
Mary Ann L. Wymore
mlw@greensfelder.com
(Pro Hac Vice)
J. Andrew Walkup
aw@greensfelder.com
(Pro Hac Vice)
10 South Broadway, Suite 2000
St. Louis, Missouri 63102
Telephone: 314-241-9090
Facsimile: 314-345-5499

**ATTORNEYS FOR DEFENDANT
JIM'S FORMAL WEAR CO.**

*/s/ Elizabeth L. DeRieux*

S. Calvin Capshaw, III
State Bar No. 03783900
Elizabeth L. DeRieux
State Bar No. 05770585
D. Jeffrey Rambin
State Bar No. 00791478
Capshaw DeRieux, LLP
114 E. Commerce Ave.
Gladewater, Texas 75647
903) 236-9800 Telephone
 (903) 236-8787 Facsimile
E-mail: ccapshaw@capshawlaw.com
E-mail: ederieux@capshawlaw.com
E-mail: jrambin@capshawlaw.com

Michael N Zachary
Christensen O'Connor Johnson Kindness PLLC
1420 Fifth Ave
Ste 2800
Seattle, WA 98101
206-682-8100
Fax: 206-224-0779
Email: michael.zachary@cojk.com

**Counsel for Defendant
Pacific Bioscience Laboratories, Inc.**

*/s/ Fran Aden*

Fran Aden
S.D. Texas No. 611072
State Bar No. 24050202
HUNTON & WILLIAMS LLP
700 Louisiana, Suite 4200
Houston, Texas 77002
(713) 229-5700  (Telephone)
(713) 229-5750  (Facsimile)
faden@hunton.com

**ATTORNEY FOR DEFENDANT
THE SCOTTS COMPANY LLC**

*/s/ Derek H. Swanson* (Rule 26(f) Conference)
*/s/ Lindsay L. Hargrove* (Scheduling Conference)
Lindsey L. Hargrove
State Bar No. 24065373
MCGUIREWOODS LLP
JPMorgan Chase Tower
600 Travis Street, Suite 7500
Houston, TX  77002-2906
Telephone: (713) 571-9191
Fax: (713) 571-9652
Email: lhargrove@mcguirewoods.com

David E. Finkelson (admitted *pro hac vice*)
Derek H. Swanson (admitted *pro hac vice*)
Virginia Bar No. 73463
Lead Counsel
MCGUIREWOODS LLP
One James Center
901 East Cary Street
Richmond, VA  23219
Telephone: (804) 775-1000
Fax: (804) 775-1061
Email: dfinkelson@mcguirewoods.com
Email: dswanson@mcguirewoods.com

COUNSEL FOR DEFENDANTS
REMINGTON ARMS COMPANY, INC. AND
STIHL INCORPORATED

/s/ *Eric H. Findlay*

Eric H. Findlay
State Bar No. 00789886
Brian Craft
State Bar No. 04972020
Findlay Craft, LLP
Principal Office:
6760 Old Jacksonville Hwy
Suite 101 Tyler, Texas 75703
Tel: (903) 534-1100
Fax: (903) 534-1137
Email: efindlay@findlaycraft.com
Email: bcraft@findlaycraft.com

Joseph V. Saphia
W. Edward Bailey
Wiggin and Dana LLP
450 Lexington Avenue
Suite 3800
New York, NY 10017
Tel: (212) 490-1700
Fax: (212) 490-0536
Email: jsaphia@wiggin.com
Email: ebailey@wiggin.com

**Attorneys for Defendants
AutoNation, Inc. and America Eagle Outfitters
Inc.**

*/s/ Scott Partridge*
Scott F. Partridge
Texas Bar No. 00786940
Email:  scott.partridge@bakerbotts.com
Elizabeth Durham
Texas Bar No. 24045815
Email: liz.durham@bakerbotts.com
William P. Rothwell
Texas Bar No. 24066005
Email: william.rothwell@bakerbotts.com
BAKER BOTTS L.L.P.
One Shell Plaza
910 Louisiana Street
Houston, Texas  77002-4995
Telephone:  (713) 229-1569
Facsimile:  (713) 229-7769

**ATTORNEYS FOR DEFENDANT HEB GROCERY COMPANY, LP**


*/s/ Laura A. Wytsma*
Jordan A. Sigale
LOEB & LOEB LLP
321 North Clark Street, Suite 2300
Chicago, IL  60610-4746
Telephone:  (312) 464-3100
Facsimile:  (312) 464-3111
jsigale@loeb.com

Laura A. Wytsma
LOEB & LOEB LLP
10100 Santa Monica Blvd., Ste. 2200
Los Angeles, California  90067
Telephone:  (310) 282-2000
lwytsma@loeb.com

Eric H. Findlay
FINDLAY CRAFT, LLP
6760 Old Jacksonville Hwy, Suite 101
Tyler, Texas 75703
Telephone:  (903) 534-1100
EFindlay@FindlayCraft.com

**Attorneys for Defendant Ingersoll-Rand Company**

*/s/ Charles Ainsworth*

Charles Ainsworth
State Bar No. 00783521
Parker, Bunt & Ainsworth, P.C.
100 E. Ferguson, Suite 1114
Tyler, Texas  75702
Telephone: 903.531.3535
Facsimile: 903.533.9687
Email: charley@pbatyler.com

*Of Counsel:*
Michael A. Cohen (Admitted Pro Hac Vice)
Schwabe Williamson & Wyatt PC
1211 S.W. Fifth Avenue, Suite 1600
Portland, Oregon  97204
Telephone: 503.796.2488
Facsimile: 503.796-2900
Email: mcohen@schwabe.com

**Attorneys for Defendants**
**Columbia Sportswear Company, Columbia**
**Sportswear North America, Inc., and  Columbia**
**Sportswear USA Corp.**

_/s/ Kirby B. Drake_
Darin M. Klemchuk
State Bar No. 24002418
Casey L. Griffith
State Bar No. 24036687
Kirby B. Drake
State Bar No. 24036502
KLEMCHUK KUBASTA LLP
8150 N. Central Expy., 10th Floor
T: 214.367.6000
F: 214.367.6001
darin.klemchuk@kk-llp.com
casey.griffith@kk-llp.com
kirby.drake@kk-llp.com

**ATTORNEYS FOR DEFENDANT ACADEMY, LTD.**


_/s/ J. Thad Heartfield_
J. Thad Heartfield
Texas Bar No. 09346800
E-mail: thad@jth-law.com
M. Dru Montgomery
Texas Bar No. 24010800
E-mail: dru@jth-law.com
THE HEARTFIELD LAW FIRM
2195 Dowlen Road
Beaumont, Texas 77706
Telephone: (409) 866-3318
Fax: (409) 866-5789

John G. Bisbikis
Illinois Bar No. 6209732
E-mail: jbisbikis@mwe.com
MCDERMOTT WILL & EMERY, LLP
227 West Monroe Street, Suite 4400
Chicago, Illinois 60606
Telephone:  (312) 372-2000
Fax:  (312) 984-7700

**COUNSEL FOR DEFENDANT
CRAFTMASTER MANUFACTURING, INC.**

_/s/ J. Thad Heartfield_

J. Thad Heartfield
Texas Bar No. 09346800
E-mail: thad@jth-law.com
M. Dru Montgomery
Texas Bar No. 24010800
E-mail: dru@jth-law.com
THE HEARTFIELD LAW FIRM
2195 Dowlen Road
Beaumont, Texas 77706
Telephone:  (409) 866-3318
Fax:  (409) 866-5789

**COUNSEL FOR DEFENDANT,
CALIFORNIA PIZZA KITCHEN, INC.**


_/s/ James S. Blackburn_

James S. Blackburn (_Pro Hac Vice_)
James.blackburn@aporter.com
Ali R. Sharifahmadian (_Pro Hac Vice_)
Ali.sharifahmadian@aporter.com
ARNOLD & PORTER LLP
777 South Figueroa Stree
44th Floor
Los Angeles, CA 90017-5844
Telephone: +1 213.243.4000
Facsimile: +1 213.243.4199

**_Attorneys for Defendants
Local.com Corporation; Dex One Corporation;
Yellow Book USA, Inc.; Yelp!, Inc.; CityGrid
Media, LLC; Match.com SN, LLC; Match.com,
LLC; ServiceMagic, Inc.; People Media, Inc.;
International Coffee & Tea, LLC; and Crocs Inc._**

*/s/ Keith A. Robb*
DOUGLAS D. FLETCHER
Attorney in Charge
Texas State Bar No. 07139500
email:  doug.fletcher@fletcherfarley.com
KEITH A. ROBB
Texas State Bar No. 24004889
email:  keith.robb@fletcherfarley.com
FLETCHER, FARLEY,
SHIPMAN & SALINAS, L.L.P.
8750 N. Central Expressway
Dallas, Texas  75231, 16th Floor
214-987-9600
214-987-9866 (Facsimile)

**ATTORNEYS FOR DEFENDANT
TASER INTERNATIONAL, INC.**

*/s/ Charles Ainsworth*

Charles Ainsworth
(Did not attend Rule 26(f) Conference;
Will attend Scheduling Conference)
State Bar No. 00783521
Email: charley@pbatyler.com
Parker, Bunt & Ainsworth, P.C.
100 E. Ferguson, Suite 1114
Tyler, Texas 75702
Phone: (903) 531-3535
Fax: (903) 533-9687

OF COUNSEL:
John F. Ward
Email: jward@wardzinna.com
Michael J. Zinna
Email: mzinna@wardzinna.com
David G. Lindenbaum
Email: dlindenbaum@wardzinna.com
Patrick R. Colsher
Email: pcolsher@wardzinna.com
Matthew C. Berntsen
(Attended Rule 26(f) Conference)
Email: mberntsen@wardzinna.com
WARD & ZINNA, LLC
380 Madison Avenue
New York, New York 10017
Phone: (212) 697 6262
Fax: (212) 972-5866

**Attorneys for Defendant
Godiva Chocolatier, Inc.**

*/s/ Terence P. Ross*
Jennifer Parker Ainsworth
Texas Bar No. 00784720
jainsworth@wilsonlawfirm.com
WILSON, ROBERTSON & CORNELIUS, P.C.
909 ESE Loop 323, Suite 400
P.O. Box 7339 [75711]
Tyler, Texas 75701
Telephone: (903) 509-5000
Facsimile: (903) 509-5092

Terence P. Ross (pro hac vice)
tross@crowell.com
Jeffrey D. Ahdoot (pro hac vice)
jahdoot@crowell.com
CROWELL & MORING, LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595
Telephone:  (202) 624-2500
Facsimile: (202) 628-5116

**Attorneys for Defendants Enterprise Holdings, Inc. and Vanguard Car Rental USA, LLC**

*/s/ Trey Yarbrough*

Trey Yarbrough
Bar No. 22133500
Debby E. Gunter
Bar No. 24012752
YARBROUGH ♦ WILCOX, PLLC
100 E. Ferguson St., Ste. 1015
Tyler, TX 75702
Telephone: (903) 595-3111
Facsimile: (903) 595-0191
trey@yw-lawfirm.com
debby@yw-lawfirm.com

Anthony F. Lo Cicero
Richard S. Mandaro
Benjamin Charkow
AMSTER ROTHSTEIN & EBENSTEIN LLP
90 Park Avenue
New York, NY 10016
Telephone: (212) 336-8000
Facsimile: (212) 336-8001
DineEq-GTag@arelaw.com

**ATTORNEYS FOR DEFENDANTS APPLEBEE'S
INTERNATIONAL, INC. AND APPLEBEE'S IP, LLC**

*/s/ Anthony F. Lo Cicero*

Anthony F. Lo Cicero
Richard S. Mandaro
Benjamin Charkow
AMSTER ROTHSTEIN & EBENSTEIN LLP
90 Park Avenue
New York, NY 10016
Telephone: (212) 336-8000
Facsimile: (212) 336-8001
DineEq-GTag@arelaw.com

**ATTORNEYS FOR DEFENDANTS IHOP IP, LLC
AND DINEEQUITY, INC.**

/s/ *R. David Donoghue*
Michael C. Smith
Siebman, Burg, Phillips & Smith, LLP
113 East Austin Street
P.O. Box 1556
Marshall, Texas 75671-1556
(903) 938-8900 (office)
(972) 767-4620 (fax)
michaelsmith@siebman.com

R. David Donoghue (Pro hac vice)
Steven E. Jedlinski (Pro hac vice)
Daniel L. Farris (Pro hac vice)
HOLLAND & KNIGHT LLP
131 South Dearborn Street, 30th floor
Chicago, IL 60603
Tel: (312) 263-3600
Fax: (312)578-6666
david.donoghue@hklaw.com
daniel.farris@hklaw.com

**Attorneys for Defendant Herman Miller, Inc.**

/s/ *Jeff Eichen*
Jeffrey L. Eichen
Delaware State Bar No. 5331
Connolly Bove Lodge & Hutz LLP
1007 N. Orange Street, 9th floor
P.O. Box 2207
Wilmington, DE 19899
Tel.:    (302) 888-6304
Fax:    (302) 658-5614
jeichen@cblh.com

Marisa M. Schouten
State Bar No. 24039163
Martin Walker, P.C.
522 S. Broadway Ste 200
Tyler, Texas 75702
Tel.:    (903) 526-1600
Fax:    (903) 595-0796

**Attorney for Defendants Dress Barn, Inc. and Maurices Incorporated**

/s/ *Benjamin Hershkowitz*
Benjamin Hershkowitz
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue, 47th Floor
New York, New York 10166-0193
Telephone: (212) 351-4000
Facsimile: (212) 351-4035
bhershkowitz@gibsondunn.com

**Attorney for Defendant/Counterclaimant Footlocker.com, Inc.**

_/s/ Michael A. Oakes_

Edward F. Fernandes
Hunton & Williams LLP
111 Congress Avenue, Suite 1800
Austin, TX  78701
Telephone: (512) 542-5000
Facsimile:  (512) 542-5049
E-mail:  efernandes@hunton.com

Michael A. Oakes
Hunton & Williams LLP
2200 Pennsylvania Ave, NW
Washington, DC 20037
Telephone: (202) 955-1500
Facsimile:  (202) 778-7459
E-mail:  moakes@hunton.com

**ATTORNEYS FOR LOWE'S HOME
CENTERS, INC**

/s/ *Eric H. Findlay*

Eric H. Findlay
Texas Bar No. 00789886
Brian Craft
Texas Bar No. 04972020
Walter W. Lackey, Jr.
Texas Bar No. 24050901
FINDLAY CRAFT, LLP
6760 Old Jacksonville Hwy
Suite 101
Tyler, TX 75703
Telephone: (903) 534-1100
Facsimile: (903) 534-1137
efindlay@findlaycraft.com
bcraft@findlaycraft.com
wlackey@findlaycraft.com

William E. Devitt
Tiffany P. Cunningham (admitted pro hac vice)
Ian J. Block (pro hac vice pending)
Kirkland & Ellis - Chicago
300 N. LaSalle Street
Chicago, IL 60654
Phone: 312-862-2000
Fax: 312-862-2200
Email: wdevitt@kirkland.com
        tiffany.cunningham@kirkland.com
        ian.block@kirkland.com

**COUNSEL FOR DEFENDANTS
ADVANCE AUTO PARTS, INC, ADVANCE
STORES COMPANY, INC., E-ADVANCE
LLC, AND HANESBRANDS, INC.**

_/s/ Phong D. Nguyen_
Robert G Abrams - LEAD ATTORNEY
Gregory J. Commins, Jr.
Phong D. Nguyen (TX Bar No. 24002690)
Baker & Hostetler LLP
Washington Square, Suite 1100
1050 Connecticut Avenue, NW
Washington, DC 20036-5304
T: (202) 861-1500
F:  (202) 861-1783
rabrams@bakerlaw.com
gcommins@bakerlaw.com
pnguyen@bakerlaw.com

**Attorneys for Defendant**
**Caterpillar Inc.**


_/s/ Stayton L. Worthington_
Don V. Kelly, (Pro Hac Vice)
Eugene P. Schmittgens Jr., (Pro Hac Vice)
Benjamin M. Fletcher (Pro Hac Vice)
Evans & Dixon, LLC
211 N. Broadway, Suite 2500
St. Louis, Missouri 63102
Telephone: 314-552-4066
Facsimile: 314-884-4466
dkelly@evans-dixon.com
gschmittgens@evans-dixon.com
bfletcher@evans-dixon.com

Coghlan Crowson, LLP
Stayton L. Worthington
State Bar No. 22010200
1127 Judson Road, Suite 211
P.O.Box 2665
Longview, Texas 75606

**ATTORNEYS FOR DEFENDANT**
**THE SWAN CORPORATION**

*/s/ Allison H. Altersohn* (Rule 26(f) Conference)
*/s/ J. Matt Rowan* (Scheduling Conference)
Douglas R. McSwane, Jr.
State Bar No. 13861300
dougmcswane@potterminton.com
J. Matt Rowan
State Bar No. 24033137
mattrowan@potterminton.com
POTTER MINTON
110 N. College, Ste. 500
Tyler, TX 75702
Telephone: (903) 597-8311
Fax: (903) 593-0846

Allison H. Altersohn (admitted pro hac vice)
aaltersohn@kslaw.com
Jonathan D. Ball (admitted pro hac vice)
jball@kslaw.com
KING & SPALDING LLP
1185 Avenue of the Americas
New York, NY 10036
Telephone: (212) 556-2100
Facsimile: (212) 556-2222

**ATTORNEYS FOR DEFENDANT**
**AVON PRODUCTS, INC**


*/s/ Melissa Richards Smith*
Melissa Richards Smith
Texas State Bar No. 24001351
GILLAM & SMITH, L.L.P.
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
E-mail: melissa@gillamsmithlaw.com

**ATTORNEYS FOR DEFENDANTS**
**THE WESTERN UNION COMPANY;**
**WESTERN UNION HOLDINGS, INC.; and**
**PIZZA INN, INC.**

*/s/ Michael C. Smith*
Michael C. Smith (TX Bar #18650410)
Siebman, Burg, Phillips & Smith, LLP
P.O. Box 1556
113 E. Austin Street
Marshall, TX 75671-1556
(903) 938-8900
michaelsmith@siebman.com

**Attorney for TA Operating LLC**


*/s/ Roy W. Hardin*
Roy W. Hardin
LOCKE LORD BISSELL & LIDDELL LLP
2200 Ross Avenue, Suite 2200
Dallas, TX  75201
Phone: (214) 740-8000
Fax:    (214) 740-8800
*rhardin@lockelord.com*

Steven F. Meyer
David H. T. Kane
LOCKE LORD BISSELL & LIDDELL LLP
Three World Financial Center
New York, NY  10281-2101
Phone: (212) 415-8600
Fax:    (212) 303-2754
*smeyer@lockelord.com*
*dkane@lockelord.com*

Brian W. Brokate
Jeffrey E. Dupler
GIBNEY, ANTHONY, & FLAHERTY LLP
665 Fifth Avenue
New York, NY 10022
Phone: (212) 688-5151
Fax:    (212) 688-8315
*bwbrokate@gibney.com*
*jdupler@gibney.com*

**ATTORNEYS FOR DEFENDANT
ROLEX WATCH USA, INC.**

_/s/ Stewart Mesher_

Stewart Mesher
Attorney-in-Charge
CONLEY ROSE, P.C.
2508 Ashley Worth Blvd., Suite 200
Austin, TX 78738
Phone:  (512) 610-3410
Fax:  (512) 610-3456
Email:  smesher@conleyrose.com

**ATTORNEY FOR DEFENDANT
MR. GATTI'S, L.P.**

*/s/ Deron R. Dacus*

Deron R. Dacus
State Bar No. 00790553
Shannon M. Dacus
State Bar No. 00791004
THE DACUS FIRM, P.C.
821 ESE Loop 323, Suite 430
Tyler, Texas  75701
Tel: 903.705.1117
Fax: 903.705.1117
ddacus@dacusfirm.com
sdacus@dacusfirm.com

Michael A. Swartzendruber
State Bar No. 19557702
FULBRIGHT & JAWORSKI LLP
2200 Ross Avenue, Suite 2800
Dallas, TX 75201
Tel: 214.855.8000
Fax: 214.855.8200
mswartzendruber@fulbright.com

Michael C. Barrett
State Bar No. 24006803
Mark T. Garrett
State Bar No. 24007225
Sarah R. Holland
State Bar No. 24055679
FULBRIGHT & JAWORSKI LLP
600 Congress Avenue, Suite 2400
Austin, TX 78701
Tel: 512.474.5201
Fax: 512.536.4598
mbarrett@fulbright.com
sholland@fulbright.com

***Counsel for Counsel for Cinemark Holdings, Inc.; Cinemark USA, Inc.; Christus Health a/k/a Christus Health Non-Profit Corp.; Christus Health Foundation; Dollar General Corp.; National Vision, Inc.; Office Depot, Inc.; Regis Corporation; and Spencer Gifts LLC.***

_/s/ Thomas W. Cunningham_
FRANK A. ANGILERI
fangileri@brookskushman.com
THOMAS W. CUNNINGHAM
tcunningham@brookskushman.com
JOHN LEROY
jleroy@brookskushman.com
1000 Town Center, 22nd Floor
Southfield, Michigan 48075
Tel: (248) 358-4400
Fax: (248) 358-3351

**COUNSEL FOR DEFENDANTS**
**DOMINO'S PIZZA, INC. and**
**TEREX CORPORATION**

*/s/ Margaret Elizabeth Day*

Margaret Elizabeth Day (CA Bar No. 177125)
Admitted to Practice
Email: eday@feinday.com
FEINBERG DAY ALBERTI & THOMPSON LP
401 Florence Street, Suite 200
Palo Alto, CA 94301
Telephone: (650) 618.4360
Facsimile: (650) 618.4368

**Attorneys for Defendant
MONSTER CABLE PRODUCTS, INC.**


*/s/ Allen F. Gardner*

Michael E. Jones
State Bar No. 10929400
mikejones@potterminton.com
Allen F. Gardner
State Bar No. 24043679
allengardner@potterminton.com
POTTER MINTON
A Professional Corporation
110 N. College Ave., Suite 500
Tyler, Texas  75702
Tel: (903) 597 8311
Fax: (903) 593 0846

Debby E. Gunter
debby@yw-lawfirm.com
Herbert A. Yarbrough, III
trey@yw-lawfirm.com
YARBROUGH ♦ WILCOX
100 E. Ferguson Street, Suite 1015
Tyler, TX 75702
Tel:  903-595-3111
Fax:  903-595-0191

**COUNSEL FOR DEFENDANT
ROSS STORES, INC.**

_/s/ Allen F. Gardner_

Michael E. Jones
State Bar No. 10929400
mikejones@potterminton.com
Allen F. Gardner
State Bar No. 24043679
allengardner@potterminton.com
POTTER MINTON
A Professional Corporation
110 N. College Ave., Suite 500
Tyler, Texas  75702
Tel: (903) 597 8311
Fax: (903) 593 0846

Brian E. Turung
FAY SHARPE
1228 Euclid Avenue, Suite 500
Cleveland, Ohio  44115
Tel: (216) 363-9000
Fax: (216) 363-9001

**COUNSEL FOR DEFENDANT
APPLIED INDUSTRIAL TECHNOLOGIES,
INC.**

*/s/ Scott Stevens*
Scott Stevens
State Bar No. 00792024
STEVENS LOVE
P.O. Box 3427
Longview, Texas 75606
Telephone: 903-753-6760
Facsimile: 903-753-6761
scott@stevenslove.com

Daniel J. Schwartz
SEYFARTH SHAW LLP
131 S. Dearborn Street - Suite 2400
Chicago, Illinois 60603
Telephone: (312) 460-5000
Facsimile: (312) 460-7000
dschwartz@seyfarth.com

**ATTORNEYS FOR WHERE2GETIT, INC.; VF OUTDOOR, INC. D/B/A THE NORTH FACE; CHICK-FIL-A, INC.; MONSTER CABLE PRODUCTS, INC.; PATAGONIA, INC.; TCF CO. LLC, THE CHEESECAKE FACTORY INC.; VIEWSONIC CORP.; AND THE TIMBERLAND CO. D/B/A TIMBERLAND CO.**

*/s/ Timothy S. Durst*
Timothy S. Durst
Lead Attorney
Texas Bar No. 00786924
tim.durst@bakerbotts.com
Chad C. Walters
Texas Bar No. 24034730
chad.walters@bakerbotts.com
Susan Cannon Kennedy
Texas Bar No. 24051663
susan.kennedy@bakerbotts.com
BAKER BOTTS L.L.P.
2001 Ross Avenue, Suite 600
Dallas, Texas  75201-2980
Telephone: 214-953-6500
Facsimile: 214-953-6503

Christopher W. Kennerly
Texas Bar No. 00795077
chris.kennerly@bakerbotts.com
BAKER BOTTS L.L.P.
620 Hansen Way
Palo Alto, California 94304
Telephone: 650-739-7502
Facsimile: 650-739-7601

Benjamin R. Johnson
Texas Bar No. 24065495
ben.johnson@bakerbotts.com
BAKER BOTTS L.L.P.
98 San Jacinto Boulevard, Suite 1500
Austin, TX   78701-4078
Telephone: 512-322-2500
Facsimile: 512-322-2501

**ATTORNEYS FOR DEFENDANTS
YELLOWPAGES.COM LLC, AT&T
MOBILITY LLC AND AT&T SERVICES, INC.**

*/s/ Matthew A. Braunel*
Dean L. Franklin
dfranklin@thompsoncoburn.com
Matthew A. Braunel
mbraunel@thompsoncoburn.com
Anthony F. Blum
ablum@thompsoncoburn.com
THOMPSON COBURN LLP
One US Bank Plaza
St. Louis, MO  63101
314-552-6000
FAX 314-552-7000

**Attorney for Defendant**
**GANDER MOUNTAIN COMPANY**


*/s/ Michael E. Schonberg*
Bruce S. Sostek
State Bar No. 18855700
Bruce.Sostek@tklaw.com
Michael E. Schonberg
State Bar No. 00784927
Mike.Schonberg@tklaw.com
Vishal Patel
State Bar No. 24065885
Vishal.Patel@tklaw.com
Thompson & Knight LLP
One Arts Plaza
1722 Routh St., Suite 1500
Dallas, Texas 75201
214.969.1700
214.969.1751 (Fax)

**Attorneys for Defendants**
**VF Corporation;**
**VF Jeanswear, L.P.**

*/s/ Dru Montgomery*

J. Thad Heartfield
Texas Bar No. 09346800
thad@jth-law.com
Dru Montgomery
Texas Bar No. 24010800
dru@jth-law.com
THE HEARTFIELD LAW FIRM
2195 Dowlen Road
Beaumont, Texas 77706
Telephone: (409) 866-3318
Fax: (409) 866-5789

OF COUNSEL:

Guy A. Reiss (pro hac vice)
Henry J. Cittone (pro hac vice)
REISS+PREUSS LLP
1350 Avenue of the Americas, Suite 2900
New York, NY 10019
(646) 731-2770

**ATTORNEYS FOR DEFENDANT**
**MIELE INCORPORATED**

*/s/ Ury Fischer*

Ury Fischer
Florida Bar No. 0048534
ufischer@lfiplaw.com
Lott & Fischer, PL
355 Alhambra Circle, Suite 1100
Coral Gables, FL  33134
Telephone:  305.448.7089
Facsimile:  305.446-6191

Michael E. Jones
State Bar No. 10929400
mikejones@potterminton.com
Allen F. Gardner
State Bar No. 24043679
allengardner@potterminton.com
POTTER MINTON
A Professional Corporation
110 N. College, Suite 500 (75702)
P. O. Box 359
Tyler, TX 75710
Telephone: 903.597.8311
Facsimile: 903.593.0846

**ATTORNEYS FOR DEFENDANT
BROWN JORDAN INTERNATIONAL, INC.**

*/s/ Charles L. Stinneford*

Charles L. Stinneford
State Bar No. 00785057
cstinneford@gordonarata.com
David V. Bryce
State Bar No. 24052876
dbryce@gordonarata.com
GORDON, ARATA, MCCOLLAM,
DUPLANTIS & EAGAN, LLC
1980 Post Oak Blvd.
Suite 1800
Houston, Texas 77056
Phone: (713) 333-5500
Fax: (713) 333-5501

**Attorneys for Payless Car Rental System, Inc. and
Avalon Global Group, Inc.**

*/s/ M. Dru Montgomery*
David M. Stein
Texas State Bar No. 00797494
AKIN GUMP STRAUS HAUER & FELD LLP
633 West Fifth Street, Suite 5000
Los Angeles, CA 90071
Work:  213.254.1200
Fax:    213.254.1201
dstein@akingump.com

J. Thad Heartfield
Texas Bar No. 09346800
E-mail: thad@jth-law.com
M. Dru Montgomery
Texas Bar No. 24010800
E-mail: dru@jth-law.com
The Heartfield Law Firm
2195 Dowlen Road
Beaumont, Texas 77706
Telephone:  (409) 866-3318
Fax:  (409) 866-5789

***Counsel for Defendants***
***Conn's Appliances, Inc., Conn's Inc., and Deli***
***Management, Inc. d/b/a Jason's Deli***

_/s/ Elizabeth L. DeRieux_
Elizabeth L. DeRieux
ederieux@capshawlaw.com
CAPSHAW DERIEUX, LLP
114 E. Commerce Ave.
Gladewater, Texas  75647
(903) 236-9800
(903) 236-8787

H. Jonathan Redway, Lead Attorney
jredway@dickinsonwright.com
DICKINSON WRIGHT PLLC
1875 I Street, NW, Suite 1200
Washington, DC 20006
Phone: (202) 457-0160
Fax:     (202) 659-1559

**_Attorneys for Defendant Carhartt Inc._**


_/s/ James C. Tidwell_
Andre R. Barry – NE Bar #22505
CLINE WILLIAMS WRIGHT
JOHNSON & OLDFATHER, L.L.P.
233 South 13th Street
1900 U.S. Bank Building
Lincoln, NE 68508-2095
(402) 474-6900
(402) 474-5393 fax
abarry@clinewilliams.com

James C. Tidwell – TX Bar #20020100
WOLFE, TIDWELL & McCOY, LLP
320 N. Travis, Suite 205
Sherman, TX 75090
(903) 868-1933
(903) 892-2397 fax
jct@wtmlaw.net

**_Attorneys for Defendant
Godfather's Pizza, Inc._**

_/s/ J. Thad Heartfield_

J. Thad Heartfield
Texas Bar No. 09346800
thad@jth-law.com
M. Dru Montgomery
Texas Bar No. 24010800
dru@jth-law.com
THE HEARTFIELD LAW FIRM
2195 Dowlen Road
Beaumont, Texas 77706
Telephone: (409) 866-3318
Fax: (409) 866-5789

Michael R. Annis
mike.annis@huschblackwell.com
Husch Blackwell LLP
190 Carondelet Plaza, Suite, 600
Telephone:  (314) 480-1500
Fax:  (314) 480-1505

**Attorneys for Defendant
Bakers Footwear Group, Inc.**

*/s/ Anthony W. Shaw* (Rule 26(f) Conference)
*/s/ Allen F. Gardner* (Scheduling Conference)
Michael E. Jones
State Bar No. 10929400
mikejones@potterminton.com
Allen F. Gardner
State Bar No. 24043679
allengardner@potterminton.com
POTTER MINTON
A Professional Corporation
110 N. College Ave., Suite 500
Tyler, Texas  75702
Tel: (903) 597 8311
Fax: (903) 593 0846

Anthony Shaw
shaw.anthony@arentfox.com
ARENT FOX LLP
1050 Connecticut Avenue, NW
Washington, DC  20036-5339
Telephone: 202.857.6227
Fax: 202.857.6395
**Attorneys for Defendant
Diesel U.S.A. Inc.**

_/s/ William H. Oldach_

William H. Oldach III (pro hac vice)
VORYS, SATER, SEYMOUR AND PEASE LLP
1909 K Street, NW, 9th Floor
Washington, DC  20006
Tel: 202-467-8880
Fax: 202-533-9024
wholdach@vorys.com

Paul B. Kerlin
Texas Bar No. 24044480
VORYS, SATER, SEYMOUR AND PEASE LLP
700 Louisiana Avenue, Suite 4100
Houston, Texas  77002
Tel: 713-588-7002
Fax: 713-588-7052
pbkerlin@vorys.com

**ATTORNEYS FOR DEFENDANT
ABERCROMBIE & FITCH CO.**

_/s/ William Cornelius_

William Cornelius
State Bar No. 04834700
Wilson, Robertson & Cornelius, P.C.
P.O. Box 7339
Tyler, Texas 75711-7339
Telephone:     (903) 509-5000
Facsimile:     (903) 509-5091
wc@wilsonlawfirm.com

**ATTORNEYS FOR DEFENDANT
PSP GROUP, LLC D/B/A PET SUPPLIES
PLUS**

*/s/ Sherry H. Flax*
Sherry H. Flax
Maryland Bar No. 198205010103
sflax@saul.com
SAUL EWING LLP
500 E. Pratt St., Suite 900
Baltimore, MD 21202
Telephone: 410.332.8784
Facsimile: 410.332.8785

Michael E. Jones
State Bar No. 10929400
mikejones@potterminton.com
Allen F. Gardner
State Bar No. 24043679
allengardner@potterminton.com
POTTER MINTON
A Professional Corporation
110 N. College, Suite 500 (75702)
P. O. Box 359
Tyler, TX 75710
Telephone: 903.597.8311
Facsimile: 903.593.0846

**Attorneys for Defendant**
**U.S. Vision, Inc.**

*/s/ Gregory R. Lyons*

J. Thad Heartfield (TX Bar # 09346800)
M. Dru Montgomery (TX Bar # 24010800)
THE HEARTFIELD LAW FIRM
2195 Dowlen Road
Beaumont, Texas 77706
Tel: (409) 866-3318
Fax: (409) 866-5789
thad@jth-law.com
dru@jth-law.com

Gregory R. Lyons
Brian H. Pandya (VA Bar # 72233)
WILEY REIN LLP
1776 K Street NW
Washington, DC 20006
Tel: (202) 719-7000
glyons@wileyrein.com
bpandya@wileyrein.com

**ATTORNEYS FOR DEFENDANT
MERLE NORMAN COSMETICS**

*/s/ Robert R. Baron Jr.*
Robert R. Baron, Jr.
(Pennsylvania Bar No. 67084)
baron@ballardspahr.com
Charley F. Brown
(Georgia Bar No. 086754)
browncf@ballardspahr.com
BALLARD SPAHR, LLP
1735 Market St., 51st Floor
Philadelphia, PA 19103
Telephone: (215) 864-8335
Fax: (215) 864-8999

**Attorneys for Defendants
24 Hour Fitness Worldwide Inc. and Petco
Animal Supplies, Inc.**

*/s/ J. Thad Heartfield*
J. Thad Heartfield
Texas Bar No. 09346800
M. Dru Montgomery
Texas Bar No. 24010800
The Heartfield Law Firm
2195 Dowlen Rd
Beaumont, TX 77706
409/866-3318
Fax: 14098665789
Email: thad@jth-law.com
        dru@jth-law.com

John P Higgins
Summa Additon & Ashe, PA
11610 N Community House Rd
Suite 200
Charlotte, NC 28277-2199
704/945-6704
Fax: 704/945-6735
Email: jhiggins@summalaw.com

**Attorneys for Defendant
Hallmark Cards Inc.**

*/s/ Philip J. Moy Jr.*

Philip J. Moy Jr. (Ohio Bar No. 0043568)
FAY SHARPE LLP
The Halle Building, 5th Floor
1228 Euclid Avenue
Cleveland, OH  44115
Telephone:  216-363-9000
Facsimile:  216-363-9001
Email: pmoy@faysharpe.com

**Attorneys for Defendant**
**Things Remembered, Inc.**


*/s/ Terrell R. Miller*

Ronald M. Gaswirth
Texas Bar No. 07752000
Terrell R. Miller
Texas Bar No. 24046446
GARDERE WYNNE SEWELL LLP
3000 Thanksgiving Tower
1601 Elm Street
Dallas, Texas 75201-4761
Telephone:  (214) 999-3000
Facsimile:  (214) 999-4667
rgaswirth@gardere.com
tmiller@gardere.com

**ATTORNEYS FOR DEFENDANT**
**NEW ASHLEY STEWART, INC.**

*/s/ Charles Clark*
Charles Clark  (TX #04274000)
chc@charlesclarklaw.com
CLARK & PORTER
P.O. Box 98
604 West Woldert
Tyler, TX 75702
Telephone:     903/593-2514
Facsimile:     903/595-1294

David R. Barnard (Admitted pro hac vice)
dbarnard@lathropgage.com
David R. Frye  (Admitted pro hac vice)
dfrye@lathropgage.com
LATHROP & GAGE LLP
2345 Grand Blvd., Ste, 2400
Kansas City, MO 64108
Telephone:     913/292-2000
Facsimile:     913/292-2001

**ATTORNEYS FOR DEFENDANT
ALCO STORES, INC.**

*/s/ Brian Craft*

Brian Craft
State Bar No. 04972020
Eric H. Findlay
State Bar No. 00789886
Findlay Craft, LLP
Principal Office:
6760 Old Jacksonville Hwy
Suite 101  Tyler, Texas  75703
Tel:  (903) 534-1100
Fax:  (903) 534-1137
Email: bcraft@findlaycraft.com
Email: efindlay@findlaycraft.com

Of Counsel:
Brian G. Bodine (Pro Hac Vice)
Tiffany Scott (Pro Hac Vice)
1420 Fifth Avenue, Suite 4100
Seattle, Washington  98101-2338
Telephone:  (206) 223-7000
Facsimile:  (206) 223-7107
E-mail:  bodineb@lanepowell.com
scottt@lanepowell.com

**ATTORNEYS FOR INTELIUS INC.**

By: /s/

*/s/ Hector J. Ribera*
Hector J. Ribera
CA Bar No. 221511 (Admitted E.D. Tex.)
hribera@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, California 94041
Telephone: (650) 988-8500
Facsimile: (650) 938-5200

**Attorneys for Defendant**
**ZOOSK, INC.**

*/s/ Lisa A. Ferrari* (Rule 26(f) Conference)
*/s/ Kendall K. Hayden* (Scheduling Conference)
Martin B. Pavane (admitted *pro hac vice*)
New York Bar No. 1528819
Lisa A. Ferrari (admitted *pro hac vice*)
New York Bar No. 2411759
COZEN O'CONNOR
277 Park Avenue
New York, New York 10172
Telephone: (212) 883-4900
Telecopy: (212) 986-0604
Email: mpavane@cozen.com
       lferrari@cozen.com

Kendall K. Hayden
Texas State Bar No. 24046197
COZEN O'CONNOR
1717 Main Street
Dallas, Texas 75201
Telephone: (214) 462-3000
Facsimile: (214) 462-3299
Email: khayden@cozen.com

**Attorneys for Beech Nut Nutrition Corp.**

_/s/ Trey Yarbrough_
Trey Yarbrough
Bar No.  22133500
Debby E. Gunter
Bar No. 24012752
YARBROUGH ♦ WILCOX, PLLC
100 E. Ferguson St., Ste. 1015
Tyler, TX 75702
(903) 595-3111
Fax: (903) 595-0191
trey@yw-lawfirm.com
debby@yw-lawfirm.com

Nathan D. Meyer
CA Bar No. 239850
Marc A. Fenster
CA Bar No. 181067
Larry C. Russ
CA Bar No. 082760
RUSS, AUGUST & KABAT
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
(310) 826-7474
Fax: (310) 826-6991
nmeyer@raklaw.com
mfenster@raklaw.com
lruss@raklaw.com

**ATTORNEYS FOR DEFENDANT
FOREVER 21 RETAIL, INC.**

*/s/ Trey Yarbrough*

Trey Yarbrough
Bar No.  22133500
Debby E. Gunter
Bar No. 24012752
YARBROUGH ♦ WILCOX, PLLC
100 E. Ferguson St., Ste. 1015
Tyler, TX 75702
(903) 595-3111
Fax: (903) 595-0191
trey@yw-lawfirm.com
debby@yw-lawfirm.com

Burton S. Ehrlich
John Luther
Ladas & Parry LLP
224 S. Michigan Avenue
Chicago, IL 60604
(312) 427-1300
Fax: (312) 427-6668

**ATTORNEYS FOR DEFENDANT,
HICKORY FARMS, INC.**

*/s/ Trey Yarbrough*
Trey Yarbrough
Bar No. 22133500
Debby E. Gunter
Bar No. 24012752
YARBROUGH ♦ WILCOX, PLLC
100 E. Ferguson St., Ste. 1015
Tyler, TX 75702
Telephone: (903) 595-3111
Facsimile: (903) 595-0191
trey@yw-lawfirm.com
debby@yw-lawfirm.com

Anthony F. Lo Cicero
Richard S. Mandaro
Benjamin Charkow
AMSTER ROTHSTEIN & EBENSTEIN LLP
90 Park Avenue
New York, NY 10016
Telephone: (212) 336-8000
Facsimile: (212) 336-8001
DineEq-GTag@arelaw.com

**ATTORNEYS FOR DEFENDANT
DINEEQUITY, INC.**

*/s/ Trey Yarbrough*

Trey Yarbrough
Bar No. 22133500
Debby E. Gunter
Bar No. 24012752
YARBROUGH ♦ WILCOX, PLLC
100 E. Ferguson St., Ste. 1015
Tyler, TX 75702
Telephone: (903) 595-3111
Facsimile: (903) 595-0191
trey@yw-lawfirm.com
debby@yw-lawfirm.com

Anthony F. Lo Cicero
Richard S. Mandaro
Benjamin Charkow
AMSTER ROTHSTEIN & EBENSTEIN LLP
90 Park Avenue
New York, NY 10016
Telephone: (212) 336-8000
Facsimile: (212) 336-8001

**ATTORNEYS FOR DEFENDANT
MACY'S RETAIL HOLDINGS, INC.**

*/s/ J. Matt Rowan*

E. Glenn Thames, Jr.
State Bar No. 00785097
glennthames@potterminton.com
J. Matt Rowan
State Bar No. 24033137
mattrowan@potterminton.com
POTTER MINTON, A Professional Corporation
110 N. College Avenue, Suite 500
Tyler, TX 75702
(903) 597-8311 (Telephone)
(903) 593-0846 (Facsimile)

Joseph J. Richetti
joseph.richetti@bryancave.com
BRYAN CAVE LLP
1290 Avenue of the Americas
New York, NY 10104
Telephone: (212) 541-2000
Facsimile: (212) 541-4630

Thomas Jameson Adair
thomas.adair@bryancave.com
BRYAN CAVE LLP
2200 Ross Ave., Ste 3300
Dallas, TX 75201
214-721-8000
214-220-6733 (fax)

**Counsel for dELiA*s, Inc.**

*/s/ J. Matt Rowan*

E. Glenn Thames, Jr.
State Bar No. 00785097
glennthames@potterminton.com
J. Matt Rowan
State Bar No. 24033137
mattrowan@potterminton.com
POTTER MINTON, A Professional Corporation
110 N. College Avenue, Suite 500
Tyler, TX 75702
(903) 597-8311 (Telephone)
(903) 593-0846 (Facsimile)

Robert G. Lancaster
rglancaster@bryancave.com
BRYAN CAVE LLP
120 Broadway, Suite 300
Santa Monica, California  90401-2386
Tele: (310) 576-2239
Facs: (310) 260-7139

Wilhemina Joni Tyler
wilhemina.tyler@bryancave.com
BRYAN CAVE LLP
211 N Broadway, Suite 3600
St Louis, MO 63102-3600
314-259-2345
314-552-8345 (fax)

**Counsel for American Apparel, Inc.**

*/s/ Thomas W. Cunningham*
Frank A. Angileri (MI Bar No. P45611)
Thomas W. Cunningham (MI Bar No. P57899)
John S. LeRoy (MI Bar No. P61964)
BROOKS KUSHMAN P.C.
1000 Town Center, Twenty-Second Floor
Southfield, Michigan 48075
Telephone: (248) 358-4400
Facsimile: (248) 358-3351
fangileri@brookskushman.com
tcunningham@brookskushman.com
jleroy@brookskushman.com

**Attorneys for Defendants**
**Domino's Pizza, Inc. and Terex, Inc.**

*/s/ Joel T. Beres*
Joel T. Beres
Lead Counsel
Kentucky State Bar No. 84376
Jack A. Wheat
Kentucky State Bar No. 75945
Jennifer L. Kovalcik
Kentucky State Bar No. 89391
Lindsay Yeakel Capps
Kentucky State Bar No. 92726
STITES & HARBISON, PLLC
400 West Market Street
Suite 1800
Louisville, KY  40202-3352
Telephone: (502) 587-3400
Facsimile: (502) 587-6391
jberes@stites.com
jwheat@stites.com
jkovalcik@stites.com
lcapps@stites.com

**Attorneys for Defendant
Eyemart Express, Ltd.**

*/s/ Jennifer Parker Ainsworth*
Jennifer Parker Ainsworth
(State Bar No. 00784720)
jainsworth@wilsonlawfirm.com
Wilson, Robertson & Cornelius, P.C.
One American Center
909 ESE Loop 323, Suite 400
Tyler, Texas 75701
(903) 509–5000

Peter J. Brann
pbrann@brannlaw.com
David Swetnam–Burland
dsb@brannlaw.com
Stacy O. Stitham
sstitham@brannlaw.com
BRANN & ISAACSON
184 Main Street; P.O. Box 3070
Lewiston, ME 04243–3070
(207) 786–3566

**Attorneys for J. Crew Group, Inc.**

*/s/ Elizabeth Flannery*
Scott F. Partridge
Texas Bar No. 00786940
Email:  scott.partridge@bakerbotts.com
Elizabeth Flannery
Texas Bar No. 24045815
Email: liz.flannery@bakerbotts.com
William P. Rothwell
Texas Bar No. 24066005
Email: william.rothwell@bakerbotts.com
BAKER BOTTS L.L.P.
One Shell Plaza
910 Louisiana Street
Houston, Texas  77002-4995
Telephone:  (713) 229-1569
Facsimile:  (713) 229-7769

**ATTORNEYS FOR DEFENDANT
HEB GROCERY COMPANY, LP**

*/s/ Bradley Chambers*
Bradley Chambers
Texas State Bar No. 24001860
Baker, Donelson, Bearman, Caldwell & Berkowitz
1301 McKinney
Suite 3700
Houston, Texas 77010
(713) 286-7193 - Direct
(713) 650-9701 - Fax
bchambers@bakerdonelson.com

Bradley E. Trammell (Of Counsel)
Tennessee State Bar No. 013980
Baker, Donelson, Bearman, Caldwell & Berkowitz
165 Madison Avenue, Suite 2000
Memphis, Tennessee  38103
Telephone:  (901) 577-2121
Facsimile:  (901) 577-0781
btrammell@bakerdonelson.com

**Attorneys for Defendant
Fred's, Inc.**

*/s/ Darren W. Saunders*

John M. Jackson
Texas Bar No. 24002340
jjackson@jw.com
Matthew C. Acosta
Texas Bar No. 24062577
macosta@jw.com
JACKSON WALKER L.L.P.
901 Main Street, Suite 6000
Dallas, TX 75202
Telephone:  (214) 953-6000
Facsimile:  (214) 661-6645

Darren W. Saunders (admitted pro hac vice)
dsaunders@manatt.com
Alpa V. Patel (admitted pro hac vice)
avpatel@manatt.com
MANATT PHELPS & PHILLIPS LLP
Seven Times Square
New York, New York 10036
Tel: (212) 790-4500
Fax: (212) 790-4545

**ATTORNEYS FOR DEFENDANT
H&M HENNES & MAURITZ, L.P.**

*/s/ Allen Gardner*
Jan M. Conlin (pro hac vice)
Thomas C. Mahlum (pro hac vice)
Andrew J. Pieper (pro hac vice)
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
T: 612-349-8500
F: 612-339-4181

Michael E. Jones (TX. No. 10929400)
POTTER MINTON P.C.
110 N. College
500 Plaza Tower
Tyler, TX 75702
T: (903) 597-8311
F: (903) 593-0846

**ATTORNEYS FOR DEFENDANT
GREAT CLIPS, INC.**

*/s/ Allen Gardner*
Jan M. Conlin (pro hac vice)
Thomas C. Mahlum (pro hac vice)
Andrew J. Pieper (pro hac vice)
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
T: 612-349-8500
F: 612-339-4181

Michael E. Jones (TX. No. 10929400)
POTTER MINTON P.C.
110 N. College
500 Plaza Tower
Tyler, TX 75702
T: (903) 597-8311
F: (903) 593-0846

**ATTORNEYS FOR DEFENDANT
M.A.C. COSMETICS, INC.**

*/s/ David Bassett*

David Bassett
WilmerHale
399 Park Avenue
NY, NY  10022
212.230.8858 (Telephone)
212.230.8888 (Facsimile)
David.Bassett@wilmerhale.com

John M. Jackson
Nicole Ruble Metcalf
JACKSON WALKER L.L.P.
901 Main Street, Suite 6000
Dallas, Texas 75202-3797
Telephone:  (214) 953-6000
jjackson@jw.com
nmetcalf@jw.com

**Attorneys for Defendant
The Yankee Candle Company, Inc.**

*/s/ Scott S. Brown*

Scott S. Brown
MAYNARD, COOPER & GALE, P.C.
2400 Regions/Harbert Plaza
1901 Sixth Avenue North
 Birmingham, AL 35203-2618
 Tel: (205) 254-1232
Fax: (205)254-1999
scottbrown@maynardcooper.com

**Attorney for Defendant
Factory Connection LLC**

*/s/ Mark S. Lafayette*
Ira S. Sacks (admitted pro hac vice)
Mark S. Lafayette (admitted pro hac vice)
AKERMAN SENTERFITT LLP
335 Madison Avenue
Suite 2600
New York, New York  10017
Telephone:  (212) 880-3800
Facsimile:  (212) 880-8965
ira.sacks@akerman.com
mark.lafayette@akerman.com

Mark D. Passler
Texas State Bar No. 24062264
AKERMAN SENTERFITT LLP
222 Lakeview Avenue
Fourth Floor
West Palm Beach, Florida  33401
Telephone:  (561) 653-5000
Facsimile:  (561) 659-6313
mark.passler@akerman.com

**Attorneys for Defendant
Jimmy Jazz, Inc.**

/s/ Thomas L. Duston
Thomas L. Duston
State Bar. No.: 6196612
 tduston@marshallip.com
Cullen N. Pendleton, Ph.D.
State Bar. No.: 6283725
 cpendleton@marshallip.com
MARSHALL, GERSTEIN & BORUN LLP
6300 Willis Tower
233 South Wacker Drive
Chicago, IL 60606-6357
T: 312.474.6300

**Attorneys for Defendant**
**Classified Ventures, LLC**

/s/ Theodore Stevenson III
Theodore Stevenson, III
Lead Attorney
Texas State Bar No. 19196650
tstevenson@mckoolsmith.com
Stacie L. Greskowiak
Texas State Bar No. 24074311
sgreskowiak@mckoolsmith.com
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Phone: (214) 978-4000
Fax: (214) 978-4044

**COUNSEL FOR BILLABONG RETAIL INC.**

*/s/ J. Daniel Harkins*
J. Daniel Harkins
State Bar No. 09008990
dharkins@coxsmith.com
Marissa Dawn Helm
State Bar No. 24046273
mhelm@coxsmith.com

COX SMITH MATTHEWS INCORPORATED
112 E. Pecan Street, Suite 1800
San Antonio, Texas  78205
(210) 554-5500
(210) 226-8395 (Fax)

**Attorneys for Visionworks of America, Inc.**


*/s/ Andrew C. Warnecke*
Andrew C. Warnecke (admitted pro hac vice)
Joshua J. Heidelman (admitted pro hac vice)
Bryan Cave LLP
161 N. Clark St., Suite 4300
Chicago, IL 60601
Telephone: (312) 602-5000
Fax: (312) 602-5050
andrew.warnecke@bryancave.com
joshua.heidelman@bryancave.com

Thomas J. Adair
Texas Bar No. 24047753
Bryan Cave LLP
JP Morgan Chase Tower
2200 Ross Avenue, Suite 3300
Dallas, Texas 75201
Telephone: (214) 721-8000
Fax: (214) 721-8100
thomas.adair@bryancave.com

**ATTORNEYS FOR DEFENDANT
BIOSCRIP, INC**

*/s/ Andy H. Chan* (Scheduling Conference)
Thomas F. Fitzpatrick
CA State Bar No. 193565
tfitzpatrick@goodwinprocter.com
Andy H. Chan
CA State Bar No. 242660
achan@goodwinprocter.com
GOODWIN PROCTER LLP
135 Commonwealth Drive
Menlo Park, CA 94025
(650) 752-3100 (Telephone)
(650) 853-1038 (Facsimile)

**Attorneys for Defendant**
**Draper's & Damon's, LLC**

*/s/ James E. Hudson III* (Scheduling Conference)
James E. Hudson III
Texas Bar No. 00798270
CRAIN, CATON & JAMES, P.C.
1401 McKinney, Suite 1700
Houston, Texas 77010
713.752.8652
713.425.7952 Fax
jhudson@craincaton.com

**ATTORNEY FOR DEFENDANT**
**CURVES INTERNATIONAL, INC.**

*/s/ Gregory L. Lippetz*
Gregory L. Lippetz
Iman Lordgooei
JONES DAY
1755 Embarcadero Road
Palo Alto, CA  94303
Telephone:     (650) 739-3939
Facsimile:      (650) 739-3900
E-mail: glippetz@jonesday.com
E-mail: ilordgooei@jonesday.com

**Attorneys for Defendant**
**Toni&Guy USA, LLC**


*/s/ Devan V. Padmanabhan*
Devan V. Padmanabhan (admitted pro hac vice)
dpadmanabhan@winthrop.com
Justin H. Jenkins (#24051866)
jjenkins@winthrop.com
WINTHROP & WEINSTINE, P.A.
Capella Tower, Suite 3500
225 South Sixth Street
Minneapolis, MN  55402
Telephone:  (612) 604-6411
Facsimile:  (612) 604-6891
Indianapolis, IN 46204

**Attorneys for Defendants**
**bestbuy.com, Life Time Fitness, Inc., and Jos. A.**
**Bank Clothiers**

*/s/ Jeffrey C. Morgan*
Todd G. Vare (admitted pro hac vice)
BARNES & THORNBURG LLP
11 S. Meridian Street
Indianapolis, IN 46204
Telephone:  (317) 231-7735
Facsimile:  (317) 231-7433
Email:  tvare@btlaw.com

Jeffrey C. Morgan
Georgia Bar No. 522667
BARNES & THORNBURG LLP
Prominence in Buckhead
3475 Piedmont Road, N.E.
Suite 1700
Atlanta, GA 30305
Telephone:  (404) 264-4015
Facsimile:  (404) 264-4033
Email:  jeff.morgan@btlaw.com

S. Calvin Capshaw, III
State Bar No. 03783900
Elizabeth L. DeRieux
State Bar No. 05770585
D. Jeffrey Rambin
State Bar No. 00791478
CAPSHAW DeRIUEX LLP
114 E. Commerce Avenue
Gladewater, TX 75647
Telephone:  (903) 233-4816
Facsimile:  (903) 236-8787
Email:  ccapshaw@capshawlaw.com
Email:  ederieux@capshawlaw.com
Email:  jrambin@capshawlaw.com

**ATTORNEYS FOR DEFENDANT
WILD BIRDS UNLIMITED, INC.**

_/s/ Matias Ferrario_
Matias Ferrario
NC Bar No. 38723
mferrario@kilpatricktownsend.com
KILPATRICK TOWNSEND & STOCKTON LLP
1001 West Fourth Street
Winston-Salem, NC 27101-2400
Telephone:  336.607.7300
Facsimile:  336.607.7500

Michael E. Jones
State Bar No. 10929400
mikejones@potterminton.com
Allen F. Gardner
State Bar No. 24043679
allengardner@potterminton.com
POTTER MINTON
A Professional Corporation
110 N. College, Suite 500 (75702)
P. O. Box 359
Tyler, TX 75710
Telephone: 903.597.8311
Facsimile: 903.593.0846

**ATTORNEYS FOR DEFENDANTS
AGCO CORP., LABORATORY
CORPORATION OF AMERICA HOLDINGS,
LABORATORY CORPORATION OF
AMERICA, VICTORINOX SWISS ARMY,
INC.,GENESCO INC., AND SUNBELT
RENTALS, INC.**

*/s/ Matias Ferrario*
Matias Ferrario
NC Bar No. 38723
mferrario@kilpatricktownsend.com
KILPATRICK TOWNSEND & STOCKTON LLP
1001 West Fourth Street
Winston-Salem, NC 27101-2400
Telephone:  336.607.7300
Facsimile:  336.607.7500

Geoffrey Gavin
ggavin@kilpatricktownsend.com
KILPATRICK TOWNSEND & STOCKTON LLP
Suite 2800
1100 Peachtree Street
Atlanta, GA 30309-4528
Telephone:  404.815.6500
Facsimile:  404.815.6555

Michael E. Jones
State Bar No. 10929400
mikejones@potterminton.com
Allen F. Gardner
State Bar No. 24043679
allengardner@potterminton.com
POTTER MINTON
A Professional Corporation
110 N. College, Suite 500 (75702)
P. O. Box 359
Tyler, TX 75710
Telephone: 903.597.8311
Facsimile: 903.593.0846

**ATTORNEYS FOR DEFENDANT
THE ROCKPORT COMPANY, LLC**

/s/ Don Tiller
David H. Harper
Texas State Bar No. 09025540
david.harper@haynesboone.com
Donald E. Tiller
Texas State Bar No. 24066197
don.tiller@haynesboone.com
HAYNES AND BOONE, LLP
2323 Victory Avenue, Suite 700
Dallas, Texas 75219
Tel: 214-651-5000
Fax: 214-651-5940

**ATTORNEYS FOR DEFENDANT,
COLDWATER CREEK INC.**


/s/ Don Tiller
Thomas J. Williams (Lead Attorney)
State Bar No. 21578500
thomas.williams@haynesboone.com
HAYNES AND BOONE, LLP
201 Main Street, Suite 2200
Fort Worth, TX 76102
Tel:  (817) 347-6600
Fax: (817) 347-6650
Donald E. Tiller
State Bar No. 24066197
don.tiller@haynesboone.com
HAYNES AND BOONE, LLP
2323 Victory Avenue, Suite 700
Dallas, Texas 75219
Tel: 214-651-5000
Fax: 214-651-5940

**ATTORNEYS FOR DEFENDANT,
PROGRESSIVE CONCEPTS INC.**

*/s/ Beth A. Larigan* (Rule 26(f) Conference)
*/s/ Melissa R. Smith* (Scheduling Conference)
Melissa R. Smith
State Bar No. 24001351
GILLAM & SMITH, L.L.P.
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
melissa@gillamsmithlaw.com

Jonathan N. Zerger
jzerger@shb.com
Beth A. Larigan
blarigan@shb.com
Admitted pro hac vice
SHOOK, HARDY & BACON LLP
2555 Grand Blvd.
Kansas City, Missouri 64108-2613
Telephone: 816.474.6550
Facsimile: 816.421.5547

**ATTORNEYS FOR DEFENDANT
CIRCLE K STORES, INC.**

_/s/ David J. Healey_ _____

David J. Healey
(healey@fr.com)
Texas Bar No. 0932790
Claire M. Devine
(devine@fr.com)
Texas Bar No. 24080858
FISH & RICHARDSON P.C.
1221 McKinney, Suite 2800
Houston, Texas 77010
Phone: 713-654-4300
Fax: 713-652-0109

Clayton E. Dark, Jr.
Law Office of Clayton E. Dark, Jr.
P.O. Box 2207
Lufkin, TX 75902-1733
Phone: 936-637-1733
Fax: 936-637-2897
Email: cekrad@yahoo.com

**ATTORNEYS FOR BROOKSHIRE
BROTHERS, LTD.**

_/s/ B. Lance Vincent_
B. Lance Vincent
Texas Bar No. 20585580
Ritcheson, Lauffer & Vincent PC
2 American Center
821 ESE Loop 323, Suite 530
Tyler, Texas  75701
Tel:  (903) 535-2900
Fax: (903) 533-8646
lancev@rllawfirm.net

Mark P. Wine (admitted pro hac vice)
Calif. State Bar No. 189897
Thomas J. Gray (admitted pro hac vice)
Calif. State Bar No. 191411
Benjamin S. Lin (admitted pro hac vice)
Calif. State Bar No. 232735
ORRICK HERRINGTON & SUTCLIFFE LLP
2050 Main St., Suite 1100
Irvine, CA 92614
Tel:  (949) 567-6700
Fax:  (949) 567-6710
mwine@orrick.com
tgray@orrick.com
blin@orrick.com

**ATTORNEYS FOR DEFENDANTS ACE HARDWARE CORPORATION, AEROPOSTALE, INC., CHARLOTTE RUSSE, INC., CHRISTOPHER & BANKS CORP. D/B/A/ CHRISTOPHER & BANKS D/B/A CJ BANKS, COST PLUS, INC. D/B/A COST PLUS WORLD MARKET, DICK'S SPORTING GOODS, INC., BABIESRUS.COM, LLC, TOYSRUS.COM, LLC, GEOFFREY, LLC, TOYS "R" US, INC., TOYS "R" US-DELAWARE, INC., GENERAL NUTRITION CENTERS, INC., GENERAL NUTRITION CORPORATION, GSI COMMERCE, INC., HAGGAR CLOTHING CO., HAGGAR DIRECT, INC., LEVI STRAUSS & COMPANY, MEE ACCESSORIES LLC (F/K/A MARC ECKO ENTERPRISES ACCESSORIES, LLC), MEE DIRECT LLC (F/K/A ECKO DIRECT, LLC) (D/B/A MARC ECKO ENTERPRISES), MEE APPAREL LLC (F/K/A ECKO**

**COMPLEX LLC), YAKIRA, LLC, MAURICES INC., NAUTICA RETAIL USA, INC., PETSMART INC., PETSMART STORE SUPPORT GROUP, INC., QUIKSILVER D/B/A ROXY, SPANX, INC., THE SPORTS AUTHORITY, INC., GROUPE DYNAMITE, INC., VERA WANG BRIDAL HOUSE LTD, AND VEW LTD.**

*/s/ Brian Erickson*

BRIAN K. ERICKSON
Texas Bar No. 24012594
Brian.Erickson@dlapiper.com
HENNING SCHMIDT
Texas Bar No. 24060569
Henning.Schmidt@dlapiper.com
DLA PIPER LLP (US)
401 Congress Avenue, Suite 2500
Austin, TX 8701
Phone: (512) 457-7000
Fax: (512) 457-7001

**ATTORNEYS FOR DEFENDANTS CINNABON, INC., MOE'S FRANCHISOR, LLC, SCHLOTZSKY'S FRANCHISE, LLC, BURT'S BEES, INC., DESTINATION MATERNITY CORPORATION, CACHE INC., AND CLAIRE'S STORES INC.**

_/s/ H. Arnold Shokouhi_     
Levi G. McCathern, II
State Bar No. 00787990
lmccathern@mccathernlaw.com
H. Arnold Shokouhi
State Bar No. 24056315
arnolds@mccathernlaw.com
McCathern Mooty  Grinke, LLP
Regency Plaza
3710 Rawlins, Ste. 1600
Dallas, Texas 75219
214-741-2662 - Telephone
214-741-4717 - Facsimile

Of counsel:
William H. Mandir
Kelly G. Hyndman
Leigh Ann Lindquist
SUGHRUE MION, PLLC
2100 Pennsylvania Ave NW
Suite 800
Washington, DC 20037
Telephone: (202) 293-7060
Fax: (202) 293-7860

**Attorneys for Defendant
KAMPGROUNDS OF AMERICA, INC.**

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on June 27, 2012, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Eric W. Buether*
Eric W. Buether