# EXHIBIT C

# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| **GEOTAG, INC.,** <br><br> v. <br><br> **FRONTIER COMMUNICATIONS CORP.,** et *al.*, | **2:10-cv-265** |
| **GEOTAG, INC.,** <br><br> v. <br><br> **YELLOWPAGES.com LLC** | **2:10-cv-272** |
| **GEOTAG, INC.,** <br><br> v. <br><br> **GEORGIO ARMANI S.P.A.,** *et al.*, | **2:10-cv-569** |
| **GEOTAG, INC.,** <br><br> v. <br><br> **AROMATIQUE, INC.,** *et al.*, | **2:10-cv-570** |
| **GEOTAG, INC.,** <br><br> v. <br><br> **GUCCI AMERICA, INC.,** *et al.*, | **2:10-cv-571** |
| **GEOTAG, INC.,** <br><br> v. <br><br> **STARBUCKS CORP.,** *et al.*, | **2:10-cv-572** |

| | |
|---|---|
| **GEOTAG, INC.,**<br><br>v.<br><br>**RENT-A-CENTER, INC.,** *et al.*, | **2:10-cv-573** |
| **GEOTAG, INC.,**<br><br>v.<br><br>**THE WESTERN UNION COMPANY,** e*t al.*, | **2:10-cv-574** |
| **GEOTAG, INC.,**<br><br>v.<br><br>**ROYAL PURPLE, INC.,** e*t al.*, | **2:10-cv-575** |
| **GEOTAG, INC.,**<br><br>v.<br><br>**YAKIRA, L.L.C.,** e*t al.*, | **2:10-cv-587** |
| **GEOTAG, INC.,**<br><br>v.<br><br>**WHERE 2 GET IT, INC.,** e*t al.*, | **2:11-cv-175** |
| **GEOTAG, INC.,**<br><br>v.<br><br>**ZOOSK, INC.** | **2:11-cv-403** |

| | |
|---|---|
| **GEOTAG, INC.,**<br><br>v.<br><br>**EYE CARE CENTERS OF AMERICA, INC.,** e*t al.*, | **2:11-cv-404** |
| **GEOTAG, INC.,**<br><br>v.<br><br>**CIRCLE K STORES, INC.,** e*t al.*, | **2:11-cv-405** |
| **GEOTAG, INC.,**<br><br>v.<br><br>**AMERCO,** e*t al.*, | **2:11-cv-421** |
| **GEOTAG, INC.,**<br><br>v.<br><br>**7-ELEVEN, INC.,** e*t al.*, | **2:11-cv-424** |
| **GEOTAG, INC.,**<br><br>v.<br><br>**SUNBELT RENTALS, INC.** | **2:11-cv-425** |
| **GEOTAG, INC.,**<br><br>v.<br><br>**CLASSIFIED VENTURES, LLC** | **2:11-cv-426** |

| | | |
|---|---|---|
| **GEOTAG, INC.,** | | |
| v. | | 2:12-cv-43 |
| **CANON, INC.,** e*t al.*, | | |

# [ALTERNATIVE PROPOSED] SCHEDULING ORDER

After reviewing the Parties' submissions, this Court concludes that the Schedule set forth below should govern the above-captioned actions:

| STEP | DESCRIPTION | DATE |
|---|---|---|
| 1. | **Rule 26(f) meeting*** | June 20, 2012 |
| 2. | **File case management plan*** | June 27, 2012 |
| 3. | Deadline to serve Disclosure of Asserted Claims and Infringement Contentions (P.R. 3-1 and 3-2) | June 27, 2012 |
| 4. | **Rule 16(b) scheduling conference*** | July 11, 2012 |
| 5. | Deadline to serve initial disclosures (other than damages) | August 10, 2012 |
| 6. | Deadline to serve invalidity contentions (P.R. 3-3 and 3-4) | October 10, 2012 |
| 7. | Deadline to add additional parties | September 3, 2012 |
| 8. | Deadline to amend pleadings | September 3, 2012 |
| 9. | Deadline to exchange proposed terms for construction (P.R. 4-1) | October 31, 2012 |
| 10. | Deadline to file motions to dismiss | November 19, 2012 |
| 11. | Deadline to exchange privilege logs | November 19, 2012 |
| 12. | Deadline to exchange preliminary claim construction and extrinsic evidence (P.R. 4-2) | November 28, 2012 |
| 13. | Deadline to file Joint Claim Construction and Prehearing Statement (P.R. 4-3) | December 20, 2012 |

| STEP | DESCRIPTION | DATE |
|---|---|---|
| 14. | Deadline to submit required tutorial | December 20, 2012 |
| 15. | Deadline to file agreed list of proposed technical advisors (limit three) | December 20, 2012 |
| 16. | Claim Construction Prehearing Conference | January 10, 2013 |
| 17. | Discovery deadline—claim construction | January 31, 2013 |
| 18. | Deadline to file opening claim construction brief (P.R. 4-5(a)) | February 12, 2013 |
| 19. | Deadline to file response to claim construction brief (P.R. 4-5(b)) | March 5, 2013 |
| 20. | Deadline to file motion for summary judgment of indefiniteness | March 5, 2013 |
| 21. | Deadline to file reply to claim construction brief (P.R. 4-5(c)) | March 15, 2013 |
| 22. | Deadline to file response to motion for summary judgment of indefiniteness | March 27, 2013 |
| 23. | Deadline to file reply to motion for summary judgment of indefiniteness | April 11, 2013 |
| 24. | Deadline to file claim construction chart (P.R. 4-5(d)) | April 11, 2013 |
| 25. | Claim construction hearing (i.e. Markman hearing) (P.R. 4-6) | April 25, 2013 |
| 26. | Deadline to serve damages disclosures | May 17, 2013 |
| 27. | Deadline to designate expert witnesses and reports on issues for which the party bears the burden of proof | May 31, 2013 |
| 28. | Deadline to disclose willfulness opinions (P.R. 3-7) | June 14, 2013 |
| 29. | Deadline to designate expert witnesses and reports on issues for which the party does not bear the burden of proof | June 24, 2013 |
| 30. | Deadline to notify Court of mediator | June 24, 2013 |

| STEP | DESCRIPTION | DATE |
|---|---|---|
| 31. | Discovery deadline | July 24, 2013 |
| 32. | Deadline to complete required mediation | July 17, 2013 |
| 33. | Deadline for dispositive motions (including Daubert motions) | July 31, 2013 |
| 34. | Deadline for parties to exchange pretrial disclosures | August 21, 2013 |
| 35. | Deadline to notify Court of daily transcript or realtime request | August 21, 2013 |
| 36. | Deadline for parties to exchange objections to pretrial disclosures | September 4, 2013 |
| 37. | Deadline for parties to meet and confer on objections | September 10, 2013 |
| 38. | Deadline to file pretrial materials | September 25, 2013 |
| 39. | Deadline for parties to exchange exhibits | |
| 40. | **Pretrial conference and trial setting*** | October 7, 2013 |