**Appendix K**                                                              Revised: 4/19/10

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## Marshall DIVISION
## APPLICATION TO APPEAR PRO HAC VICE

1. This application is being made for the following: Case # 2:11-cv-00404
Style: _____
2. Applicant is representing the following party/ies: 24 Hour Fitness Worldwide, Inc., Bose Corp.
3. Applicant was admitted to practice in PA (state) on 10/29/2010 (date).
4. Applicant is in good standing and is otherwise eligible to practice law before this court.
5. Applicant is not currently suspended or disbarred in any other court.
6. Applicant has/has not had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.
7. Applicant has/has not ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.
8. Applicant has/has not been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page.
9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses.
10. There are no pending grievances or criminal matters pending against the applicant.
11. Applicant has been admitted to practice in the following courts:
Please see the attached document.
12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."
13. Applicant has included the requisite $100 fee (see Local Rule AT-1(d)).
14. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**
I, Andrew M. Stern _____ do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date 7/30/12          Signature _____

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# APPLICATION TO APPEAR PRO HAC VICE (Continued)

Name (please print) Andrew M. Stern
State Bar Number PA, 309563
Firm Name: Ballard Spahr, LLP
Address/P.O. Box: 1735 Market St., 51st Fl.
City/State/Zip: Philadelphia, PA 19103
Telephone #: 215-864-8127
Fax #: 215-864-8999
E-mail Address: sternam@ballardspahr.com
Secondary E-Mail Address: _____

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This application has been approved for the court on: 8/17/12

DAVID J. MALAND, CLERK

David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By  C. Hutton
Deputy Clerk

ANDREW M. STERN
COURT ADMISSIONS

| Court | Date of Admission (mm/dd/yy) |
|---|---|
| U.S. District Court for the Eastern District of Pennsylvania | 6/28/11 |
| Supreme Court of New Jersey | 11/18/2010 |
| Supreme Court of Pennsylvania | 10/29/2010 |

```
Court Name: District Court
Division: 2
Receipt Number: TXE200001271
Cashier ID: ch
Transaction Date: 08/17/2012
Payer Name: BALLARD SPAHR LLP
-----------------------------------
PRO HOC VICE
 For: BALLARD SPAHR LLP
 Case/Party: D-TXE-6-11-AA-999999-001
 Amount:        $900.00
-----------------------------------
CHECK
 Check/Money Order Num: 465233
 Amt Tendered:  $900.00
-----------------------------------
Total Due:      $900.00
Total Tendered: $900.00
Change Amt:     $0.00

2:10CV587  BARON

2:11CV571

2:11CV404

2:10CV587  BROWN

2:11CV571

2:11CV404

2:10CV587  STERN

2:11CV571
2:11CV404

ORIGINAL MUST BE RETAINED FOR
RETURN OF CRIMINAL BOND
```